Mark Brnovich
Attorney General

N. Todd McKay, #017369
Assistant Attorney General
1275 W. Washington
Phoenix, Arizona 85007-2997
Telephone: (602) 542-7653
Facsimile: (602) 542-7644
N. Todd McKay@azag.gov
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| JANE DOE, an individual, | Case No: |
| Plaintiff, | **NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441(a)** |
| vs. | **(Federal Question Jurisdiction)** |
| ARIZONA SENATE, | |
| Defendant. | |

**TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

Please take notice that pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, LRCiv 3.6, and Fed.R.Civ.P. Rule 11, Defendant hereby removes this action from the Arizona Superior Court, Maricopa County, as described below:

1. On December 27, 2016, Plaintiff filed this civil action in the Arizona Superior Court, Maricopa County, State of Arizona, against the Arizona Senate entitled *Doe v. Arizona Senate,* Cause No. CV2016-053557. Without ever having effectuated service of process of a summons and Complaint on Defendant, Plaintiff then filed a First Amended Complaint on February 3, 2017.

2. The First Amended Complaint is based on federal claims under 42

1  U.S.C. § 2000(e), et seq., Title VII of the Civil Rights Act of 1964 ("Title VII"), as
2  amended.
3         3.     This is a civil action of which this Court has original jurisdiction under 28
4  U.S.C. § 1331, and is one that may be removed to this Court by Defendants pursuant to
5  the provisions of 28 U.S.C. § 1441(a) because it is within this Court's federal-question
6  jurisdiction.
7         4.     Defendant was served with process in this matter on February 15, 2017,
8  and therefore this notice is timely under 28 U.S.C. § 1446(b) as it is filed within thirty
9  days of that service.
10        5.     Defendant certifies that, pursuant to 28 U.S.C. § 1446(d) and LRCiv.
11 3.6(a), in conjunction with this filing, a Notice of Removal and copy of this notice is also
12 being filed with the Clerk of the Superior Court in Maricopa County, Arizona, where the
13 action was commenced, and served upon Plaintiff's attorney.
14        6.     A Civil Cover Sheet and Supplemental Civil Cover Sheet for Cases
15 Removed from Another Jurisdiction is attached to this notice as **Exhibit A**.
16        7.     Pursuant to 28 U.S.C. § 1446 and LRCiv. 3.6, Defendant attaches an index
17 and true and complete copies of all pleadings and other documents that were previously
18 filed with the Maricopa County Superior Court as **Exhibit B**.
19        8.     As **Exhibit C**, Defendant also attaches a verification/declaration from its
20 counsel, N. Todd McKay, pursuant to LRCiv. 3.6(b), that to the best of his knowledge
21 and consistent with the index provided, *Exhibit B* contains true and complete copies of
22 all pleadings and other documents filed in the state court proceeding.
23        RESPECTFULLY SUBMITTED this 16th day of March, 2017.

                            Mark Brnovich
                            Attorney General


                            /s/ N. Todd McKay
                            N. Todd McKay
                            Assistant Attorney General
                            Attorneys for Defendant

| | |
|---|---|
| 1 | I certify that I electronically transmitted the attached document |
| 2 | to the Clerk's Office using the CM/ECF System for filing and |
| 3 | transmittal of a Notice of Electronic Filing to the following, if CM/ECF |
| 4 | registrants, and mailed a copy of same to any non-registrants, this |
| 5 | 16th day of March, 2017: |
| 6 | |
| 7 | Guy D. Knoller<br>Law Offices of Guy David Knoller, P.L.L.C.<br>7321 N. 16th Street |
| 8 | Phoenix, AZ  85020<br>Attorneys for Plaintiff |
| 9 | |
| 10 | /s/  Angeline M. Sagasta_____<br>#5792872 |

3