**TALONYA ADAMS**
2 North Central Ave., Suite 1900
Phoenix, Arizona 85004
Telephone
talonya@gmail.com
*Plaintiff Pro Se*

**RYLEY CARLOCK & APPLEWHITE**
One North Central Avenue, Suite 1200
Phoenix, AZ 85004-4417
Telephone 602.440.4800
Fax 602.257.9582
Michael D. Moberly – 009219
mmoberly@rcalaw.com
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Talonya Adams, | Case No. CV-17-00822-PHX-DLR |
| Plaintiff, | |
| v. | **STIPULATED STATEMENT OF THE CASE** |
| Arizona Senate, | |
| Defendant. | |

The plaintiff, Talonya Adams, was employed by the Arizona Senate as a Policy Advisor. She was terminated from that employment in February 2015.

Ms. Adams claims in this lawsuit that the Senate discriminated against her because of her race and sex, and that she was terminated by the Senate in retaliation for complaining about race and sex discrimination. Ms. Adams also complains that the Senate discriminated against her in terms of her salary, compensatory leave time and annual leave accrual rate because of her race and sex.

The Senate disputes that it discriminated against Ms. Adams because of her race or sex. The Senate also denies that it terminated Ms. Adams in retaliation for complaining about race and sex discrimination.

RESPECTFULLY SUBMITTED this 14th day of June, 2019.

**RYLEY CARLOCK & APPLEWHITE**

By: /s/ *Michael D. Moberly*
  Michael D. Moberly
  *Attorneys for Defendant*

By: /s/ *Talonya Adams*
  Talonya Adams
  *Plaintiff Pro Se*