DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:  Douglas L. Rayes** | **Date: July 9, 2019** |
| **Case Number: CV-17-00822-PHX-DLR** | |
| **Adams v. Arizona Senate** | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Talonya Adams – pro se | Michael D. Moberly |

**JURY TRIAL (Day 1):**

8:41 a.m. Convene. Plaintiff present. Counsel for defendant present with client representative Wendy Baldo. Jury panel not present. Exhibits 201, 210, 211, 216, 217, 218, 219, 220, 222, 223, 224, 225, 230, 236, and 238 admitted pursuant to the parties' stipulation. Discussion held regarding preliminary instructions. 8:44 a.m. Recess.

8:50 a.m. Reconvene. Parties present. Jury panel not present. Discussion regarding plaintiff's witness list. 8:51 a.m. Recess.

8:56 a.m. Reconvene. Parties present. Jury panel present and sworn. Voir dire commences. Jurors 6, 15, 30, 27, 24, 20, 33, 21, and 4 excused for cause or hardship. 10:28 a.m. Jury panel excused for break. 10:29 a.m. Recess.

10:47 a.m. Reconvene. Parties present. Jury panel present. Voir dire continues. 10:58 a.m. Jury panel excused for lunch break. Court remains in session. Strikes for cause discussed. Juror 31 struck for cause. Discussion regarding witnesses listed on plaintiff's witness list. Discussion regarding plaintiff's exhibits. 11:11 a.m. Recess.

12:15 p.m. Reconvene. Parties present. Jury panel not present. Neither party objects to the preliminary instructions. 12:17 p.m. Jury panel enters. Jurors 2, 7, 8, 11, 12, 14, 16, and 17 called forward and seated as trial jurors. Remaining jury panel excused. Jury sworn. Preliminary instructions read to the jury. Opening statements. 1:39 p.m. Jury excused for break. Court remains in session. Plaintiff advises the Court who her first witness will be. 1:40 p.m. Recess.

2:03 p.m. Reconvene. Parties present. Jury present. **Plaintiff's case**: Wendy Baldo sworn and examined. Exhibit 3 admitted. 3:28 p.m. Jury excused for break. Recess.

3:47 p.m. Reconvene. Parties present. Jury present. Wendy Baldo examination continues. Exhibit 218 admitted with redaction. 4:43 p.m. Jury excused until July 10, 2019, at 9:00 a.m. Court remains in session. The Court advises the parties of their remaining time.

4:44 p.m. Court is in recess until 9:00 a.m. on July 10, 2019.

Deputy Clerk: Michele Morgan
Court Reporter: Jennifer Pancratz

**JT: 5 hrs, 50 min**

**Start: 8:41 AM**
**Stop:  4:44 PM**