DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** Douglas L. Rayes | **Date:** July 10, 2019 |
| **Case Number:** CV-17-00822-PHX-DLR | |
| **Adams v. Arizona Senate** | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Talonya Adams – pro se | Michael D. Moberly |

**JURY TRIAL (Day 2):**

9:02 a.m. Reconvene. Counsel for defendant present with client representative Wendy Baldo. Plaintiff arrives. Jury not present. 9:05 a.m. Jury enters. **Plaintiff's case (cont)**: Examination of Wendy Baldo, previously sworn, continues. Exhibits 250 and 253 admitted. Witness excused subject to recall. Olivia Cajero Bedford sworn and examined. Exhibit 33 admitted. Witness excused. 10:25 a.m. Jury excused for break. Court remains in session. Discussion regarding witnesses. 10:27 a.m. Recess.

10:46 a.m. Reconvene. Parties present. Jury present. David Bradley sworn and examined. Witness excused. Sandy Reilly sworn and examined. 12:17 p.m. Jury excused for break. Court remains in session. Discussion regarding jury instructions and witnesses. 12:20 p.m. Recess.

1:32 p.m. Reconvene. Parties present. Jury present. Examination of Sandy Reilly continues. Exhibits 2, 4, 5, 20, 63, 22, and 34 admitted. Witness excused. Guadalupe Contreras sworn and examined. Witness excused. Steven Farley, appearing telephonically, sworn and examined. Witness excused. Lean Landrum Taylor sworn and examined. 2:58 p.m. Jury excused for break. 2:59 p.m. Recess.

3:17 p.m. Reconvene. Parties present. Jury enters. Sidebar discussion held regarding time computation and witness Catherine Miranda. 3:19 p.m. Examination of Leah Landrum Taylor continues. Witness excused. Sidebar discussion regarding witness Catherine Miranda. 3:27 p.m. Catherine Miranda sworn and examined. Sidebar discussion regarding witness Catherine Miranda. Defense oral motion to exclude the witness is **denied**. 3:30 p.m. Examination of Catherine Miranda continues. Witness excused. Talonya Adams sworn and examined. Exhibits 21 and 18 admitted. Catherine Miranda recall and examined further. Witness excused. Examination of Talonya Adams continues. 4:25 p.m. Jury excused until July 11, 2019, at 9:00 a.m.  Court remains is session. Discussion regarding plaintiff's Rule 26 disclosure and time computations. Parties are directed to meet and confer regarding the verdict form.

4:27 p.m. Court is in recess until 9:00 a.m. on July 11, 2019.

| | |
|---|---|
| Deputy Clerk: Michele Morgan | JT: 5 hrs, 36 min |
| Court Reporter: Jennifer Pancratz | |
| | Start:  9:02 AM |
| | Stop:   4:27 PM |