**RYLEY CARLOCK & APPLEWHITE**
One North Central Avenue, Suite 1200
Phoenix, AZ 85004-4417
Telephone 602.440.4800
Fax 602.257.9582

Michael D. Moberly – 009219
mmoberly@rcalaw.com
Lorena C. Van Assche – 025408
lvanassche@rcalaw.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Talonya Adams,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Arizona Senate,<br><br>　　　　　　Defendant. | Case No. CV-17-00822-PHX-DLR<br><br>**DEFENDANT'S THIRD AMENDED PROPOSED FORM OF VERDICT** |

Defendant hereby submits its third amended proposed form of verdict.

RESPECTFULLY SUBMITTED this 11th day of July, 2019.

　　　　　　　　　　　　　　　　**RYLEY CARLOCK & APPLEWHITE**

　　　　　　　　　　　　　　　　By: /s/ *Michael D. Moberly*
　　　　　　　　　　　　　　　　　　　Michael D. Moberly
　　　　　　　　　　　　　　　　　　　Lorena C. Van Assche
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

4618218.1
07/11/19

Nothing said in this Form of Verdict, which is prepared for your convenience, is meant to suggest or convey in any way or manner what verdict the Court thinks you should reach.  It is solely and exclusively your duty and responsibility to decide what the verdict shall be.

<u>Question Number 1</u>

Has Ms. Adams proven, by a preponderance of the evidence, that the Senate discriminated against her based on race with respect to her pay?

Yes \_\_\_\_\_      No \_\_\_\_\_

<u>Question Number 2</u>

Has Ms. Adams proven, by a preponderance of the evidence, that the Senate discriminated against her based on sex with respect to her pay?

Yes \_\_\_\_\_      No \_\_\_\_\_

<u>Question Number 3</u>

Has Ms. Adams proven, by a preponderance of the evidence, that the Senate discriminated against her based on race with respect to her compensatory leave time?

Yes \_\_\_\_\_      No \_\_\_\_\_

<u>Question Number 4</u>

Has Ms. Adams proven, by a preponderance of the evidence, that the Senate discriminated against her based on sex with respect to her compensatory leave time?

Yes \_\_\_\_\_      No \_\_\_\_\_

<u>Question Number 5</u>

Has Ms. Adams proven, by a preponderance of the evidence, that the Senate discriminated against her based on race with respect to her annual leave accrual rate?

Yes \_\_\_\_\_      No \_\_\_\_\_

<u>Question Number 6</u>

Has Ms. Adams proven, by a preponderance of the evidence, that the Senate discriminated against her based on sex with respect to her annual leave accrual rate?

Yes _____     No _____

### Question Number 7

Has Ms. Adams proven, by a preponderance of the evidence, that she complained that she was being discriminated against on the basis of race or sex with respect to her pay and was terminated for that reason?

Yes _____     No _____

If you answered "yes" to any of the foregoing questions, you should also answer Question Number 8. If you answered "no" to all of the foregoing questions, you are finished with this verdict form. The jury foreperson should date and sign the form, and return it to the Court.

### Question Number 8

What amount of emotional distress (compensatory) damages, if any, did Ms. Adams incur?

$_____

When the jury has completed its work on this verdict form, the jury foreperson should date and sign the form, and return it to the Court.

Dated:_____

_____
JURY FOREPERSON'S SIGNATURE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing.

COPY of the foregoing also mailed and e-mailed this 11th day of July, 2019 to:

Talonya Adams
2 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
talonya@gmail.com

By: *Suzy Walker*