DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| U.S. District Judge: Douglas L. Rayes | Date: July 11, 2019 |
| Case Number: CV-17-00822-PHX-DLR | |
| Adams v. Arizona Senate | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Talonya Adams – pro se | Michael D. Moberly |

**JURY TRIAL (Day 3):**

8:58 a.m. Reconvene. Counsel for defendant present with client representative Wendy Baldo. Plaintiff present. Jury not present. Discussion regarding testimony of witness Catherine Miranda. Discussion regarding witness Peter Silverman. 9:10 a.m. Jury enters. Jury is instructed regarding the testimony of Catherine Miranda. **Plaintiff's case (cont)**: Examination of Talonya Adams, previously sworn, continues. Exhibit 269 marked for identification. Exhibits 212, 228, 227, 226, 234, 235, and 237 admitted. 10:16 a.m. Jury excused for break. 10:17 a.m. Recess.

10:47 a.m. Reconvene. Parties present. Jury not present. Further discussion regarding witness Peter Silverman. 10:53 a.m. Jury enters. Examination of Talonya Adams continues. Exhibits 269, 239, 241, 243, 244, and 245 admitted. Witness excused. Plaintiff rests. **Defendant's case**: Peter Silverman sworn and examined. 11:57 a.m. Jury excused for break. Court remains in session. Discussion regarding plaintiff's objection to testimony of Mr. Silverman. Defendant's makes oral motion pursuant to Rule 50 for judgment as a matter of law. Argument is heard. The matter is taken under advisement. 12:15 p.m. Recess.

1:07 p.m. Reconvene. Parties present. Jury not present. The Court hears further argument on defendant's Rule 50 motion. The matter is taken under advisement. 1:19 p.m. Jury enters. Examination of Peter Silverman continues. Witness excused. Jeff Winkler sworn and examined. 2:38 p.m. Jury excused for break. Court remains in session. For reasons stated on the record, the Court **denies** defendant's Rule 50 motion. Discussion regarding jury instructions and verdict form. 2:40 p.m. Recess.

2:57 p.m. Reconvene. Parties present. Jury not present. Discussion regarding trial schedule. 2:58 p.m. Jury enters. Examination of Jeff Winkler continues. Exhibit 242 admitted. Witness excused. Katie Hobbs sworn and examined. 4:21 p.m. Jury excused for break. Discussion regarding remaining trial schedule. 4:24 p.m. Recess.

4:41 p.m. Reconvene. Parties present. 4:42 p.m. Jury enters. Examination of Katie Hobbs continues. Witness excused. Defense rests. 5:01 p.m. Jury excused until July 12, 2019, at 9:30 a.m.  The Court and Counsel remain to discuss jury instructions (off the record).

5:01 p.m. Court is in recess until 8:30 a.m. on July 12, 2019.

Deputy Clerk: Michele Morgan   **JT: 6 hrs, 7 min**
Court Reporter: Jennifer Pancratz

**Start: 8:58 AM**
**Stop: 5:01 PM**