DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** Douglas L. Rayes | **Date:** July 12, 2019 |
| **Case Number:** CV-17-00822-PHX-DLR | |
| **Adams v. Arizona Senate** | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Talonya Adams – pro se | Michael D. Moberly |

**JURY TRIAL (Day 4):**

8:51 a.m. Reconvene. Plaintiff present. Counsel for defendant present with client representative Wendy Baldo. Jury not present. Discussion regarding jury instructions, verdict form, and stipulated facts. Parties have no objections, additions, or corrections to the jury instructions. Parties have no objection to the verdict form. 8:57 a.m. Recess.

9:32 a.m. Reconvene. Parties present. 9:35 a.m. Jury enters. Stipulated facts read to the jury. **Plaintiff's rebuttal case**: Barbara McGuire sworn and examined. Exhibits 38, 39, and 40 admitted. Witness excused. Final instructions read to the jury. 10:14 a.m. Jury excused for break. Recess.

10:20 a.m. Reconvene. Parties present. 10:21 a.m. Jury enters. Closing arguments presented. Verdict form reviewed for the jury. Bailiff sworn. 11:11 a.m. Jury excused to commence deliberations. Court remains in session. Neither party objects to the instructions as read to the jury. 11:13 a.m. Recess.

2:57 p.m. Reconvene. Parties present. 2:58 p.m. Jury enters. The Court is advised a unanimous verdict has been reached. Verdict in favor of plaintiff is read and recorded. 3:03 p.m. Jury is released from the admonition and excused. Court remains in session. Evidentiary Hearing on the remaining damages at issue is set for August 14, 2019, at 9:00 a.m.

3:06 p.m. Court is adjourned.

LATER: The Court rules on the remaining pending Motions in Limine as follows: Defendant's Motion in Limine regarding Untimely Disclosed Documents (Doc. 133) is DENIED as moot based on the Court's ruling on evidence as entered at trial. Plaintiff's Motion in Limine #1 (Doc. 134) is DENIED as moot. Plaintiff's Motion in Limine #3 (Doc. 136) is DENIED as moot.

| | |
|---|---|
| Deputy Clerk: Michele Morgan | JT: 1 hrs, 50 min |
| Court Reporter: Jennifer Pancratz | |
| | Start: 8:51 AM |
| | Stop: 3:06 PM |