FILED ☒   LODGED ☐
RECEIVED ☐   COPY ☐

JUL 12 2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Talonya Adams,<br><br>    Plaintiff,<br><br>v.<br><br>Arizona Senate,<br><br>    Defendant. | No. CV-17-00822-PHX-DLR<br><br>**VERDICT**<br><br>REDACTED |

Nothing said in this Form of Verdict, which is prepared for your convenience, is meant to suggest or convey in any way or manner what verdict the Court thinks you should reach. It is solely and exclusively your duty and responsibility to decide what the verdict shall be.

We the jury, duly empaneled and sworn in the above entitled action, upon our oaths, make the following findings:

### Question Number 1

Has Ms. Adams proven, by a preponderance of the evidence, that the Senate discriminated against her with respect to her pay and race was a motivating factor?

Yes ✓   No ____

4618218.1
07/11/19

Question Number 2

Has Ms. Adams proven, by a preponderance of the evidence, that the Senate discriminated against her with respect to her pay and sex was a motivating factor?

Yes ✓    No _____

Question Number 3

Has Ms. Adams proven, by a preponderance of the evidence, that the Senate discriminated against her with respect to her compensatory leave time and race was a motivating factor?

Yes ✓    No _____

Question Number 4

Has Ms. Adams proven, by a preponderance of the evidence, that the Senate discriminated against her with respect to her compensatory leave time and sex was a motivating factor?

Yes ✓    No _____

Question Number 5

Has Ms. Adams proven, by a preponderance of the evidence, that the Senate discriminated against her with respect to her annual leave accrual rate and race was a motivating factor?

Yes ✓    No _____

Question Number 6

Has Ms. Adams proven, by a preponderance of the evidence, that the Senate discriminated against her with respect to her annual leave accrual rate and sex was a motivating factor?

Yes ✓    No _____

Question Number 7

Has Ms. Adams proven, by a preponderance of the evidence, that she complained that she was being discriminated against on the basis of race or sex with respect to her pay and was terminated for that reason?

Yes ✓    No ____

If you answered "yes" to any of the foregoing questions, you should also answer Question Number 8. If you answered "no" to all of the foregoing questions, you are finished with this verdict form. The jury foreperson should date and sign the form, and return it to the Court.

Question Number 8

What amount of emotional distress and/or loss of enjoyment of life (compensatory) damages, if any, did Ms. Adams suffer?

$ 1,000,000.00

When the jury has completed its work on this verdict form, the jury foreperson should date and sign the form, and return it to the Court.

Dated: 7/12/2019

#7
_____
FOREPERSON SIGNATURE

3