1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8
9    Talonya Adams,

10              Plaintiff,

11    v.

12    Arizona Senate,

13              Defendants.

14

**NO. CV-17-00822-PHX-DLR**

**JUDGMENT OF DISMISSAL IN A CIVIL CASE**

15    **Decision by Court.**  This action came for consideration before the Court.  The issues

16    have been considered and a decision has been rendered.

17        IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed

18    October 17, 2019, judgment is entered in favor of Plaintiff Talonya Adams and against

19    Defendant Arizona Senate in the amount of $353,617.88. Plaintiff is awarded pre judgment

20    at a rate of 1.66% and post judgment at a rate of 1.66%. The Senate shall reinstate Ms.

21    Adams, pursuant to terms negotiated by the parties, no later than October 31, 2019. This

22    action is hereby terminated.

23
24                                    Brian D. Karth
                                      District Court Executive/Clerk of Court
25
26    October 17, 2019
27                              By    s/ Michelle Sanders
                                      Deputy Clerk
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28