**TALONYA ADAMS**
Two North Central Avenue
Suite 1900
Phoenix, Arizona 85004
Phone: (602) 343-1838
Email: ta@1700westlaw.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Talonya Adams<br><br>　　　　　Plaintiff,<br><br>vs.<br><br><br>Arizona Senate<br><br>　　　　　Defendant. | Case No: CV-17-00822-PHX-DLR<br><br>**BILL OF COSTS** |

Judgment having been entered in the above-entitled case action on October 17, 2019 against the Arizona State Senate/State of Arizona, the Clerk is requested to tax the following costs:

Fees of the Clerk..............................................................................................$319.00

Fees for services of summons and subpoenas...................................................$1,245.00

Fees for pre-trial/trial transcripts necessarily obtained for use in case...................$616.05

Fees and disbursements for printing..................................................................$1,711.08

Fees for trial witnesses......................................................................................$480.62

Fees for exemplification of the costs of making copies of any materials where the copies are necessarily obtained for use in the case............................................................$9.00

Docket fees under 28 U.S.C. § 1923..................................................................$0.00

Costs as shown on Mandate of Court of Appeals.................................................$0.00

Compensation of court-appointed experts............................................................N/A

Interpreters compensation and special interpretation service costs (28 U.S.C. 1828)....N/A

Deposition of Katie Hobbs, Jeff Winkler, Wendy Baldo, Andrew Biggs, David Bradley................................................................................................................$4,102.25

Total Bill of Costs...............................................................................................**$8,483.00**

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the manner of electronic services.

RESPECTFULLY SUBMITTED this 31st day of October, 2019.

BY: /s/ Talonya Adams
Talonya Adams
Plaintiff *Pro Se*

## TAXATION OF COSTS

Costs are taxed in the amount of _____ and included in the judgment.

_____       By: _____ Date:_____
*Clerk of Court*                                      *Deputy Clerk*

## Witness Fees

### (Computation, cf. 28 U.S.C. 1821 for statutory fees)

| Name, City, and State of Residence | Attendance | | Subsistence | | Mileage | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Costs | Days | Total Costs | Miles | Total Costs | |
| Barbara McGuire, Kearney Arizona | 1 | $40.00 | 1 | $18 | 69.5 | $40.00 | $80.00 |
| Catherine Miranda, Phoenix Arizona | 1 | $40.00 | -- | -- | 10 | 5.75 | $45.75 |
| David Bradley, Tucson, Arizona | 1 | $40.00 | -- | -- | 2.6 | 1.73 | $42.00 |
| Leah Landrum Taylor, Phoenix, Arizona | 1 | $40.00 | -- | -- | 2.6 | 1.73 | $42.00 |
| Lupe Contreras, Phoenix, Arizona | 1 | $40.00 | -- | -- | 2.6 | 1.73 | $42.00 |
| Olivia Cajero Bedford, Tucson Arizona | 1 | $40.00 | -- | -- | 227.6 | 130.87 | $170.87 |
| Steven Farley, Tucson, Arizona | 1 | $40.00 | -- | -- | 0 | 0 | $40.00 |
| | | | | | | | $480.62 |