**TALONYA ADAMS**
Two North Central Avenue
Suite 1900
Phoenix, Arizona 85004
Phone: (602) 343-1838
Email: ta@1700westlaw.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Talonya Adams<br><br>              Plaintiff,<br><br>v.<br><br><br>Arizona Senate<br><br>              Defendant. | Case No: CV-17-00822-PHX-DLR<br><br>**NOTICE OF NONCOMPLIANCE** |

Plaintiff Talonya Adams hereby files this Notice of Noncompliance with the Order of this Court dated October 17, 2019. (Doc. 219) The Court ordered the Arizona State Senate shall reinstate Ms. Adams, pursuant to terms negotiated by the parties, no later than October 31, 2019.

As of November 1, 2019, the Arizona Senate has not reinstated Ms. Adams' employment.

To date, Ms. Adams and Michael Moberly, the Senate's legal counsel, have negotiated terms via electronic mail. The parties have reached an impasse in negotiations with regard to retroactive seniority, supervision and the Senate's interpretation of its obligations based upon the Court's October 17, 2019 ruling.

RESPECTFULLY SUBMITTED this 1st day of November, 2019.

                                      BY: /s/ Talonya Adams
                                            Talonya Adams (#031276)
                                            Two North Central Avenue, Suite 1900
                                            Phoenix, Arizona 85004
                                            (602) 343-1838
                                            *ta@1700westlaw.com*
                                            Plaintiff *Pro Se*