**RYLEY CARLOCK & APPLEWHITE**
One North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4417
Telephone 602.440.4800
Fax 602.257.9582
Michael D. Moberly – 009219
mmoberly@rcalaw.com
Lorena C. Van Assche – 025408
lvanassche@rcalaw.com
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Talonya Adams, | Case No.: 2:17-CV-00822-DLR |
| Plaintiff, | **DEFENDANT'S RESPONSE TO PLAINTIFF'S NOTICE OF NONCOMPLIANCE** |
| v. | |
| Arizona Senate, | |
| Defendant. | |

Defendant Arizona Senate hereby responds to Plaintiff's Notice of Noncompliance.

Plaintiff is correct that the parties have reached an impasse with respect to some of the terms of reinstatement, and the Senate requests (and presumes that Plaintiff also desires) that the Court schedule a conference call or hearing to provide direction with respect to the issues upon which the parties have been unable to agree.

The Senate further requests permission to submit to the Court, in advance of the hearing, either under seal or otherwise, copies of the electronic mail reflecting the parties' negotiations that is referenced in Plaintiff's Notice of Noncompliance. The Senate believes such a submission will facilitate the Court's understanding of the issues upon which the parties have been unable to agree and the reasons therefore (including specific reference to the aspects of the Court's October 17, 2019 Order upon which the Senate is relying). The submission also would apprise the Court of the issues upon which the parties do seem to have reached agreement.

4669166.1
11/01/19

RESPECTFULLY SUBMITTED this 1st day of November, 2019.

**RYLEY CARLOCK & APPLEWHITE**

By: *Michael D. Moberly*
Michael D. Moberly
Lorena C. Van Assche
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 1st 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a COPY of the foregoing, and also mailed and e-mailed a COPY of the foregoing, this 1st day of November, 2019 to:

Talonya Adams
2 North Central Avenue, Suite 1800
Phoenix, Arizona 85004
talonya@gmail.com
*Plaintiff Pro Se*

*Suzy Walker*

2