# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Talonya Adams, | No. CV-17-00822-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona Senate, | |
| Defendant. | |

In order to prepare the Court for the hearing set for November 6, 2019,

**IT IS ORDERED** that, by no later than **November 4, 2019 at 5:00 PM**, Defendant file **under seal** copies of the electronic mail reflecting the parties' negotiations referenced in Plaintiff's Notice of Noncompliance (Doc. 222).

Dated this 4th day of November, 2019.

Douglas L. Rayes
United States District Judge