1
2
3
4

**TALONYA ADAMS**
Two North Central Avenue
Suite 1900
Phoenix, Arizona 85004
(602) 343-1838
*ta@1700westlaw.com*

5
6
7

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

8
9
10
11
12
13

| | |
|---|---|
| Talonya Adams | Case No:  CV-17-00822-PHX-DLR |
| Plaintiff, | |
| v. | **NOTICE OF SUPPLEMENTAL INFORMATION** |
| Arizona Senate | |
| Defendant. | |

14
15
16
17
18
19
20
21
22
23

This notice provides the Court with information regarding the 2019 Arizona State Senate Employee Payroll Schedule dated October 3, 2019, after the Arizona State Senate issued substantial raises ranging from $10,000 to $29,000 per policy advisor. *See* Certified Arizona Senate Employee Payroll Schedule dated October 3, 2019, attached as Exhibit A.  Plaintiffs respectfully request that this Court consider this new information in context with its review of the Arizona State Senate's initial employment offer to Ms. Adams and the Court ordered electronic mail submission regarding the "reinstatement" negotiations. (Doc. 225)

24
25

RESPECTFULLY SUBMITTED this 4th day of November, 2019.

26
27
28

BY: /s/ Talonya Adams
Talonya Adams  (#031276)
Two North Central Avenue, Suite 1900
Phoenix, Arizona 85004
*ta@1700westlaw.com*
Plaintiff *Pro Se*

# EXHIBIT A

From: **Norm Moore** NMoore@azleg.gov 📎
Subject: RE: Senate Salary and Raise Criteria
Date: October 16, 2019 at 11:53 AM
To: Talonya Adams talonya@gmail.com



Dear Talonya Adams,

In response to your Public Records Request of October 3, 2019 you will find attached to this email a pdf document that is the current Arizona State Senate Employee Payroll Schedule as of August 24, 2019.  There have been no raises since the date of that schedule.  Also, attached to this email is a certification regarding the document as requested in your October 4, 2019 email.

Additionally, there are no responsive documents related to your request regarding the names of all policy advisors that are members of the Arizona State Bar as well as those policy advisors that have MBA's.

If you have any questions or need further clarification please contact me at your convenience.

Sincerely,

Norm Moore
Arizona State Senate
Public Records Attorney
(602) 926-5377
nmoore@azleg.gov


**From:** Talonya Adams <talonya@gmail.com>
**Sent:** Thursday, October 3, 2019 4:43 PM
**To:** Norm Moore <NMoore@azleg.gov>; Talonya Adams <ta@1700westlaw.com>
**Subject:** Fwd: Senate Salary and Raise Criteria

Dear Mr. Moore,

Please provide an update of the 2019 salary payroll schedule the was
provided earlier this summer and the request below that Mr. Moberly was unable to answer or forward below.

Please also confirm receipt, as time is of the essence.

Thank you,
Talonya Adams

---------- Forwarded message ---------
From: **Talonya Adams** <talonya@gmail.com>
Date: Thu, Sep 5, 2019 at 8:43 AM
Subject: Senate Salary and Raise Criteria
To: Moberly, Michael <mmoberly@rcalaw.com>

To: Moberly, Michael <mmoberly@rcalaw.com>

Michael,

Please amend the prior salary payroll schedule, please include the Senate's salary and raise criteria, if any and (ii) the names of all policy advisors that are Arizona State bar membership, as well as those that have MBAs. Thanks.

--
Best,

Talonya Adams
Attorney | MBA
c. 602.903.8809

Born. Living consciously. Will die.

*Please consider the environment before printing this email.*



Arizona State
Senate...-19.pdf



## Arizona State Senate
### 1700 W. Washington
### Phoenix, Arizona 85007

October 16, 2019

I HEREBY CERTIFY that the 3-page document titled "Arizona State Senate Employee Payroll Schedule 8/24/2019" sent to Talonya Adams today, October 16, 2019 in response to her October 3, 2019 Public Records Request was created in a spreadsheet from original documents on file in the Office of the Senate Comptroller.

