1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Talonya Adams, | No. CV-17-00822-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona Senate, | |
| Defendant. | |

The Court has reviewed Plaintiff's Motion to Reset Hearing. (Doc. 228.) For good cause shown,

**IT IS ORDERED** that Plaintiff's Motion to Reset Hearing is **GRANTED**.

**IT IS FURTHER ORDERED** vacating the Telephone Conference on November 6, 2019 at 9:30 a.m. and resetting for **November 15, 2019 at 1:30 p.m.**

Dated this 5th day of November, 2019.

Douglas L. Rayes
United States District Judge