Sincerely,

Norman L. Moore

Norman L. Moore
Arizona State Senate
Public Records Attorney

602-926-5377

ARIZONA STATE SENATE•ROOM 201•CAPITOL COMPLEX•PHOENIX, ARIZONA 85007
FAX (602) 417-3219•PHONE (602) 926-5681



## Arizona State Senate
### 1700 W. Washington
### Phoenix, Arizona 85007

October 16, 2019

I HEREBY CERTIFY that the 3-page document titled "Arizona State Senate Employee Payroll Schedule 8/24/2019" sent to Talonya Adams today, October 16, 2019 in response to her October 3, 2019 Public Records Request was created in a spreadsheet from original documents on file in the Office of the Senate Comptroller.

Sincerely,

Norman L. Moore
Arizona State Senate
Public Records Attorney
602-926-5377

**ARIZONA STATE SENATE**
**EMPLOYEE PAYROLL SCHEDULE**
**8/24/2019**

**Majority Staff**

| | | |
|---|---|---|
| Baldo, Wendy | Chief of Staff | $164,800 |
| Taylor, Melissa M. | Deputy Chief of Staff | $149,350 |
| Montzingo, Fletcher | Sr Fiscal Policy Director | $113,300 |
| Philipsen, Michael | Dir of Communications & Policy Advisor | $110,082 |
| White, Brooke | Sr Maj Policy Advisor | $113,300 |
| Kamp, Garth | Sr Maj Policy Advisor | $113,300 |
| Hanna, Grant | Maj Policy Advisor | $82,400 |
| Meyers, Monica | Sr Executive Assistant to the Majority | $67,980 |
| Jenkins, Gina | Executive Assistant to the Majority | $56,650 |
| Zlaticanin, Dajana | Digital Media Coordinator | $66,950 |

**Minority Staff**

| | | |
|---|---|---|
| Winkler, Jeffery | Democratic Chief of Staff | $138,020 |
| Osmon, Patricia | Senior Policy Advisor / Staff Attorney | $118,450 |
| Flores, Lisette | General Counsel and Policy Advisor | $118,450 |
| Latham, Aaron | Dir of Communications /Sr Policy Advisor | $107,120 |
| Laux, Sean | Sr Policy Advisor | $103,000 |
| Robles, Selianna | Policy Advisor | $82,400 |
| Reyna, Vicente | Policy Advisor | $61,800 |
| Pitones, Roxanna | Policy Advisor | $75,190 |
| Ramirez, Dora | Executive Assistant | $63,345 |

**Administration**

| | | |
|---|---|---|
| Kleminich, Christopher | Rules Attorney | $92,700 |
| Horner, Richard | Assistant | $46,350 |
| Reilly, Sandy | Comptroller | $83,188 |
| Altenbernd, Lisa | Duplicating / Supply Manager | $49,058 |
| Patchen, Cynthia | Tucson Liasion/split with House | $49,378 |

**Broadcast**

| | | |
|---|---|---|
| Fitzpatrick, Jason | Production Manager/split with House | $92,700 |
| Shahin, Mike | Asst  Production Manager/split with House | $54,590 |
| Shiffler, Craig | Production Tech/split with House | $54,590 |

**Sec. of the Senate**

| | | |
|---|---|---|
| Aceves, Susan | Secretary of the Senate | $77,250 |
| Fahey, Heather | Asst. Secretary of the Senate | $66,950 |
| Moore, Norm | Public Records Attorney | $110,637 |
| Cortez, Denise | Archivist | $47,862 |
| Rinear, Jocelyn | Journal Clerk | $40,706 |

| | | |
|---|---|---|
| Ponce, Shelley | Committee Secretary | $47,133 |
| Brown, Toylana | Committee Secretary | $38,452 |
| Andrew, Imelda | Committee Secretary | $34,180 |

**Sgt. at Arms/Pages**

| | | |
|---|---|---|
| Kubacki, Joe | Sergeant at Arms | $94,258 |
| Lyon, Jenna | Asst Sgt at Arms / Constituent Svs Liaison | $73,758 |
| Hadziahmetovic, Dino | Page/PT | $12,480 |
| Bessler, Sawyer | Page/PT | $12,480 |
| Corral, Cesar | Page/PT | $12,480 |
| Lucas, Stewart | Page/PT | $12,480 |
| Murphy, Molly | Page/PT | $12,480 |
| Toering, Cameron | Page/PT | $12,480 |

**Custodians**

| | | |
|---|---|---|
| Rendon, Miguel | Lead Custodian | $54,623 |
| Ruiz, Francis | Day Custodian | $39,339 |
| Lizama De Bejines, Loren | Night Custodian/PT | $14,814 |
| Palomar, Juana | Night Custodian/PT | $14,814 |
| Maytorena, Lourdes M. | Night Custodian | $31,829 |
| Duran, Maite | Night Custodian/PT | $17,909 |

**Security**

| | | |
|---|---|---|
| Ponce, Salvador | Security | $38,457 |
| Bunkley, Ryan | Security | $37,058 |
| Perez, Theresa | Security | $38,457 |
| Mada, Jorge | Security | $43,411 |
| Vietor, Aaron | Security | $36,574 |
| Vincent, Derek | Security | $36,574 |
| Wester, Richard | Security/PT | $18,287 |

**Research**

| | | |
|---|---|---|
| Agron, Jake | Director of Research/Staff Attorney | $123,600 |
| Neff, Kaitlyn | Deputy Research Director | $82,400 |
| Stone, Cherie | Research Analyst | $77,250 |
| Ong, Jeffrey | Research Analyst | $72,100 |
| Benitez, Laura | Research Analyst | $56,650 |
| Maher, Liam | Research Analyst | $72,100 |
| Hans, Michael | Research Analyst | $72,100 |
| Graver, Molly | Research Analyst | $56,650 |
| Dean, Zachary | Research Analyst | $56,650 |
| Bendel, Alanna | Assistant Research Analyst | $43,775 |
| Schwartz, Garret | Administrative Assistant | $41,200 |
| Araza, Kiyahna | Administrative Assistant | $41,200 |

**Member Assistants**

| | | |
|---|---|---|
| Carr, Donovan | Assistant -Peshlakai | $34,196 |

| | | |
|---|---|---|
| Campoy, Cristina | Assistant - Gonzales | $32,960 |
| Hood, Marsha | Sr Executive Assistant - Yarbrough | $55,326 |
| Nolan, Robert | Assistant - Mendez | $32,960 |
| Griffith, Sarah | Executive Assistant - Brophy-McGee, Kate | $52,674 |
| Klugman, Christopher | Assistant - Ugenti-Rita | $35,452 |
| Luth, Adrian | Administrative Assistant  - Pres Fann | $41,200 |
| Kimmick, Galen | Executive Assistant - Leach | $47,895 |
| Peralta, Mary | Administrative Assistant - Alston | $37,767 |
| Phillips, Barbara | Administrative Assistant - Livingston | $41,040 |
| Ramirez, Madeline | Assistant - Bowie | $32,960 |
| McBurney, Robyn | Assistant - Bradley | $34,695 |
| Benally, Jennifer | Executive Assistant - Contreras | $42,250 |
| Gardner, Tracey | Executive Assistant - Boyer | $44,864 |
| Hunsaker, JT | Assistant - E Farnsworth | $33,269 |
| Snow, Kassandra Lynn | Executive Assistant - S. Allen | $41,501 |
| Tuba, Mihaila | Assistant - Gowan | $32,960 |
| Williams, Maureen | Administrative Assistant - Pace | $41,824 |
| Snipes, Jasmine | Administrative Assistant - Steele | $35,378 |
| Martinez, Andrea | Administrative Assistant - Carter | $46,815 |
| Anderson, N. Doug | Administrative Assistant - Pratt | $62,892 |
| Noah, Helen | Executive Assistant - Otondo | $44,290 |
| Dickey, Jenn | Assistant - Gray | $32,960 |
| Farnsworth, Verl | Assistant - D Farnsworth | $32,960 |
| Duran, Jennifer | Assistant - Kerr | $33,681 |
| Heivilin, Phyllis | Executive Assistant - Borrelli | $48,471 |
| Narvaez, Cindy | Administrative Assistant - Rios | $37,824 |
| Moroyoqui, Maria | Assistant - Quezada | $33,681 |
| Vazquez, Stephanie | Assistant - Navarrete | $32,960 |