Exhibit A

 Gmail

**Talonya Adams <talonya@gmail.com>**

## Confirmation of request

**Megan Rose** <megan.rose@azdoa.gov>                    Thu, Sep 12, 2019 at 10:27 AM
To: Talonya Adams <talonya@gmail.com>

Talonya-

Please see attached responsive records. This closes out your request.

**Megan Rose**

Assistant Director, Statewide Communications

ADOA I State of Arizona

100 North 15th Avenue, Suite 402, Phoenix, AZ 85007

p:  602-542-1681 I m: 602-826-5406 I megan.rose@azdoa.gov

http://doa.az.gov

On Fri, Sep 6, 2019 at 6:30 PM Talonya Adams <talonya@gmail.com> wrote:
Thank you for the update.

Regards,
Talonya Adams

On Fri, Sep 6, 2019 at 5:07 PM Megan Rose <megan.rose@azdoa.gov> wrote:
Talonya-

We have received your public records request. We will begin processing and be in touch soon. Thanks!

**Megan Rose**

Assistant Director, Statewide Communications

ADOA I State of Arizona

100 North 15th Avenue, Suite 402, Phoenix, AZ 85007

p:  602-542-1681 I m: 602-826-5406 I megan.rose@azdoa.gov

http://doa.az.gov

--
Best,

Talonya Adams
Attorney | MBA
c. 602.903.8809

Born. Living consciously. Will die.
*Please consider the environment before printing this email.*

 **ADAMS v STATE TOTAL DEFENSE COSTS.pdf**
109K

## ADAMS v. STATE LEGAL EXPENSES PAID AS OF 9/10/2019

| PAYEE | AMOUNT PAID | DATE PAID |
|---|---|---|
| JENNIFER PANCRATZ<br>US DISTRICT COURT REPORTER | $217.80 | 1/11/2018 |
| JENNIFER PANCRATZ<br>US DISTRICT COURT REPORTER | $223.10 | 4/1/2019 |
| RYLEY CARLOCK & APPLEWHITE | $18,592.92 | 4/12/2019 |
| COASH & COASH<br>COURT REPORTERS | $3,805.10 | 4/17/2018 |
| RYLEY CARLOCK & APPLEWHITE | $14,266.56 | 4/23/2019 |
| COASH & COASH<br>COURT REPORTERS | $382.25 | 5/9/2018 |
| RYLEY CARLOCK & APPLEWHITE | $14,163.17 | 5/24/2019 |
| RYLEY CARLOCK & APPLEWHITE | $32,459.92 | 6/24/2019 |
| JENNIFER PANCRATZ<br>US DISTRICT COURT REPORTER | $370.60 | 6/28/2019 |
| JENNIFER PANCRATZ<br>US DISTRICT COURT REPORTER | $72.60 | 7/3/2019 |
| RYLEY CARLOCK & APPLEWHITE | $44,536.24 | 7/23/2019 |
| INSIGHT EMPLOYMENT MEDIATION | $6,875.00 | 7/24/2019 |
| RYLEY CARLOCK & APPLEWHITE | $42,389.41 | 8/27/2019 |
| **TOTAL PAID** | **$178,354.67** | |

 Gmail

**Talonya Adams <talonya@gmail.com>**

---

## PRR2019-2200-171

**PublicRecords** <PublicRecords@azag.gov>
To: "talonya@gmail.com" <talonya@gmail.com>

Fri, Aug 23, 2019 at 11:10 AM

Ms. Adams,

The response to your public records request is attached.  Please be advised that ADOA would have the total fees and costs paid to date as well as any billed but not yet paid amounts, so you would need to request those records from them.

Please let me know if you have any questions.

Rachelle Lumpp

Public Information Officer

Arizona Attorney General's Office

2005 N. Central Avenue

Phoenix, AZ  85004

602-542-8330

publicrecords@azag.gov



---

**3 attachments**

 **AG19-0001 Outside Counsel RFP 09242018.pdf**
409K

**OSC Appointment Letter To Ryley Carlock  (Adams v. Senate).pdf**
78K

**Ryley.pdf**
4705K



**MARK BRNOVICH**
ATTORNEY GENERAL

**OFFICE OF THE ARIZONA ATTORNEY GENERAL**
**State Government Division**
**Employment Law Section**

JOHN FRY
CHIEF COUNSEL
(602) 542-7677
John.Fry@azag.gov

February 12, 2019

*Via E-Mail and U.S. Mail*

Michael D. Moberly, Esq.
Ryley Carlock & Applewhite
One North Central Avenue
Suite 1200
Phoenix, AZ 85004

Re:      Appointment of Outside Counsel in *Adams v. Arizona Senate*
         U.S. District Court Case No. 2:17-cv-00822-DLR
         ELS17-0079; RSK:  G201520505

Dear Mr. Moberly:

   Pursuant to the Agreement for Outside Counsel between your firm and the State of Arizona (the "State"), we are referring representation of Defendant Arizona Senate in the above-referenced matter to your firm, specifically you and attorney Andrea Lovell, to serve as co-counsel with Assistant Attorney General Todd McKay and me.   The effective date of the appointment is February 12, 2019.   Your firm's billing rates for this matter under the category of Employment Law are: Partner-$297.50-$465.00; Of Counsel-$242.25; Associate-$191.25-$272.00.   If there is any reason you cannot provide legal services, please notify me immediately so that other counsel may by appointed.

   Copies of file and case materials relating to this Office's representation of the Arizona Senate prior to the effective date of your appointment as co-counsel with this Office will be provided to you.  If you have any questions concerning the receipt of documents, please contact Assistant Attorney General Todd McKay.  Mr. McKay's telephone number is (602) 542-7653, and his email address is Todd.McKay@azag.gov.

   Please schedule a case management call or meeting with Arizona Department of Administration State Risk Management Adjuster Rhoda Gutsche as soon as possible.  Ms. Gutsche's email address is Rhoda.Gutsche@azdoa.gov, and her telephone number is (602) 542-3913.   Please also provide a detailed budget for the first four months of your engagement at least one week before the meeting, as well as a case management plan and detailed budget for the first twelve months of your engagement.  Billing statements, as well as copies of correspondence and case reports, should be sent to me via email at john.fry@azag.gov.  Payment of bills shall be the responsibility of State Risk Management.

Michael D. Moberly, Esq.
February 12, 2019
Page 2

I call your attention to Agreement provisions in which it is provided the State will not pay for multiple conferences between attorneys, continuing review of files by various personnel, duplication of effort, or supervision of junior lawyers by senior lawyers; requires that you provide quarterly reports and pretrial reports; requires that you seek prior written authorization before sending notices of depositions and before copies of deposition transcripts are ordered; and that you hire expert witnesses only after consultation with and approval by the State. In addition, you are not to transfer this file to another attorney in your firm without prior approval of the State.

Additional requirements concerning settlement negotiations, out-of-state travel, investigation services and appeals are set forth in the Agreement. Please review this section of your contract so that your representation conforms to its terms.

If you have any questions, please do not hesitate to contact me.

Sincerely,

John Fry
Chief Counsel
Employment Law Section

cc:     Andrea Lovell
        Liz Pence, DOA-RSK
        Rhoda Gutsche, DOA-RSK-Adjuster
        Joseph Rodosta, DOA-Finance
        Joseph Sciarrotta, Jr., CLD-ADM
        Tom Chenal, SGD-LMS
        Todd McKay, SGD-ELS
        Valerie Neumann, EXO Executive Assistant
        Connie Lopez, SGD Office Administrator

#7662012



| **REQUEST FOR PROPOSAL (RFP)**<br>SOLICITATION # AG19-0001 | **State of Arizona**<br>**Office of the Attorney General**<br>2005 N Central Avenue<br>Phoenix, AZ 85004 |
| --- | --- |

## NOTICE

The Arizona Office of the Attorney General (hereinafter the "AGO"), in accordance with the Arizona Procurement Code, is issuing the attached Request for Proposal (hereinafter "RFP") for Outside Counsel Services – General Services.

## REQUIREMENTS

Any law firm is invited to respond to this RFP regardless of size. Your law firm must have one or more attorneys admitted to practice law in the State of Arizona. Sole practitioners are acceptable.

## OVERVIEW OF SERVICES

The purpose of this RFP is to establish contracts with legal counsel for the AGO, and other State Agencies with appropriate statutory authority to independently retain legal counsel, on an "as needed, if needed" basis. It is understood that this contract, due to the complexity of legal matters, is not intended to be a mandatory contract. Certain matters may be contracted outside this contract based upon the specific need.

## INSTRUCTIONS FOR RESPONSE

The instructions to respond are included in the attached RFP. Responses are expected to comply with these instructions and contain sufficient information to justify an award.

## QUESTIONS REGARDING RFP

Questions should be directed to Jerry Connolly at 602-542-8030 or emailed to Jerry.Connolly@azag.gov or Cindy Palmer at 602-542-7986 or emailed to Cindy.Palmer@azag.gov.



| | | |
|---|---|---|
| | **REQUEST FOR PROPOSAL (RFP)**<br>SOLICITATION # AG19-0001 | **State of Arizona**<br>**Office of the Attorney General**<br>2005 N Central Avenue<br>Phoenix, AZ 85004 |

**DESCRIPTION:  AG19-0001 - OUTSIDE COUNSEL SERVICES FOR CALENDAR YEAR 2019**

**SOLICITATION DUE DATE/TIME: PROPOSALS ARE DUE BY OCTOBER 30, 2018 AT 3:00PM Local AZ Time**

**THIS RFP IS BEING ISSUED OUTSIDE PROCUREAZ. DO NOT SEND YOUR RESPONSE TO PROCUREAZ. THE INSTRUCTIONS FOR RESPONDING ARE INCLUDED IN THIS RFP.**

**ELECTRONIC COPY OF RFP:** An electronic copy of this Request for Proposal (RFP) with applicable Attachments, are available at https://www.azag.gov/rfp or you may request the RFP by sending a request to procurement@azag.gov; the solicitation number should be identified in the subject line and contact information for your firm provided with the e-mail. The Solicitation on file in the Arizona Office of the Attorney General, Procurement Office shall have precedence over any differing documents. Changes to this Request for Proposal shall be without effect unless proposed in accordance with the Uniform and Special Instruction Sections of this Solicitation and specifically accepted by the Arizona Office of the Attorney General.

**OFFER DELIVERY LOCATION:** Proposals shall be mailed or delivered to the Office of the Arizona Attorney. Proposals must be in a sealed envelope or container. Proposals should be marked Solicitation #AG19-0001. No fax or electronic copies will be accepted. All proposals must be received by the Solicitation due date and time specified. Any response received after the Solicitation due date and time specified will not be considered.

> **PHYSICAL MAILING and DELIVERY ADDRESS:**
> Arizona Attorney General
> Procurement Section
> 2005 N Central Ave
> Phoenix, Arizona 85004

**GENERAL:** In accordance with ARS §41-2538 competitive sealed proposals for the services specified will be received by Office of the Arizona Attorney General, Procurement Section at the specified locations until the time and date cited above.  Offers received by the correct time and date will be opened and the name of each Offeror will be publicly read. Offers must be in the actual possession of Office of the Arizona Attorney General, Procurement Section on or prior to the Solicitation Due Date and Time and at the Offer Delivery locations indicated above.  Late offers shall not be considered. Hand Delivered or Mailed offers must be submitted in a sealed package with the Solicitation number and the Offeror's name and address clearly indicated on the package.  Additional instructions for preparing a proposal are provided in the Special Instructions to Offerors to Offerors as contained within this notice.

**QUESTIONS REGARDING RFP:**

| **Solicitation Contact Person:** | **Solicitation Contact Person:** |
|---|---|
| Jerry Connolly, Procurement Manager<br>Phone: (602) 542-8030 / Fax: (602) 251-2285<br>E-mail: Jerry.Connolly@azag.gov | Cindy Palmer, Procurement Officer<br>Phone: (602) 542-7986 / Fax: (602) 251-2285<br>E-mail: Cindy.Palmer@azag.gov |

***Offerors are Strongly Encouraged to Carefully Read the Entire Request for Proposal***



| AG19-0001<br>**I. SPECIAL INSTRUCTIONS TO OFFERORS** | **State of Arizona**<br>**Office of the Attorney General**<br>2005 N Central Avenue<br>Phoenix, AZ 85004 |
| --- | --- |

1. **Submitting a Proposal**

    1.1. **Attachment I - Minimum Information Which Proposal Should Contain**

    1.1.1.   A completed and signed Offer and Acceptance Form

    1.1.2.   General Counsel Information Form

    1.1.2.1.   General Firm Information
    1.1.2.2.   Principal Contacts
    1.1.2.3.   Offeror's willingness to accept assignments Statewide
    1.1.2.4.   Acceptance of Insurance Requirements
    1.1.2.5.   Conflict of Interest - Identify and describe any type of matter, litigation and otherwise, in which your firm is involved with against the State of Arizona or any of its agencies and a concise statement of how your firm proposes to resolve any conflicts of interest with the State of Arizona.
    1.1.2.6.   List Specific cases and matters firm has been adverse to the State.
    1.1.2.7.   List Cases firm represented the State.
    1.1.2.8.   Disclosure of any State Bar Association Investigations and malpractice suits.

    1.1.3.   Areas of Practice - Indicate those area(s) of practice in which Offeror believes Offeror is qualified to accept assignments.  This is done by checking the box next to the various categories listed.

    1.1.4.   List the Attorneys the firm wishes to be considered for this contract.

    1.1.5.   For each Area of Law proposed a brief statement should be provided describing the **Qualification and Experience for each Attorney** expected to perform work in that area of law.  You may attach the Attorney's full resume to your proposal as additional information, but it is expected each Area of Law will show the attorney(s) proposed for the area of law and a brief statement demonstrating qualifications and experience. Award will be based in part, on this information.

    1.1.6.   Cost Data – Hourly Rate Table [also see Agreement Appendix D].

2. **Purpose of the RFP**

The purpose of this Request for Proposal is to establish contracts with legal counsel for the Office of the Arizona Attorney General (AGO), and other State Agencies with appropriate statutory authority to independently retain legal counsel, on an "as needed, if needed" basis. It is understood that this contract, due to the complexity of legal matters, is not intended to be a mandatory contract. Certain matters may be contracted outside this contract based upon the specific need.

3. **Authority**

This Request for Proposal is issued in accordance with § 41-2538. This contract may be used to represent the State of Arizona and the departments, agencies, boards, commissions, officers, agents and employees of the State of Arizona. This includes State Agencies with statutory authority to independently retain legal counsel.

    3.1. **Authorization of Assignments**

    The primary user of any awarded contract is the Office of the Attorney General.   Except for limited statutory exceptions, all appointments of counsel are made by the Attorney General's Office. Counsel is responsible to ensure that it either receives an appointment to perform legal work through the Attorney General's Office or from an agency that has statutory authority to independently retain outside counsel for the purpose described in



| AG19-0001 | State of Arizona |
| I. SPECIAL INSTRUCTIONS TO OFFERORS | Office of the Attorney General |
| | 2005 N Central Avenue |
| | Phoenix, AZ 85004 |

the appointment.  Failure to secure a valid appointment may result in a breach of the contract and may impact payment of fees.

**4.   Description of Work**

Counsel performing work under this Agreement may represent the State of Arizona and the departments, agencies, boards, commissions, officers, agents and employees of the State of Arizona in litigation and non-litigation matters. Work under this Agreement may include all aspects of litigation, including all discovery, motions, settlement and trial practice deemed to be in the best interest of the State as well as reporting to, consulting with, and advising the Office of the Attorney General and the departments of the State concerning the various functions.  Further details of the work to be performed will be detailed as work assignments.

**5.   Documents Incorporated by Reference**

The State of Arizona's Uniform Instructions to Offerors (Rev 9-2014) and Uniform Terms and Conditions (V9 - Rev 7-1-2013) are incorporated into this Contract and included as Exhibit I and Exhibit II of this solicitation. Offerors are encouraged to obtain these documents. Offerors may obtain copies by visiting the Arizona State Procurement Office (SPO) web site at: https://spo.az.gov/administration-policy/state-procurement-resource/standard-forms-and-documents or by calling the Office of the Attorney General, Procurement at (602) 542-8030.

**6.   Solicitation Inquiries**

**6.1.  Issuing Office Solicitation Contact Person**

The AGO Procurement Office Solicitation Contact Persons identified on the cover page of this RFP shall be the sole point of contact for purposes of the preparation and submittal of proposals to this Solicitation.

**6.2.  Solicitation Clarifications**

Questions or clarification requests regarding this solicitation should be directed to the attention of the Solicitation Contact Persons via: email (preferred), facsimile or mailed to the attention of Solicitation Contact Person.  If this results in a change to the Solicitation, a written Solicitation Amendment will be issued prior to the Solicitation due date.

**6.3.  Solicitation Amendments**

The Offeror should acknowledge receipt of a Solicitation Amendment by signing and returning the Solicitation Amendment with their proposal by the specified due date and time.

**7.   Solicitation Submission Guidelines**

**7.1.  Late Proposals**

All proposals must be received by the Solicitation due date and time specified.  Any response received after the Solicitation due date and time specified will not be considered. Proposals are to be delivered to the Issuing Office, as indicated on the front page of this solicitation, and clearly designated as a Proposal for this specific Solicitation. Proposals delivered to any other location or delivered via fax or electronically, will not be considered "received" until they arrive at the location specified on the cover page.  The AGO will not waive delay in delivery resulting from need to transport a proposal from another location, or error or delay on the part of the carrier.

**7.2.  Mailing of Proposals**

Offerors mailing proposals should allow sufficient mail delivery time to ensure timely receipt by the Issuing



| AG19-0001 | State of Arizona |
| --- | --- |
| I. SPECIAL INSTRUCTIONS TO OFFERORS | **Office of the Attorney General** |
| | 2005 N Central Avenue |
| | Phoenix, AZ 85004 |

Office.  Proposals arriving after the due date and time will not be considered.

**8.  Components of a Complete Proposal**

**8.1.  Offer Submittal:**

Offerors should submit their Offer as **one (1) original unbound set; three (3) bound copies.** The original copy of the proposal should be clearly labeled "**ORIGINAL**".   The material should be in the sequence shown in Attachment I, and be related to the Request for Proposal.  The State will not provide any reimbursement for the cost of developing or presenting proposals in response to this RFP.

**8.2.  Conformance to the RFP**

The Offeror should use the provided forms and formats or forms and formats substantially similar. Failure to include the requested information, providing incomplete information or adding irrelevant information may result in lower evaluation scores and may have a negative impact on the evaluation of the Offeror's proposal.

**9.  Proposal Format**

The following information should be submitted with each proposal and in this order. This format provides a section layout for the proposal and pricing section.  Failure to include all of the requested information may result in a proposal being rejected.

**9.1.  Attachment I**

Complete Attachment I as per the instructions provided above.

**9.2.  Solicitation Amendments**

Receipt of Solicitation Amendment(s) should be acknowledged by signing and returning the amendment with the proposal or prior to the Solicitation due date and time, to the Solicitation Contact Person listed on the cover page of this Solicitation.

**9.3.  Exceptions to the RFP**

An Offeror who takes exception to any portion of the Solicitation must do so pursuant to the Uniform Instructions to Offeror. If the Offeror is taking exception to a section or sections of the Solicitation, the Offeror shall designate a section in the proposal titled "Exceptions".   Any exceptions to the Solicitation not listed in this section or otherwise not submitted in the proper form shall not be considered a part of the Offeror's proposal and shall not be enforceable in any resulting Contract. Taking exception to the Terms and Conditions of the Solicitation may result in a proposal receiving a lower evaluation score. Low evaluation scores may result in the proposal being determined not susceptible for award. Exceptions to the terms and conditions should provide sufficient justification to detail the reason the exception is advantageous to the State of Arizona.

**9.4.  Confidential Information**

All Offers submitted and opened in response to this RFP are public records and must be retained by the State. Offers shall be open to public inspection after Contract award, except for such Offers or specific information within such Offers deemed to be confidential by the State. Pursuant to A.A.C. R2-7-103, if an Offeror believes that information in its Offer should remain confidential, the Offeror shall designate a special section labeled "Confidential Information" and include the information the Offeror indicates as confidential along with a statement detailing the reasons that the information should not be disclosed. The State shall determine whether the identified information is confidential pursuant to the Arizona Procurement Code. Information not specifically identified as confidential by the Offeror in accordance with this paragraph or determined to be not confidential



| | **AG19-0001**<br>**I. SPECIAL INSTRUCTIONS TO OFFERORS** | **State of Arizona**<br>**Office of the Attorney General**<br>2005 N Central Avenue<br>Phoenix, AZ 85004 |
|---|---|---|

by the State will be open to public inspection.

**9.5. Suspension or Debarment Status**

If the firm, business or person submitting a proposal has been debarred, suspended or otherwise lawfully precluded from participating in any public procurement activity with any Federal, State or local government, the Offeror should include a letter with its proposal setting forth the name and address of the governmental unit, the effective date of the suspension or debarment, the duration of the suspension or debarment and the relevant circumstances relating to the suspension or debarment.  Failure to supply the letter or to disclose in the letter all pertinent information regarding a suspension or debarment will result in rejection of the proposal or cancellation of a Contract.  The State also may exercise any other remedy available by law.

**10. Offshore Performance of Work Prohibited**

Due to security and identity protection concerns, all services under this contract shall be performed within the borders of the United States.  All storage and processing of information shall be performed within the borders of the United States.  This provision applies to work performed by subcontractors at all tiers.  Offerors shall declare all anticipated offshore services in the proposal.

**11. Proposal Opening**

Proposals shall be opened after the Solicitation Due Date and Time cited on the cover page of the Solicitation. The name of each Offeror shall be publicly read and recorded in the presence of at least one witness.  Prices shall not be read.

**12. Offer and Acceptance Period**

In order to allow for an adequate evaluation, the Office of the Attorney General requires an Offer in response to this Solicitation to be valid and irrevocable for 120 days after the opening due date.

**13. Evaluation Criteria for Award of Agreement**

Awards shall be made to the responsible Offeror(s) whose proposal(s) are determined to be the most advantageous to the State based upon the evaluation criteria listed below.

**13.1. These minimum criteria must be met for a Proposal to receive an award:**

    13.1.1.   Offeror must provide a completed contract.
    13.1.2.   Provide your interest in performing particular services.
    13.1.3.   Counsel must be a member of the State Bar of Arizona.

**13.2. Additional criteria considered if Counsel meets the minimum criteria:**

If the Offeror meets the minimum criteria set forth above, the Offeror's proposal will be evaluated on the following criteria.  These criteria will be used for any awards that are made for one, some or all categories of assignments.  The following criteria are listed in order of relative importance:

    13.2.1.  Special experience in respect to particular areas of law.
    13.2.2.  Education, including specialized training of persons performing work under the agreement.
    13.2.3.  History of Past Contract Performance and Professional Reputation
    13.2.4.  Cost for services.
    13.2.5.  Location of office and willingness to accept matters in other locations in the State.



| AG19-0001 | State of Arizona |
|---|---|
| **I. SPECIAL INSTRUCTIONS TO OFFERORS** | **Office of the Attorney General** |
| | 2005 N Central Avenue |
| | Phoenix, AZ 85004 |

## 14. Discussions

After the initial receipt and evaluation of proposals, the Office of the Attorney General may conduct discussions with Offerors whose proposals are deemed to be reasonably susceptible to award. Proposals should be submitted initially complete and on most favorable terms. In the event discussions are conducted, the Office of the Attorney General shall issue a written request for Best and Final Offers.

## 15. Best and Final Offer

The request for Best and Final Offer shall inform Offerors, that if they do not submit a Best and Final Offer or a notice of withdrawal, their immediate previous Offer will be considered as their Best and Final Offer. The Offeror's "immediate previous Offer" will consist of the Offeror's original proposal submission and any documents submitted by the Offeror during discussions.

## 16. Definitions of Key Words Used in the RFP

### 16.1. Shall, Must:

Indicates a mandatory requirement; Failure to meet these mandatory requirements may result in the rejection of a proposal as non-responsive.

### 16.2. Should, Will:

Indicates something that is recommended but not mandatory

### 16.3. May:

Indicates something that is not mandatory but permissible

### 16.4. Documents:

Documents shall include all correspondence, evaluations, depositions, interrogatories, reports, pleadings, memoranda, briefs, information and any other similar documents or material prepared or used in connection with Services in the pursuit of this matter.

### 16.5. Deliverable:

Deliverable shall refer to any report or other work product produced by the Counsel for the Office of the Attorney General.

### 16.6. Office of the Attorney General:

Office of the Attorney General, Attorney General's Office or AGO shall all refer to the Arizona Office of the Attorney General.

### 16.7. Counsel:

A firm or firms awarded a contract by the Office of the Attorney General.



**AG19-0001**

**II. AGREEMENT FOR OUTSIDE COUNSEL**

**State of Arizona**
**Office of the Attorney General**
2005 N Central Avenue
Phoenix, AZ 85004

**1. Parties**

The parties to this Agreement are the State of Arizona through the Office of the Attorney General and the firm as named in the Offer and Acceptance form.

**2. Recitals**

This Agreement is made with reference to the following facts:

**2.1.** The State of Arizona desires to contract for the provision of legal services by counsel not in its employ.

**2.2.** Counsel has represented that it is professionally qualified to perform such services, and the State of Arizona has relied on such representation in entering into this Agreement.

**2.3.** The primary user of this contract is the Office of the Attorney General. Except for limited statutory exceptions, all appointments of counsel are made by the Attorney General's Office. State Agencies with statutory authority to independently retain legal counsel may use this contract. Counsel is responsible to ensure that it either receives an appointment to perform legal work through the Attorney General's Office or from an agency with statutory authority to independently retain outside counsel for the purpose described in the appointment. Failure to secure a valid appointment may result in a breach of the contract and may impact payment of fees.

**2.4.** Counsel understands and agrees that certain legal matters may be contracted outside this contract based upon the specific need.

**3. Entire Agreement**

This Agreement embodies the entire Agreement between the State of Arizona and the Outside Counsel firm named in the Offer and Contract Award form, for cases assigned during the calendar year January 1, 2019 until December 31, 2019 and shall supersede all proposals, representations, negotiations or letters pertaining to the services, whether written or oral concerning this Agreement. The parties shall not be bound by or be liable for any statement, representation, promise, inducement, or understanding of any kind not set forth in this Agreement. This Agreement includes all documents either attached hereto or incorporated herein by reference, including the State of Arizona Uniform Terms and Conditions (V9-Rev 7-1-2013). Specifically included as appendices to this Agreement and attached hereto are:

> Appendix A - SPECIAL REQUIREMENTS
> Appendix B - SCOPE OF SERVICES
> Appendix C - SCHEDULE
> Appendix D - COMPENSATION AND PAYMENT

**4. Section Headings and Definitions**

Section headings in this Agreement are for convenience only, and are not to be construed to define, limit, expand, interpret, or amplify the provisions of this Agreement. When initially capitalized in this Agreement or amendments hereto, the following words or phrases shall have the meanings specified:

**4.1. Agreement**

This document, including all referenced material that forms a contract between Arizona **and** proposing person or firm named on the Offer and Acceptance page of Attachment 1.

**4.2. Best Efforts**



**AG19-0001**

**II. AGREEMENT FOR OUTSIDE COUNSEL**

**State of Arizona**
**Office of the Attorney General**
2005 N Central Avenue
Phoenix, AZ 85004

Those efforts which a skilled, competent, experienced and prudent legal professional would use to perform and complete the requirements of this Agreement in a timely manner, exercising the degree of skill, care, competence, and prudence customarily imposed on a legal professional performing similar work.

### 4.3. Counsel

Firm or individual whose name appears on page 1 of this agreement.

### 4.4. Documentation

Correspondence, evaluations, depositions, interrogatories, reports, pleadings, memoranda, briefs, information and any other similar documents or material prepared or used in connection with Services.

### 4.5. Force Majeure

An act of God, or event beyond the control of a party, including an act or omission of government, act or omission of civil or military authority, strike or lockout, act of a public enemy, war, blockade, insurrection, riot, epidemic, landslide, earthquake, fire, storm, lightning, flood, washout or civil disturbance which would have not been avoided through the exercise of reasonable care, prudence and diligence.

### 4.6. Services

Services refer to all obligations undertaken by Counsel pursuant to Appendix B - SCOPE OF SERVICES.

### 4.7. Site(s)

The area(s) at Arizona facilities where Counsel may be called upon to visit to perform Services.

## 5. Scope

Counsel shall perform and complete the Services specified in Appendices B - SCOPE OF SERVICES and shall supply personnel, equipment and material to complete the Services, except equipment and material specified to be supplied by Arizona.

## 6. Schedule

Counsel shall perform and complete the Services according to the schedule provided in Appendix C – SCHEDULE.

## 7. Compensation and Payment

The State of Arizona shall compensate Counsel as provided in Appendix D - COMPENSATION AND PAYMENT. Counsel should register in the Arizona State Procurement automated system ProcureAZ to facilitate the payment process. ProcureAZ can be accessed at https://procure.az.gov. Should you have questions or require assistance with registering in ProcureAZ call 602-542-7600 or e-mail procure@azdoa.gov.

## 8. Insurance

**8.1.** All personnel furnished by Counsel shall be considered employees of Counsel and Counsel shall be responsible for payments of all Workmen's Compensation claims, Unemployment Disability claims or claims under similar laws.

**8.2.** Counsel shall be responsible for providing appropriate public, professional, automobile, and aircraft liability insurance (aircraft liability only if applicable) for Counsel and its employees in connection with the performance of the Services under this Agreement. The State of Arizona may request Counsel to provide additional insurance. Counsel agrees to provide such additional insurance upon request.



**AG19-0001**

**II. AGREEMENT FOR OUTSIDE COUNSEL**

**State of Arizona**
**Office of the Attorney General**
2005 N Central Avenue
Phoenix, AZ 85004

---

**8.3.** Counsel shall provide the Office of the Attorney General with a valid Certificate of Insurance within ten (10) days of receiving a Letter of Retention. Counsel shall provide the Office of Attorney General with updated Certificates of Insurance documenting any changes in policy or coverage (e.g. renewal, change in carrier, loss of policy, etc.) within ten (10) days of the change.

## 9. INSURANCE REQUIREMENTS:

Contractor and subcontractors shall procure and maintain, until all of their obligations have been discharged, including any warranty periods under this Contract, insurance against claims for injury to persons or damage to property arising from, or in connection with, the performance of the work hereunder by the Contractor, its agents, representatives, employees or subcontractors.

The Insurance Requirements herein are minimum requirements for this Contract and in no way limit the indemnity covenants contained in this Contract. The State of Arizona in no way warrants that the minimum limits contained herein are sufficient to protect the Contractor from liabilities that arise out of the performance of the work under this Contract by the Contractor, its agents, representatives, employees or subcontractors, and the Contractor is free to purchase additional insurance.

### 9.1. Minimum Scope and Limits of Insurance

Contractor shall provide coverage with limits of liability not less than those stated below.

#### 9.1.1. Commercial General Liability (CGL) – Occurrence Form

Policy shall include bodily injury, property damage, and broad form contractual liability coverage.

- General Aggregate                               $2,000,000
- Products – Completed Operations Aggregate       $1,000,000
- Personal and Advertising Injury                 $1,000,000
- Damage to Rented Premises                       $   50,000
- Each Occurrence                                 $1,000,000

a.  The policy shall be endorsed, as required by this written agreement, to include the State of Arizona, and its departments, agencies, boards, commissions, universities, officers, officials, agents, and employees as additional insureds with respect to liability arising out of the activities performed by or on behalf of the Contractor.

b.  Policy shall contain a waiver of subrogation endorsement, as required by this written agreement, in favor of the State of Arizona, and its departments, agencies, boards, commissions, universities, officers, officials, agents, and employees for losses arising from work performed by or on behalf of the Contractor.

#### 9.1.2. Business Automobile Liability

Bodily Injury and Property Damage for any owned, hired, and/or non-owned automobiles used in the performance of this Contract.

- Combined Single Limit (CSL)                     $1,000,000

a.  Policy shall be endorsed, as required by this written agreement, to include the State of Arizona, and its departments, agencies, boards, commissions, universities, officers, officials, agents, and employees as additional insureds with respect to liability arising out of the activities performed by, or on behalf of, the Contractor involving automobiles owned, hired and/or non-owned by the Contractor.

b.  Policy shall contain a waiver of subrogation endorsement as required by this written agreement in favor



**AG19-0001**
**II. AGREEMENT FOR OUTSIDE COUNSEL**

**State of Arizona**
**Office of the Attorney General**
2005 N Central Avenue
Phoenix, AZ 85004

of the State of Arizona, and its departments, agencies, boards, commissions, universities, officers, officials, agents, and employees for losses arising from work performed by or on behalf of the Contractor.

### 9.1.3. Workers' Compensation and Employers' Liability

- Workers' Compensation                                    Statutory
- Employers' Liability

     o    Each Accident                  $1,000,000
     o    Disease – Each Employee    $1,000,000
     o    Disease – Policy Limit       $1,000,000

a. Policy shall contain a waiver of subrogation endorsement, as required by this written agreement, in favor of the State of Arizona, and its departments, agencies, boards, commissions, universities, officers, officials, agents, and employees for losses arising from work performed by or on behalf of the Contractor.

b. This requirement shall not apply to each Contractor or subcontractor that is exempt under A.R.S. § 23-901, and when such Contractor or subcontractor executes the appropriate waiver form (Sole Proprietor or Independent Contractor).

### 9.1.4. Professional Liability (Errors and Omissions Liability)

- Each Claim                                          $2,000,000
- Annual Aggregate                                    $2,000,000

a. In the event that the Professional Liability insurance required by this Contract is written on a claims-made basis, Contractor warrants that any retroactive date under the policy shall precede the effective date of this Contract and, either continuous coverage will be maintained, or an extended discovery period will be exercised, for a period of two (2) years beginning at the time work under this Contract is completed.

b. The policy shall cover professional misconduct or negligent acts for those positions defined in the Scope of Work of this contract.

## 9.2. Additional Insurance Requirements

The policies shall include, or be endorsed to include, as required by this written agreement, the following provisions:

9.2.1 The Contractor's policies, as applicable, shall stipulate that the insurance afforded the Contractor shall be primary and that any insurance carried by the State of Arizona, and its departments, agencies, boards, commissions, universities, officers, officials, agents, and employees shall be excess and not contributory insurance, as provided by A.R.S. § 41-621 (E).

9.2.2 Insurance provided by the Contractor shall not limit the Contractor's liability assumed under the indemnification provisions of this Contract.

## 9.3. Notice of Cancellation

Applicable to all insurance policies required within the Insurance Requirements of this Contract, Contractor's insurance shall not be permitted to expire, be suspended, be canceled, or be materially changed for any reason without thirty (30) days prior written notice to the State of Arizona. Within two (2) business days of receipt, Contractor must provide notice to the State of Arizona if they receive notice of a policy that has been or will be



**AG19-0001**

**II. AGREEMENT FOR OUTSIDE COUNSEL**

**State of Arizona**
**Office of the Attorney General**
2005 N Central Avenue
Phoenix, AZ 85004

suspended, canceled, materially changed for any reason, has expired, or will be expiring. Such notice shall be sent directly to the Department and shall be mailed, emailed, hand delivered or sent by facsimile transmission to (State Representative's Name, Address & Fax Number).

**9.4.   Acceptability of Insurers**

Contractor's insurance shall be placed with companies licensed in the State of Arizona or hold approved non-admitted status on the Arizona Department of Insurance List of Qualified Unauthorized Insurers. Insurers shall have an "A.M. Best" rating of not less than A- VII. The State of Arizona in no way warrants that the above-required minimum insurer rating is sufficient to protect the Contractor from potential insurer insolvency.

**9.5.   Verification of Coverage**

Contractor shall furnish the State of Arizona with certificates of insurance (valid ACORD form or equivalent approved by the State of Arizona) as required by this Contract. An authorized representative of the insurer shall sign the certificates.

All certificates and endorsements, as required by this written agreement, are to be received and approved by the State of Arizona before work commences. Each insurance policy required by this Contract must be in effect at, or prior to, commencement of work under this Contract. Failure to maintain the insurance policies as required by this Contract, or to provide evidence of renewal, is a material breach of contract.

All certificates required by this Contract shall be sent directly to the Department. The State of Arizona project/contract number and project description shall be noted on the certificate of insurance. The State of Arizona reserves the right to require complete copies of all insurance policies required by this Contract at any time.

**9.6.   Subcontractors**

Contractor's certificate(s) shall include all subcontractors as insureds under its policies or Contractor shall be responsible for ensuring and/or verifying that all subcontractors have valid and collectable insurance as evidenced by the certificates of insurance and endorsements for each subcontractor. All coverages for subcontractors shall be subject to the minimum Insurance Requirements identified above. The Department reserves the right to require, at any time throughout the life of this contract, proof from the Contractor that its subcontractors have the required coverage.

**9.7.   Approval and Modifications**

The Contracting Agency, in consultation with State Risk, reserves the right to review or make modifications to the insurance limits, required coverages, or endorsements throughout the life of this contract, as deemed necessary. Such action will not require a formal Contract amendment but may be made by administrative action.

**9.8.   Exceptions**

In the event the Contractor or subcontractor(s) is/are a public entity, then the Insurance Requirements shall not apply. Such public entity shall provide a certificate of self-insurance. If the Contractor or subcontractor(s) is/are a State of Arizona agency, board, commission, or university, none of the above shall apply.

**10. General Requirements**

**10.1.** Independent Contractor - Counsel represents that it is fully experienced and properly qualified to perform the Services in the State where Services are to be performed, and is equipped, organized and financed to perform such Services. Counsel shall act as an independent contractor and not as an agent of Arizona, in performing the Services and duties of this Agreement.



**AG19-0001**

**II. AGREEMENT FOR OUTSIDE COUNSEL**

**State of Arizona**
**Office of the Attorney General**
2005 N Central Avenue
Phoenix, AZ 85004

**10.2.** Subcontracts - Counsel shall not subcontract any part of the Services or any of its obligations under this Agreement, unless prior written approval has been obtained from the Office of the Attorney General.

**10.3.** Cooperation - Counsel shall, to the best of its abilities, cooperate with Arizona to enable the successful completion of the Services according to the terms of this Agreement including, but not limited to, commitment of additional resources, material and personnel, if requested by the Office of the Attorney General designated representative to assure that the Services are properly performed and completed in accordance with the provisions of this Agreement.

**10.4.** Advertising and Promotion – The name of Arizona shall not be used in any advertising or other promotional context by Counsel without prior written consent of the Office of the Attorney General designated representative.

**10.5.** Testimony - Should Counsel be required to testify at any judicial, legislative or administrative hearing concerning matters in any way related to the Services performed under this Agreement, Counsel shall prior to the scheduled time of each hearing supply to the Attorney General or his designated representative in writing all information likely to be disclosed at said hearing as well as Counsel's position thereon.  Should Counsel be required by a third party to testify at any judicial, legislative or administrative hearing not specified in this Agreement but concerning the subject matter of this Agreement, Counsel shall notify the Attorney General or his designated representative in advance of the date and time of such hearing to enable State of Arizona representatives to attend and participate.

**10.6.** Special Requirements - See Appendix A, SPECIAL REQUIREMENTS.

## 11. Changes

**11.1.** General - Notwithstanding any other provisions of this Agreement to the contrary, the Office of the Attorney General reserves the right for any reason without invalidating this Agreement to make or to direct any changes in the Services including the performance of additional tasks. Such change shall be made in writing by the Office of the Attorney General authorized representative.

**11.2.** Delegation - The Office of the Attorney General designated representative may issue and sign written change orders on behalf of the Office of the Attorney General.

## 12. Professional Responsibility

**12.1.** General - Counsel shall use Best Efforts to perform and complete the Services in accordance with the provisions of this Agreement.

**12.2.** Liability - In the event that Counsel breaches its obligations under this Agreement, Counsel shall take the necessary actions to correct and cure its breach of this Agreement.  If Counsel, upon notification of said breach does not promptly take steps to correct the breach, the Office of the Attorney General without waiving any other rights or remedies it may have at law or otherwise may do so and Counsel shall reimburse the Office of the Attorney General and the State for all expenses and costs incurred in performing such corrective action.

**12.3.** Expertise - Work under the Agreement will be performed in the manner that a reasonably competent and prudent attorney would perform legal work.  Work may be performed by paralegals if a reasonably competent and prudent attorney would delegate such work to a paralegal.  Paralegals are expected to perform their work in the manner that a reasonably competent and prudent paralegal would perform.  All time deadlines specified by court or court rules shall be complied with.



**AG19-0001**

**II. AGREEMENT FOR OUTSIDE COUNSEL**

**State of Arizona**
**Office of the Attorney General**
2005 N Central Avenue
Phoenix, AZ 85004

**12.4.** Complaints - Counsel will promptly notify the Office of the Attorney General if a business or bar complaint is filed against Counsel on any matter, if a motion for sanctions is filed against Counsel, or if sanctions are awarded against Counsel in cases assigned pursuant to this Agreement. Any sanctions ordered by the court as a result of attorney or paralegal malfeasance shall be borne by the attorney.

## 13. Review of Services

The Office of the Attorney General reserves the right to review all and every part of the Services during performance or after completion as the Office of the Attorney General may see fit.  If the Services or any part thereof have not been performed in accordance with this Agreement to the satisfaction of the Office of the Attorney General, the Office of the Attorney General may order that no further services be performed and may reject and refuse to pay for any improperly performed services.

## 14. Force Majeure

In the event either party by reason of a Force Majeure is rendered unable to perform its duties under this Agreement, then upon said party giving written notice of the particulars and estimated duration of said Force Majeure, said party may have its time of performance of its duties extended for the period equal to the time performance is delayed by said Force Majeure.  The effects of said Force Majeure shall be remedied with all reasonable dispatch and said party giving notice shall use Best Efforts to eliminate and mitigate the consequences thereof. A Force Majeure for which said notice has not been given shall be an unexcused delay.

## 15. Suspension

The Office of the Attorney General may, by written notice, direct Counsel to suspend performance on any or all of the Services for a specified period of time. If any suspension is not occasioned by the fault or negligence of Counsel, this Agreement may be supplemented to compensate Counsel for extra costs incurred due to said suspension, provided that any claim for adjustment is supported by appropriate cost documentation, subject to audit, and asserted within twenty days after the date the Office of the Attorney General issues an order for resumption of performance of the Services.

## 16. Termination at Will

At the sole discretion of the Office of the Attorney General, the Office of the Attorney General may terminate this Agreement at any time, or may terminate all or any portion of the Services not then completed by giving the other party written notice of termination.  Upon receipt of notice of termination, Counsel, unless the notice requires otherwise, shall discontinue performance of the Services on the date and to the extent specified in the notice, except those Services necessary to preserve and protect the work product of the Services already performed, and otherwise minimize costs to the State.  Payment for Services already completed or in the process of completion shall be adjusted between Counsel and the Office of the Attorney General, in a fair and reasonable manner, but such payment shall exclude any allowance for unperformed Services or anticipated profits thereon.  Such payment for Services already completed or in the process of completion shall be the total compensation due to Counsel for Termination at Will by either party.

## 17. Termination for Cause

The Office of the Attorney General may declare this Agreement canceled for default by notifying Counsel in writing should Counsel at any time (i) violate any part of this Agreement, (ii) fail to supply sufficient properly skilled personnel, material or equipment of the quality or quantity to properly perform the Services, (iii) fail to provide services in the most cost effective manner.  Without limiting or waiving any other remedies the Office of the Attorney



**AG19-0001**

**II. AGREEMENT FOR OUTSIDE COUNSEL**

**State of Arizona**
**Office of the Attorney General**
2005 N Central Avenue
Phoenix, AZ 85004

General may have, Counsel shall compensate the Office of the Attorney General for costs (whether they arise before or after completion of the Services) arising out of any breach by Counsel or arising out of any default under this Section 16.

## 18. Accounting and Auditing

Counsel shall maintain accurate and complete accounting and financial records and vouchers in support of all cost and service billings to the State of Arizona, in accordance with generally accepted accounting principles and practices. The State of Arizona, or its audit representative, shall have the right at any reasonable time to examine and audit the records, vouchers, and their source documents without limitation which serve as a basis for compensation under this Agreement. Said records shall be available to the State of Arizona in Phoenix, Arizona for inspection and audit for five years after completion or termination of the services under this Agreement.

## 19. Laws and Regulations

**19.1.** Counsel and its employees shall at all times comply with all applicable federal, state and local laws, ordinances, statutes, rules and regulations.  Counsel shall hold the State of Arizona, its departments, agencies, boards, commissions, universities and its officers, officials, agents, and employees harmless from loss, cost or damage by reason of any actual or alleged violation thereof arising out of Counsel's employees or Counsel's contractors failure to so comply.

**19.2.** Health Insurance Portability and Accountability Act of 1996 (HIPAA) – The State of Arizona intends to comply with assurances given to components of the State covered under HIPAA and its accompanying Administrative Simplification Regulations ("Covered Components").  These written assurances certify that the state of Arizona will collect, receive, use and disclose the minimum necessary protected health information and related records solely for the purposes allowed under HIPAA.  Counsel warrants that he or she is familiar with the requirements of HIPAA and its accompanying regulations and will comply with any HIPAA requirement that may be applicable to the State of Arizona during the course of this agreement.  In addition, Counsel shall agree to cooperate to ensure compliance with assurances given to Covered Components, including signing a Business Associate Agreement in cases where Counsel and Counsel's employees will represent a Covered Component (e.g. CPS, DDD, State Hospital, BHS, AHCCCS, etc.), and they receive protected health information from or on behalf of the HIPAA covered client. Counsel agrees to execute such further HIPAA assurances or agreements as the State of Arizona may deem appropriate.

## 20. Documentation

**20.1.** Format and Quality of Documentation - Documentation prepared by Counsel shall be prepared in a format and of a quality approved by the Office of the Attorney General.  All Documentation shall be the property of the Office of the Attorney General and shall be delivered to the Office of the Attorney General at the completion of Services hereunder.

**20.2.** Documentation Review - Counsel shall review Documentation provided by the Office of the Attorney General during performance of the Services and shall promptly notify the Office of the Attorney General of any defects or deficiencies discovered in said review.

## 21. Governing Law and Venue

This Agreement shall be interpreted in accordance with the substantive and procedural laws of the State of Arizona. Any action at law or judicial proceeding instituted by Counsel relating to this Agreement shall be instituted only in the State or Federal Courts of the State of Arizona.  The parties agree that proper venue for any and all disputes arising



**AG19-0001**

**II. AGREEMENT FOR OUTSIDE COUNSEL**

**State of Arizona**
**Office of the Attorney General**
2005 N Central Avenue
Phoenix, AZ 85004

---

out of this Agreement shall be in Maricopa County, State of Arizona.

**22. Authorized Representatives and Notices**

**22.1.** Representatives - Prior to commencement of the Services, the Office of the Attorney General and Counsel shall each designate a representative authorized to act on behalf of each party and shall advise the other party in writing of the name, address, and telephone number (day and night) of such designated representative and shall inform the other party of any subsequent change in such designation. All communications relating to the administrative activities under this Agreement shall be exchanged between the respective representatives of the Office of the Attorney General and Counsel.

**22.2.** Notices - All legal or claim notices required by this Agreement shall be in writing, and shall be delivered personally to the authorized representatives of the Office of the Attorney General and Counsel as set forth below, or shall be mailed thereto by certified mail, postage prepaid, return receipt requested. Notice shall be effective on the date delivered.

**To: State of Arizona:**
Office of the Attorney General
2005 N Central Ave
Phoenix, Arizona   85004

**To: Counsel:**
The person identified in the Offer and
Acceptance Form.

**23. Disputes**

Any controversy or claim arising out of or relating to this Agreement or its breach which may arise between Counsel and the Office of the Attorney General and which is not resolved by the authorized representatives of the parties, shall be noticed in writing by the complaining party as provided in Section 22, AUTHORIZED REPRESENTATIVES AND NOTICES. Such controversy or claim shall subsequently be reviewed and discussed between Counsel and an authorized representative of the Office of the Attorney General. Disputes arising out of this Agreement are subject to the provisions of Article 9, Chapter 23, Title 41 of Arizona Revised Statutes.

**24. Assignment of Rights**

Counsel shall not assign the rights, nor delegate the duties, or otherwise dispose of any right, title or interest in all or any part of this Agreement, or assign any monies due or to become due to Counsel without the prior written consent of the Office of the Attorney General. Any such approved assignment or delegation shall be for the benefit of and shall be binding on Counsel, the assignee and all future successors; and shall not relieve Counsel, assignee or future successors of any duties or obligations. If the Office of the Attorney General approves any assignment of monies due or to become due to Counsel hereunder, such assignment shall not become effective until at least thirty days after the Office of the Attorney General approval.

**25. Offshore Performance of Work Prohibited**

Due to security and identity protection concerns, all services under this contract shall be performed within the borders of the United States. All storage and processing of information shall be performed within the borders of the United States. This provision applies to work performed by subcontractors at all tiers.

**26. Federal Immigration Laws, Compliance by State Contractors**

By entering into the contract, the contractor warrants compliance with the Federal immigration and Nationality Act (FINA) and all other Federal immigration laws and regulations related to the immigration status of its employees. The contractor shall obtain statements from its subcontractors certifying compliance and shall furnish the statements to



**AG19-0001**
**II. AGREEMENT FOR OUTSIDE COUNSEL**

**State of Arizona**
**Office of the Attorney General**
2005 N Central Avenue
Phoenix, AZ 85004

the Procurement Officer upon request.  The contractor and its subcontractors shall also maintain Employment Eligibility Verification forms (I-9) as required by the U.S. Department of Labor's Immigration and Control Act), for all Employees performing work under the contract.  I-9 forms are available for download at USCIS.GOV.

The State may request verification of compliance for any contractor or subcontractor performing work under the contact.  Should the State suspect or find that the Contactor or any of its subcontractors are not in compliance, the State may pursue any and all remedies allowed by law, including, but not limited to:  suspension of work, termination of the contract for default, and suspension and/or debarment of the contractor.   All costs necessary to verify compliance are the responsibility of the contractor.

**27. Compliance Requirements for A.R.S. § 41-4401, Government Procurement: E-Verify Requirement**

**27.1.** The contractor warrants compliance with all Federal immigration laws and regulations relating to employees and warrants its compliance with Section A.R.S. § 23-214, Subsection A. (That subsection reads: "After December 31, 2007, every employer, after hiring an employee, shall verify the employment eligibility of the employee through the E-Verify program.)

**27.2.** A breach of a warranty regarding compliance with immigration laws and regulations shall be deemed a material breach of the contract and the contractor may be subject to penalties up to and including termination of the contract.

**27.3.** Failure to comply with a State audit process to randomly verify the employment records of contractors and subcontractors shall be deemed a material breach of the contract and the contractor may be subject to penalties up to and including termination of the contract.

**27.4.** The State Agency retains the legal right to inspect the papers of any employee who works on the contract to ensure that the contractor or subcontractor is complying with the warranty under paragraph 27.1.

**28. Survival of Obligations and Liabilities**

The termination, cancellation or acceptance of the Services shall not relieve Counsel of its obligations for Services completed prior to the effective date of such termination, cancellation or acceptance nor shall it relieve Counsel of its liabilities at law or under this Agreement.

**29. Indemnification:**

**29.1** To the fullest extent permitted by law, Counsel shall defend, indemnify, and hold harmless the State of Arizona, and its departments, agencies, boards, commissions, universities, officers, officials, agents, and employees from and against all claims, damages, losses and expenses, including, but not limited to, attorney fees, court costs, expert witness fees, and the cost of appellate proceedings, relating to, arising out of, or alleged to have resulted from the negligent, intentional or willful acts, errors, omissions, mistakes or malfeasance caused in whole or in part by Counsel relating to work or services in the performance of this Contract, including any person or entity  directly employed by them, their agents or representatives,  as well as any person or entity for whose acts, errors, omissions, mistakes or malfeasance Counsel may be legally liable.

**29.2** The amount and type of insurance coverage requirements set forth herein will in no way be construed as limiting the scope of the indemnity in this paragraph.

**29.3** The scope of this indemnification does not extend to the sole negligence of the State of Arizona.

**30. Precedence**



**AG19-0001**
**II. AGREEMENT FOR OUTSIDE COUNSEL**

**State of Arizona**
**Office of the Attorney General**
2005 N Central Avenue
Phoenix, AZ 85004

**30.1.** Order of Precedence - In the event of conflict between this Agreement, its appendices and/or any other referenced document, the order of precedence shall be this Agreement including Appendix A, SPECIAL REQUIREMENTS, followed by the other appendices in alphabetical order, followed by any other documents referenced in Appendix B, SCOPE OF SERVICES, or Appendix D, COMPENSATION AND PAYMENT.

**30.2.** Amended Documents - any amendment shall have priority over the document it amends, and any amended document shall have the same precedence classification as stated in this Section.

## 31. Execution, Effective Date and Expiration

**31.1.** This Agreement has been executed by the duly authorized representatives of the parties and shall be effective as of January 1, 2019 and shall terminate on December 31, 2019. Pursuant to A.R.S. § 41-2546, the Agreement may be renewed or extended at the option of the Office of the Attorney General for a period or periods,  including the initial term, of up to five years.

**31.2.** Any case assigned to Counsel during the effective period of this Agreement will be performed in accordance with the terms of the Agreement regardless of the calendar year in which the work is performed.  Work on a case assigned under this agreement shall continue under the terms of this agreement until the case is resolved or Counsel's assignment is otherwise terminated, regardless of whether the Agreement is renewed or extended.

**31.3.** Cases involving work over two years may be eligible for an increase in hourly rates. The increase must be based on the Consumer Price Index (CPI) and would be granted at the discretion of the Office of the Attorney General. The request will only be considered if received by the Office of the Attorney General, in January of the year following the anniversary of the minimum two year requirement of first being assigned the case.

## 32. Assignment of a Case

An award of a Contract is not a promise of a guarantee that Counsel will be assigned a case or cases.  If awarded an Agreement, however, Counsel agrees to accept all assignments made by the Office of the Attorney General, except where a genuine conflict of interest exists or other ethical issues prevent Counsel from taking a case.  Immediately upon assignment, Counsel will make every effort to determine whether a genuine conflict exists, and if so, will promptly notify the Office of the Attorney General Representative.

## 33. Withdrawal from Case

If Counsel seeks to withdraw from a case, he/she must first notify the Office of the Attorney General Representative. If the Office of the Attorney General does not agree that Counsel should be allowed to withdraw from the case, Counsel shall file a written motion to **withdraw** with the Court.



**AG19-0001**
**II. AGREEMENT FOR OUTSIDE COUNSEL**
**APPENDIX A - SPECIAL REQUIREMENTS**

**State of Arizona**
**Office of the Attorney General**
2005 N Central Avenue
Phoenix, AZ 85004

Special requirements applicable to this Agreement are:

**1.    CONTRACT COMPLIANCE MEETING (MANDATORY)**

All awarded firms, as part of their contract award, agree the contact attorney or a senior attorney from the firm shall attend a contract compliance meeting hosted by the Office of the Arizona Attorney General. The meeting will not be billable. The intent of the meeting is to provide firms with information regarding important sections of the contract and due diligence. Topics could include, but may not be limited to: conflict of interest waivers, billable services, required budgeting, firm name changes, key attorney changes, insurance requirements, quarterly reports and other relevant topics.

**2.    COUNSEL'S PERSONNEL**

The Office of the Attorney General reserves the right to designate a specific attorney(s) in Counsel's firm to work on specific cases.  Counsel shall employ suitably trained and skilled professional personnel to perform the Service.  Prior to changing any key personnel, especially those key personnel who the Office of the Attorney General relied upon in awarding this Agreement, Counsel shall obtain the approval of the Office of the Attorney General. Any replacement personnel shall have capabilities at least equal to those of personnel they replaced for performance of the Services. Counsel shall bear its costs associated with any and all such changes, and said costs shall not be reimbursable by the State of Arizona.  While the State of Arizona recognizes that staffing changes may be necessary from time to time, the State of Arizona will not pay for the "downtime" or learning time that may result from such a staffing change. The State of Arizona does not believe it appropriate to pay legal fees for the training of Counsel's personnel.  Counsel has been retained because of its expertise.  The time Counsel spends educating junior lawyers in the substantive law applicable to the matter assigned may not be included in Counsel's billings.  Unless otherwise agreed the State of Arizona expects that only one attorney from Counsel's firm will attend meetings, depositions, and arguments, although a second person may be needed for trials and major hearings or meetings.

**3.    PRIVILEGED COMMUNICATIONS**

All confidential communications between the Office of the Attorney General, any State of Arizona officer, employee or agent ("Arizona") and Counsel, whether oral or written, and all Documentation, whether prepared by Counsel or supplied by Arizona shall be considered privileged communications and shall not, except as required by law, be communicated by Counsel to any public agency, insurance company, rating organization, contractor, vendor, or Counsel, whether or not connected in any manner with Arizona or Counsel, without the prior consent of the Office of the Attorney General.  If such communications are approved, or if such communications are required to be disclosed by law, Counsel shall provide the Office of the Attorney General two (2) copies of each written communication and/or two (2) copies of summaries of each oral communication.  If such communication is required by law, Counsel shall provide the Office of the Attorney General written notice as to the time, place, and manner of such disclosure as well as a written summary of any information likely to be disclosed by such disclosure, and Counsel's position thereon.

**4.    INFORMATION DISCLOSURE**

Counsel recognizes that as part of the mission of the Agency, the Office of the Arizona Attorney General is involved in cases where information is sensitive and/or confidential. Counsel, its employees, and agents shall not respond to media inquiries regarding cases assigned to them, unless they have prior permission from the Office of the Arizona Attorney General. Counsel, its employees, and agents, shall not confirm or deny the existence of civil, civil rights, or criminal investigations or complaints without prior approval from the Office of the Arizona Attorney General. When



| AG19-0001<br>**II. Agreement For Outside Counsel**<br>**Appendix A - Special Requirements** | **State of Arizona**<br>**Office of the Attorney General**<br>2005 N Central Avenue<br>Phoenix, AZ 85004 |

discussing cases, Counsel may provide factual information from court records and public documents, provided the information complies with all applicable legal standards, ethical rules, and court orders governing communications about cases or investigations and instructions provided by the Office of the Arizona Attorney General. Counsel shall not provide their personal opinions about cases. Counsel immediately shall notify the Office of the Arizona Attorney General of any media request they may receive.

**5.    ACTIVE  CASE REPORT**

The Outside Counsel firm shall furnish to the AGO Procurement Officer an active case report detailing any case assignment or other legal matter assignment made by any State entity (including the AGO).  The report should also include situations where advice or opinions may have been given. This report should disclose the case name, case number (if applicable), appointment date, and the State Agency involved.   This is considered a contract administrative report and a no charge item. The active case report is due at the end of each three month period of the contract term. Reports should be emailed to Procurement@azag.gov. This report is distinct from the substantive report required under Appendix B, Section 5.2.

End Appendix A



| AG19-0001<br>**II. AGREEMENT FOR OUTSIDE COUNSEL**<br>**APPENDIX B - SCOPE OF SERVICES** | **State of Arizona**<br>**Office of the Attorney General**<br>2005 N Central Avenue<br>Phoenix, AZ 85004 |
| --- | --- |

**1. General**

These guidelines shall serve as the basis upon which Counsel shall provide legal advice, opinions and representation to the State of Arizona under this Agreement. Unless clearly excepted in individual instances, it shall be understood that Services rendered by attorneys shall be furnished in accordance with these guidelines.

**2. Client Contact**

2.1. Initial authorization for Services will come through the Office of the Attorney General. Counsel shall not initiate contact with any Office of the Attorney General client without first being directed to do so by the Office of the Attorney General. A firm representing the State of Arizona should appoint one senior partner of the firm as the Contact Partner for the State of Arizona. That partner should be prepared to discuss and agree to any Services requested by the Office of the Attorney General pursuant to this Agreement. The Office of the Attorney General will expect to discuss with the Contact Partner at least the following items at any time:

2.1.1.1. Nature of the case, advice or other representation.

2.1.1.2. Degree of difficulty or uniqueness of service and the level of attorney competence or experience necessary to adequately represent the State.

2.1.1.3. Number of attorneys, paralegals, and other personnel which the firm would expect to assist the assigned attorney.

2.1.1.4. Extent of out-of-pocket expenses might be anticipated including computer research time, travel, overtime, outside fees such as license fees and similar costs. Copy fees ordinarily would not be considered unless anticipated to be substantial.

2.1.1.5. Possibility of a fixed fee as an alternative to hourly rates. Hourly rates of persons assigned to the matter/case will be used as the basis of any fixed fee.

2.1.1.6. An estimate of the number of hours involved in completing the project or an estimate of the fee which would be incurred. Realistic estimates will be a consideration in assigning subsequent cases to the firm.

2.2. The Contact Partner would be expected to assign the case to an attorney who would act as the contact for future activity on the matter. The Contact Partner would be available to Arizona in the event of any future problems arising from the representation.

2.3. Assignments made by State Agencies with statutory authority to retain legal counsel shall follow similar procedures and include verifying the State Agency has statutory authority to retain Counsel for the matter.

**3. Assigned Attorneys**

The Office of the Attorney General expects the Contact Partner to assign each project to a competent attorney and that the assigned attorney will complete the project unless extenuating circumstances arise. The Office of the Attorney General will not pay for multiple conferences between attorneys, continuing review of files by various personnel, duplication of effort, or supervision of an associate by a senior partner. If the Office of the Attorney General is dissatisfied with the level of legal assistance, it may discuss the matter with the Contact Partner, and, if necessary, the level of needed expertise can be reevaluated. The Office of the Attorney General has no objection to supervision of associates by senior partners but will not increase its costs by such supervision. Paralegal assistance is desirable and acceptable to the Office of the Attorney General as is additional attorney assistance if such assistance is necessary and is held to a reasonable level. If a project involves several areas which require different expertise,



| **AG19-0001**<br>**II. AGREEMENT FOR OUTSIDE COUNSEL**<br>**APPENDIX B - SCOPE OF SERVICES** | **State of Arizona**<br>**Office of the Attorney General**<br>2005 N Central Avenue<br>Phoenix, AZ 85004 |
|---|---|

advance discussion should be held with the Office of the Attorney General to determine the manner and extent of coordination required of the various areas.

**4. Case Budgeting**

The Office of the Attorney General and assigned attorney and/or the Contact Partner shall discuss a legal fee and expense budget which might be realistic for each assigned case.  Each litigated case will be examined for the necessity of deposition, interrogatories, anticipated response to interrogatories, the extent to which the Office of the Attorney General can provide assistance in investigation, preparation or answer of interrogatories, anticipated motions, the chances of success of such motions and their cost, travel, out-of-pocket expenses involved in assembling evidence for trial or exhibits.  All activities shall be considered as to effectiveness, necessity and whether alternatives are available.

**5. Case Management**

**5.1.** The Office of the Attorney General expects to be kept advised of progress on all matters.  An initial case/matter management meeting is required within thirty (30) days of case/matter assignment between the Office of the Attorney General, client representative (i.e. Risk Management Section of the Department of Administration, if insurance defense case) and the assigned attorney.  The meeting's purpose is to discuss the scope and nature of the matter and, if a litigation case, to assess merits of the lawsuit and monetary exposure to the State of Arizona, to establish initial defense strategy, investigation, assignments, case management instructions and fee limitations.  During this meeting Counsel should submit an initial budget, estimating fees and costs.  Counsel shall notify the State when and if it becomes apparent that the budget is being or will be exceeded. The budget should specifically identify the work expected to be done, the identity and billing rate of each attorney and paralegal to be involved, and the amount of time the work is expected to take.  The Office of the Attorney General expects this budget to project the anticipated work, fees and costs for a 12 month period with the budget updated quarterly and  submitted to the Office of the Attorney General and client representatives (i.e. Risk Management Section of the Department of Administration, if insurance defense case) without reminder from the State of Arizona.

**5.2.** Counsel shall provide the Office of the Attorney General and client representatives (i.e. Risk Management Section of the Department of Administration, if insurance defense case) a written quarterly report of progress on assigned case/matter as well as a report when significant developments occur.  If no activity has occurred, a simple letter to that effect will be satisfactory. The AGO should not receive quarterly reports on any case matter for which the AGO has declared a conflict of interest.

**5.3.** Notices of depositions shall not be sent by Counsel without prior written authorization from the Office of the Attorney General.  Notices of depositions of State of Arizona employees filed by any party will be submitted to the Office of the Attorney General immediately upon Counsel's receipt to make necessary arrangements for their testimony.  Summaries of all depositions will be supplied by the assigned Counsel on conclusion of the deposition.  Ordinarily only one attorney should attend depositions.  The Office of the Attorney General may request the presence of a State of Arizona employee at one or more depositions.  Before copies of depositions are ordered, Counsel shall consider the necessity and is encouraged to avoid copies of deposition of questionable value.  Copies of portions of depositions should be considered.

**5.4.** All offers of compromise made by a plaintiff shall be promptly transmitted to the Office of the Attorney General, (Risk Management Section of the Department of Administration, if an insurance defense case) together with Counsel's recommendation.  Arizona will be responsible for obtaining proper authority to accept a compromise or for making a counter-offer.



**AG19-0001**
**II. AGREEMENT FOR OUTSIDE COUNSEL**
**APPENDIX B - SCOPE OF SERVICES**

**State of Arizona**
**Office of the Attorney General**
2005 N Central Avenue
Phoenix, AZ 85004

**5.5.** Counsel shall discuss with the Office of the Attorney General (and Risk Management Section of the Department of Administration, if an insurance defense case) the advisability of attempting to settle a lawsuit when, in the opinion of Counsel, it is deemed in the best interest of Arizona to attempt settlement.

**5.6.** Whenever additional investigation is required by Counsel and can be provided by use of non-attorney investigators, Counsel shall notify the Office of the Attorney General of such need (and the Risk Management Section of the Department of Administration, if an insurance defense case) who will conduct or contract for such investigation. Arizona shall be solely responsible for the accuracy of the facts or other information developed in response to such requests.

**5.7.** Expert witnesses shall be hired only after consultation with and prior written approval by Arizona. Approval for travel by Counsel outside the State of Arizona shall be obtained or confirmed in writing through the Office of the Attorney General prior to departure from the State of Arizona.

**5.8.** Appeals of litigation defended under this Agreement will be filed by Counsel only after obtaining the prior written authorization from the Office of the Attorney General.

**5.9.** The State of Arizona maintains many policies of insurance to provide protection for damages arising from the negligent acts or omissions of its employees and agents. In the event a State of Arizona's insurer is involved with a case, the firm will be notified of the insurer's involvement and contact with the insurer shall be through the Risk Management Section of the Department of Administration. A copy of all correspondence and quarterly evaluations shall be provided for the insurer through Risk Management.

## 6. Correspondence

All correspondence between the firm and the Office of the Attorney General shall be addressed to:

**To: State of Arizona:**
Office of the Attorney General
2005 N Central Ave
Phoenix, Arizona  85004

**To: Counsel:**
The person identified in the Offer and Acceptance Form.

To the extent possible, correspondence should reference the file numbers of both the Office of the Attorney General and the Risk Management Section of the Department of Administration.

## 7. Conflicts

Arizona recognizes the difficulties in determining conflicts for law firms involved in representing more than one client. It does not wish to unduly hamper Counsel's activity because of a remote conflict and will work with a firm in attempting to resolve conflicts. It is expected that a firm will advise the Office of the Attorney General of any perceived conflict and that the decision as to whether the conflict is remote or disqualifying will be the decision of the Office of the Attorney General. Counsel may, upon referral of a claim or lawsuit, decline to defend. Counsel may also withdraw from representation of the State of Arizona when it would be ethically improper to continue to do so and upon the Court granting a motion permitting withdrawal. In the event Counsel must either withdraw from a case or declines to defend, the Office of the Attorney General shall be immediately notified in writing or by telephone if time is of the essence.

### 7.1. Request for Waiver of Conflict Form

A Request for Waiver of Conflict Form must be submitted in writing either by mail, e-mail, or transmitted by fax to the AZ Attorney General's Office. Normal response time is approximately 5-7 business days. Expedited



| AG19-0001<br>**II. AGREEMENT FOR OUTSIDE COUNSEL**<br>**APPENDIX B - SCOPE OF SERVICES** | **State of Arizona**<br>**Office of the Attorney General**<br>2005 N Central Avenue<br>Phoenix, AZ 85004 |
| --- | --- |

requests will be considered with a valid written justification. One request form is expected for each case submitted for consideration.

| | |
| --- | --- |
| Contact: | Dawn Northup, Chief Counsel, State Government Division |
| Mailing Address: | 2005 N Central Ave, Phoenix, AZ 85004 |
| E-mail: | WaiverRequests@azag.gov cc: Dawn.Northup@azag.gov |
| E-mail Subject Line: | Waiver Request |

**7.2. Form Availability**

The Request for Waiver of Conflict Form will be provided upon contract award and also is available online at www.azag.gov/rfp.

**8.   Litigation against the State of Arizona.**

Counsel will be retained by the State of Arizona only for the purposes and to the extent set forth in this Agreement. Counsel shall be free to dispose of such portion of his entire time, energy and skill as are not required to be devoted to the State of Arizona in such manner as he sees fit and to such persons, firms or corporations as he deems advisable, but shall not engage in private litigation against the State of Arizona at the same time counsel accepts appointments defending the State of Arizona pursuant to this Agreement unless such litigation does not present an ethical conflict of interest, and a written waiver is first obtained from the Office of the Attorney General.  Counsel shall disclose to the State of Arizona, in the proposal, all litigation, claims and matters in which counsel represents parties adverse to the State of Arizona.

**9.   Disclosure of Litigation Against the State of Arizona**

Pursuant to this Agreement, counsel shall have a continuing duty to disclose any and all litigation against the State of Arizona regardless of the State Entity who the Counsel was adverse to.

End Appendix B



| AG19-0001<br>II. AGREEMENT FOR OUTSIDE COUNSEL<br>APPENDIX C - SCHEDULE | State of Arizona<br>Office of the Attorney General<br>2005 N Central Avenue<br>Phoenix, AZ 85004 |
| --- | --- |

**1.  General**

Counsel shall be available to perform services beginning upon notice of award in the most expeditious manner necessary for each particular task and within the time agreed upon by the respective representatives of each party, all within the term of this Agreement.

**2.  Period Of Agreement**

**2.1**  This Agreement is from January 1, 2019 to December 31, 2019.  Pursuant to A.R.S. § 41-2546, the Agreement may at the option of the State be renewed or extended for additional terms so long as the total contract term does not exceed five years if the following conditions are met:

2.1.1   Contractor's performance has been satisfactory in the first year of the Agreement.
2.1.2   The cost for services remains acceptable to the State.
2.1.3   The education, including continuing specialized training of persons performing work under the Agreement, is at an acceptable level.
2.1.4   Contractor maintains special experience in respect to particular litigation areas
2.1.5   The contractor maintains continued interest in performing particular services.
2.1.6   The contractor maintains a good reputation in the legal community.
2.1.7   Renewal of the Agreement is deemed to be in the best interest of the State by the State.

**2.2**  Any case assigned to the contractor during the effective period of this Agreement will be performed in accordance with the terms of the Agreement regardless of the fiscal year in which the work is performed. Work on a case assigned shall continue pursuant to the terms of this Agreement until the case is resolved or your assignment is otherwise terminated, regardless of whether the Agreement is renewed or extended.

**3.  Reporting Schedule**

**3.1.**  Counsel shall provide the Office of the Attorney General and client representatives (i.e. Risk Management Section of the Department of Administration, if insurance defense case) a written quarterly report of progress on assigned case/matter as well as a report when significant developments occur.  If no activity has occurred, a simple letter to that effect will be satisfactory. The AGO should not receive quarterly reports on any case matter for which the AGO has declared a conflict of interest.

End Appendix C



| AG19-0001<br>**II. Agreement For Outside Counsel**<br>**Appendix D - Compensation And Payment** | **State of Arizona**<br>**Office of the Attorney General**<br>2005 N Central Avenue<br>Phoenix, AZ 85004 |
|---|---|

## 1. General

Except as otherwise agreed, the State of Arizona shall compensate Counsel for the reasonable costs and expenses arising out of the satisfactory and complete performance of the Services at the composite rates per hour, or fractions thereof, specified in Attachment I, "Rate Table", spent by Counsel's personnel in performing the Services. These rates shall include all professional fees, salaries, overhead, profits and employee costs.  Expenses for travel and other costs associated with the performance of Services shall be billed directly to the State of Arizona at the cost to Counsel.

## 2. ProcureAZ

Counsel should register in the Arizona State Procurement automated system ProcureAZ to facilitate the payment process. ProcureAZ can be accessed at https://procure.az.gov. Should you have questions or require assistance with registering in ProcureAZ call 602-542-7600 or e-mail procure@azdoa.gov.

## 3. Pricing

All hourly rates shall be on an all-inclusive basis and shall contain the labor rate, labor benefits, payroll burden, insurance, workman's compensation, all taxes, profit, overhead, general and administrative expenses and all other related charges. A price reduction adjustment may be offered at any time during the term of the Contract and shall become effective upon notice.

**3.1.** A fixed fee may be used as an alternative to hourly rates for a specific case or matter.  Hourly rate of persons assigned to the matter/case will be used as the basis of any fixed fee.

**3.2.** Prompt Payment Discount – If payment is issued in full within 21 days of invoice,  the State of Arizona shall apply a 5% discount on fees.  The 21 days shall begin upon receipt of a correct and undisputed invoice.

## 4. Billings and Invoices

Payment for legal service under this agreement may be the responsibility of the Office of the Attorney General or the state entity being represented. The source of payment will be identified at the time of case matter assignment. All billings shall be submitted monthly to the State entity responsible for payment. If the state entity responsible for payment is other than the Office of the Attorney General copies of all billings shall be submitted to the Office of the Attorney General, upon request. Billings for any fiscal year shall be submitted to the State within 15 days of the end of the fiscal year, which begins July 1 and ends June 30.  The State expects to remit payments receipt and review by the State (and Risk Management Section of the Department of Administration, if an insurance defense case).  Each billing shall be in sufficient detail to clearly indicate:

**4.1.** The project or matter involved including the file numbers of the Office of the Attorney General (and the Risk Management Section of the Department of Administration, if an insurance defense case).  Separate billings for each file number are required.

**4.2.** The attorney or other personnel whose time is involved on each charge.

**4.3.** The number of hours billed to the nearest 1/10 of an hour.

**4.4.** The date and activity which generated the time billed.

**4.5.** The hourly rate for the attorney or other personnel. (A current master charge list is satisfactory.)

**4.6.** A list of expenses including receipts for air travel and lodging, deposition transcripts, service of process and expert fees.  Expenses under $200.00 are to be paid by Counsel's firm and submitted with their billing.  The



**AG19-0001**
**II. AGREEMENT FOR OUTSIDE COUNSEL**
**APPENDIX D - COMPENSATION AND PAYMENT**

**State of Arizona**
**Office of the Attorney General**
2005 N Central Avenue
Phoenix, AZ 85004

State of Arizona will attempt to resolve billing problems but expects COUNSEL to assist in resolving billing problems without additional cost to the State.

**4.7.** Counsel may charge an Hourly Rate and/or mileage reimbursement only when Counsel must travel over a 50 mile radius from their normal place of business. This reimbursement would begin from the time the Counsel leaves their normal business location.

**4.8.** Invoices, with receipts attached, shall be accompanied by itemization of disbursements and costs (long distance calls, photocopying, transcripts, expert witnesses, court costs, et cetera) and travel and living expenses shall be itemized separately to indicate travel, lodging, business meetings, meals, taxis, and other expenses (specifically detailed)

**4.9.** Counsel will only bill for the actual time spent performing a task, not for a unit charge (e.g., no automatic billing of one-third of an hour for a phone call that may have taken only five minutes) and that all charges will be specified and not grouped or clustered into one billing charge.

**5. Spending Limit**

**5.1.** Travel expenses for Counsel shall be in accordance with the Arizona Department of Administration Travel Policy (ADOA Travel Policy currently allows travel expense where travel exceed 50 miles) and shall be limited to:

    5.1.1. $.445 per mile for the use of the private conveyances of Counsel;
    5.1.2. Coach air fare with airline ticket receipts attached to billings; and
    5.1.3. The actual costs of lodging and meals in accordance with Arizona Department of Administration Travel Policy. The Policy may be viewed at http://www.gao.state.az.us

**5.2.** Only in unusual cases can travel by more than one attorney be permitted.

**5.3.** Expenses will be reimbursed at the firm's cost, except for certain disbursements that will not be paid unless agreed to in advance by the State.  Unless authorized in advance by the State, in writing, the following charges are not acceptable:

    5.3.1. Secretarial or word processing services (normal, temporary, or overtime);
    5.3.2. Incoming facsimiles at more than 5 cents per page. Charges for outgoing local facsimiles and out of area facsimiles shall not be billed at more than actual cost.
    5.3.3. Photocopy expenses at more than 10 cents per page;
    5.3.4. Any other staff service charges, such as meals, filing, proofreading, regardless of when incurred;
    5.3.5. Computer time;
    5.3.6. Charges for legal research programs such as Westlaw, Lexis Nexis, etc.

**5.4.** Photocopy costs in excess of $2,000 for a single job should be authorized in advance and in writing by the State.

**5.5.** Expenses should not include local telephone expenses or office supplies.

**5.6.** The State does not pay charges for time spent in preparing bills.

**5.7.** In addition to the per diem limits outlined above it is expected that expenses for lodging, meals, and transportation shall be at reasonable rates and that counsel will exercise prudence in incurring such expenses.

**5.8.** The State will not reimburse the costs of first-class travel and expects that travel arrangements will take



| AG19-0001<br>**II. Agreement For Outside Counsel<br>Appendix D - Compensation And Payment** | State of Arizona<br>**Office of the Attorney General**<br>2005 N Central Avenue<br>Phoenix, AZ 85004 |
| --- | --- |

advantage of any cost-effective discounts or special rates.

**6.   Total Compensation**

Payment as specified above for performance of the Services shall be total compensation paid to Counsel for performance of all of Counsel's obligations under this Agreement.

**7.   Invoices**

Invoice shall reference the contract number (assigned upon award on Offer and Acceptance Form), case matter, the contact name and phone number.

   End Appendix D

ORIGINAL

AG18-0001-059



| | AG18-0001, AG18-0035<br>**EXTENSION AMENDMENT**<br>**CONTRACT UPDATE WORKSHEET** | **Office of the Attorney General**<br>2005 N Central Ave<br>Phoenix, AZ 85004 |
|---|---|---|

## General Counsel Information:

| Ryley Carlock & Applewhite | | | | |
|---|---|---|---|---|
| **Firm Name** | | | | |
| One North Central Avenue, Suite 1200 | | | | |
| **Firm Address** | | | | |
| Phoenix | AZ | 85004 | 602-440-4800 | 602-257-9582 |
| **City** | **State** | **Zip** | **Primary Phone Number** | **Primary Fax Number** |
| Michael D. Moberly | | | Shareholder | |
| **Contact Name** | | | **Contact Title** | |
| mmoberly@rcalaw.com | | | 602-440-4821 | |
| **Contact Email Address** | | | **Contact Phone Number** | |

## Name Change:

| Firm name listed above is different than original contract award: | Yes: ☐  No: ☒ |
|---|---|
| **Previous Name (if yes):** | |

## Area of Practice Addition CY2019:

| Check if your firm would like to be considered for the following new area of practice being added for CY2019.<br>(The "Qualifications and Experience of Attorney Worksheet" must be completed for consideration). | |
|---|---|
| Data Breach - Counseling | Yes: ☒  No: ☐ |
| Data Breach - Reporting, and Litigation | Yes: ☒  No: ☐ |

## Acceptance of CY2019 Contract:

| Indicate that you have read, understand and will comply with requirements set forth in solicitation AG19-0001. | |
|---|---|
| ☒ Yes, we will comply with the requirements. | ☐ No, we will not comply with the requirements. |

## Extension Agreement:

This Agreement has been executed by the duly authorized representatives of the parties and shall be effective as of January 1, 2019 and shall terminate on December 31, 2019.

Pursuant to A.R.S. § 41-2546, the Agreement may be renewed or extended at the option of the Office of the Attorney General for a period or periods, including the initial term, of up to five years. Signature below certifies receipt, understanding and compliance with this amendment.

| **RYLEY CARLOCK & APPLEWHITE** | | **OFFICE OF THE ATTORNEY GENERAL** | |
|---|---|---|---|
| *(signature)* | | *(signature)* | |
| **SIGNATURE OF AUTHORIZED INDIVIDUAL** | | **PROCUREMENT MANAGER** | |
| MICHAEL D. MOBERLY | DATE: 10/15/18 | JERRY CONNOLLY | DATE: 12/21/2018 |



| AG18-0001, AG18-0035<br>**EXTENSION AMENDMENT**<br>**CONTRACT UPDATE WORKSHEET** | **Arizona Attorney General**<br>2005 N Central Ave<br>Phoenix, AZ 85004 |
| --- | --- |

**Conflicts of Interest:** List Any Updates since Original Contract Award): If no updates, check N/A ☐

Identify and describe any type of matter, litigation and otherwise, in which your firm is involved with against the State of Arizona or any of its agencies and a concise statement of how your firm proposes to resolve any conflicts of interest with the State of Arizona. Specific Cases or Matters should be listed on the table on the following page or you may add an attachment sheet similar to the table. In the event of the award of a contract, Counsel must receive a waiver of any conflict of interest. The award of this contract does not create or cause said waiver.

Note: The State of Arizona does not require counsel to obtain a waiver of conflict of interest when counsel undertakes Representation of a defendant in a criminal case.

| No "Blanket" waiver requests will be considered.   Check none below, if no conflict of interest exists. | ☐ None |
| --- | --- |

**List the specific cases in which your firm has been adverse to the State of Arizona in the last 2 years.**
If the case has been on-going for more than two years it should be listed here. Add additional pages if needed.

| Court or Case Name | Court or Case Number | Date Began | Date Ended |
| --- | --- | --- | --- |
| Protest of Arizona Department of Transportation (ADOT) Bid | ADOT18-00007779 | 2/6/2018 | |
| Inadvertent Access to ACNSC Records | LTSS-2468 | 3/7/2018 | |
| | | | |

**List the specific matter in which your firm has been adverse to the State of Arizona in the last 2 years.**
If the matter has been on-going for more than two years it should be listed here. Add additional pages if needed.

| Matter | Date Began | Date Ended |
| --- | --- | --- |
| WQARF | 11/6/2017 | |
| WQARF | 11/6/2017 | |
| North Star Leadership Group Inc. | 6/11/2018 | |
| | | |

**List the specific cases in which your firm has represented the State of Arizona in the last 2 years.**
If the case has been on-going for more than two years it should be listed here. Add additional pages if needed.

| Court or Case Name | Court or Case # | Date Began | Date Ended |
| --- | --- | --- | --- |
| 80 SGJ 21 | | 6/27/2017 | |
| Arizona Department of Emergency & Military Affairs | | 4/13/2018 | |
| Negotiation of Agreement Between Army National Guard and Association of Civilian Technicians Chapter 61 | | 6/19/2018 | |
| Negotiation of Agreement Between Air National Guard and Association of Civilian Technicians, Arizona Air Chapter 71 | | 6/19/2018 | |



| AG18-0001, AG18-0035 | Arizona Attorney General |
|---|---|
| **EXTENSION AMENDMENT** **CONTRACT UPDATE WORKSHEET** | 2005 N Central Ave Phoenix, AZ 85004 |

**Disclosure of any State Bar Association Investigations and Malpractice Suits:**

**List Any Updates since Original Contract Award): If no updates, check N/A** ☒

**Does any current member of your firm have any bar complaint currently being investigated and/or disciplinary action taken by the State Bar Association against them?** Add additional pages if needed.

Check the appropriate response                                  ☐ Yes          ☐ No

If answer to the above is "Yes", use the space below to disclose details of any complaint(s):



**Has your firm had any malpractice suit or claim for malpractice filed against it in the last 2 years?** Add additional pages if needed.

Check the appropriate response                                  ☐ Yes          ☐ No

If answer to the above is "Yes", use the space below to disclose details of any complaint(s):



**Do you wish this information to be held confidential in accordance with A.A.C. R2-7-103?** Add additional pages if needed.

Check the appropriate response                                  ☐ Yes          ☐ No

If answer to the above is "Yes", use the space below to disclose details of any complaint(s):



| AG18-0001, AG18-0035<br>**EXTENSION AMENDMENT**<br>**CONTRACT UPDATE WORKSHEET** | | **Arizona Attorney General**<br>2005 N Central Ave<br>Phoenix, AZ 85004 |
|---|---|---|

**List the Attorneys the Firm Wishes to be Considered for this Contract (Special Instructions to Offerors 1.1.4)**

This form should be prepared showing each individual and the Area(s) of Practice in which Counsel wishes the individual to be considered for. A brief resume should be attached describing each individual's qualifications for the Area of Practice. Add additional pages if needed. [For full list of Attorneys, see response to RFP (AG18-0001). Below find new Attorneys Added]

| Name of Individual | Arizona State Bar Number | Years of Practice | Area of Practice Item Number(s) | Title (Partner OF Counsel or Associate) |
|---|---|---|---|---|
| Patrick P. Degnan | 034656 | 1 | 32 | Associate |
| Arturo Gonzalez | 033374 | 2 | 5, 6, 22 | Associate |
| Joshua J. Hencik | 033621 | 1 | 6 | Associate |
| Amy K. Povinelli | 033009 | 2 | 6, 23 | Associate |
| Holly J. Stewart | 034000 | 1 | 12 | Associate |
| James Ehinger | 009448 | 37 | 9a 9b | Partner |
| F. Kyle Robertson | 029654 | 2.5 | 9a 9b | Associate |
| Jason Cassidy | 030510 | 1 | 9a 9b | Associate |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



| AG18-0001, AG18-0035<br>**EXTENSION AMENDMENT**<br>**CONTRACT UPDATE WORKSHEET** | **Arizona Attorney General**<br>2005 N Central Ave<br>Phoenix, AZ 85004 |
| --- | --- |

It is important to provide the Office of the Attorney General with enough information to make a determination that attorneys have actual experience to handle cases for the State of Arizona. It is expected that they provide succinct relevant statements indicating this experience for each area of law the attorney is to be considered. The sample provided below is provided to illustrate the process of completing the resume form, it is not intended to establish actual experience required. The Offeror may use a similar form provided it maintains the basic format presented in this RFP.

## SAMPLE RESUME FIRST AREA OF LAW

### C. Qualifications and Experience of Individuals

Use this form or an equivalent form to provide the names of the attorneys and their qualifications and expertise. A separate form should be used for each area of law. Offeror should provide a concise, relevant statement providing the information needed to inspire confidence in the attorney's abilities. Full resumes may be provided as an attachment to your proposal. Make copies as necessary. Offeror may produce their own form provided the form follows this format.

**1. Area(s) of Practice: 1 Appellate**

| 2. Name of Individual | 3. Title (Partner, OF Counsel or Associate) | 4. Arizona State Bar Number | 5. Years of experience in this area of law |
| --- | --- | --- | --- |
| John Doe<br>Jane Smith<br>Bob Jones | Partner<br>Associate<br>Associate | 0000000<br>0000000<br>0000000 | 34<br>9<br>3 |

**6. Provide experience and qualifications for EACH Attorney proposed to do work in this AREA of LAW. Include information on significant case work or cases demonstrating experience, awards and significant achievements relevant to the Area of Practice.**

John Doe:  Appellate Work; 34 years experience. Mr. Doe has handled approximately 60 appeals in Arizona and in Federal Courts 9th and 3rd, and Federal Court of Appeal. These cases covered a broad range of topics such as civil rights, civil tort, Contract Law, anti-trust, intellectual property rights, a couple noteworthy cases (Doe v State and Smith v Smith) set precedents.

Jane Smith: Appellate work . 9 years of experience in this area of law. Ms. Smith has handled approximately 10 appeals in Arizona and in the 9th Federal Court. These cases covered a wide range of topics such as civil rights, civil tort, Contract Law.

Bob Jones: 3 years of experience in this area of law. Ms. Smith has handled approximately 5 appeals in Arizona and in the 3rd Federal Court. These cases covered topics such as civil rights, civil tort, Contract Law.

Note: Please see attached resume for additional details

### SAMPLE RESUME

## SAMPLE RESUME SECOND AREA OF LAW

### C. Qualifications and Experience of Individuals

Use this form or an equivalent form to provide the names of the attorneys and their qualifications and expertise. A separate form should be used for each area of law. Offeror should provide a concise, relevant statement providing the information needed to inspire confidence in the attorney's abilities. Full resumes may be provided as an attachment to your proposal. Make copies as necessary. Offeror may produce their own form provided the form follows this format.

**1. Area(s) of Practice: 28 Regulatory Advice**

| 2. Name of Individual | 3. Title (Partner, OF Counsel or Associate) | 4. Arizona State Bar Number | 5. Years of experience in this area of law |
| --- | --- | --- | --- |
| John Doe | Partner | 0000000 | 20 |

**6. Provide experience and qualifications for EACH Attorney proposed to do work in this AREA of LAW. Include information on significant case work or cases demonstrating experience, awards and significant achievements relevant to the Area of Practice.**

John Doe:  Area 28. Regulatory Advice: 20 years of experience. Mr. Doe has advised several State Agency Directors, Deputy Directors and Assistant Directors on various regulatory issues affecting their agency. The 20 years of experience saw three different Arizona governors and 2 US Presidents resulting in many changes to policies and regulations.

Note: Please see attached resume for additional details

### SAMPLE RESUME



| | AG18-0001, AG18-0035 | Arizona Attorney General |
|---|---|---|
| | **EXTENSION AMENDMENT** | 2005 N Central Ave |
| | **CONTRACT UPDATE WORKSHEET** | Phoenix, AZ 85004 |

**Qualifications and Experience of Attorney (Special Instructions to Offerors 1.1.5):**

**Complete for any new Attorney's Added**

Use this form or an equivalent form to provide the names of the attorneys and their qualifications and expertise. A separate form should be used for each area of law. Offeror should provide a concise, relevant statement providing the information needed to inspire confidence in the attorney's abilities. Full resumes may be provided as an attachment to your proposal. Make copies as necessary. Offeror may produce their own form provided the form follows this format. Add additional pages if needed.

**Area(s) of Practice:** 5 Civil Rights, Housing Discrimination, Disabilities

| Name of Individual | Title (Partner, OF Counsel or Associate) | Arizona State Bar Number | Years of experience in this area of law |
|---|---|---|---|
| Arturo Gonzalez | Associate | 033374 | 2 |

**Provide experience and qualifications for <u>EACH</u> Attorney proposed to do work in <u>this AREA of LAW</u>. Include information on significant case work or cases demonstrating experience, awards and significant achievements relevant to the Area of Practice.**

Arturo Gonzalez: Civil Rights, Housing Discrimination, Disabilities; 2 years experience. Mr. Gonzalez works with the firm's litigators on a wide variety of civil and commercial litigation matters.



| | AG18-0001, AG18-0035 | Arizona Attorney General |
|---|---|---|
| | **EXTENSION AMENDMENT** | 2005 N Central Ave |
| | **CONTRACT UPDATE WORKSHEET** | Phoenix, AZ 85004 |

**Area(s) of Practice:** 6 Commercial, Contract and Other Civil Advice & Litigation

| Name of Individual | Title (Partner, OF Counsel or Associate) | Arizona State Bar Number | Years of experience in this area of law |
|---|---|---|---|
| Arturo Gonzalez | Associate | 033374 | 2 |
| Amy K. Povinelli | Associate | 033009 | 2 |
| Joshua J. Hencik | Associate | 033621 | 1 |

**Provide experience and qualifications for <u>EACH</u> Attorney proposed to do work in <u>this AREA of LAW</u>. Include information on significant case work or cases demonstrating experience, awards and significant achievements relevant to the Area of Practice.**

Arturo Gonzalez: Commercial, Contract and Other Civil Advice & Litigation; 2 years experience. Mr. Gonzalez works with the firm's litigators on a wide variety of civil and commercial litigation matters.

Amy Povinelli: Commercial, Contract and Other Civil Advice & Litigation; 2 years experience. Ms. Povinelli works with businesses to prepare and review various contracts, including operating agreements, buy-sell agreements, lending documents, and other significant agreements.

Joshua Hencik: Commercial, Contract and Other Civil Advice & Litigation; 1 year experience. Mr. Hencik helps clients on a wide array of corporate matters including drafting operating agreement, employment agreements, employee compensation plans, reviewing and revising business to business contracts, and advising on regulatory compliance at the state and federal levels.

**Area(s) of Practice:** 12 Employment Law, Discrimination – Age, Sex, Race, Religion, Disabilities

| Name of Individual | Title (Partner, OF Counsel or Associate) | Arizona State Bar Number | Years of experience in this area of law |
|---|---|---|---|
| Holly J. Stewart | Associate | 034000 | 1 |

**Provide experience and qualifications for <u>EACH</u> Attorney proposed to do work in <u>this AREA of LAW</u>. Include information on significant case work or cases demonstrating experience, awards and significant achievements relevant to the Area of Practice.**

Holly Stewart: Employment Law, Discrimination – Age, Sex, Race, Religion, Disabilities; 1 year experience. Mrs. Stewart works on a variety of general employment law issues.



| AG18-0001, AG18-0035 | Arizona Attorney General |
|---|---|
| **EXTENSION AMENDMENT** | 2005 N Central Ave |
| **CONTRACT UPDATE WORKSHEET** | Phoenix, AZ 85004 |

**Area(s) of Practice:** 22 Negligence and Other Tort Actions

| Name of Individual | Title (Partner, OF Counsel or Associate) | Arizona State Bar Number | Years of experience in this area of law |
|---|---|---|---|
| Arturo Gonzalez | Associate | 033374 | 2 |

**Provide experience and qualifications for <u>EACH</u> Attorney proposed to do work in <u>this AREA of LAW</u>. Include information on significant case work or cases demonstrating experience, awards and significant achievements relevant to the Area of Practice.**

Arturo Gonzalez: Negligence and Other Tort Actions; 2 years experience. Mr. Gonzalez works with the firm's litigators on a wide variety of civil and commercial litigation matters.

**Area(s) of Practice:** 23 Patent Law, Trademark and Copyright

| Name of Individual | Title (Partner, OF Counsel or Associate) | Arizona State Bar Number | Years of experience in this area of law |
|---|---|---|---|
| Amy K. Povinelli | Associate | 033009 | 2 |

**Provide experience and qualifications for <u>EACH</u> Attorney proposed to do work in <u>this AREA of LAW</u>. Include information on significant case work or cases demonstrating experience, awards and significant achievements relevant to the Area of Practice.**

Amy Povinelli: Patent Law, Trademark and Copyright; 2 years experience. Ms. Povinelli researches and analyzes issues related to proposed trademarks (including logos), trademark clearance and enforcement as well as licensing of intellectual property rights.



| AG18-0001, AG18-0035<br>**EXTENSION AMENDMENT**<br>**CONTRACT UPDATE WORKSHEET** | **Arizona Attorney General**<br>2005 N Central Ave<br>Phoenix, AZ 85004 |
|---|---|

**Area(s) of Practice:** 32 Taxation

| Name of Individual | Title (Partner, OF Counsel or Associate) | Arizona State Bar Number | Years of experience in this area of law |
|---|---|---|---|
| Patrick P. Degnan | Associate | 034656 | 1 |

**Provide experience and qualifications for <u>EACH</u> Attorney proposed to do work in <u>this AREA of LAW</u>. Include information on significant case work or cases demonstrating experience, awards and significant achievements relevant to the Area of Practice.**

Patrick Degnan: Taxation; 1 year experience. Mr. Degnan focuses on assisting clients with state and federal tax issues and general corporate transactions. As a Certified Public Accountant and MBA graduate , Mr. Degnan is particularly adept at investigating and navigating complex tax matters as they relate to advancing clients' important business objectives.

|  | **AG18-0001, AG18-0035**<br>EXTENSION AMENDMENT<br>CONTRACT UPDATE WORKSHEET | **Arizona Attorney General**<br>2005 N Central Ave<br>Phoenix, AZ 85004 |
|---|---|---|

**Qualifications and Experience of Attorney (Special Instructions to Offerors 1.1.5):**

**Complete for any new Attorney's Added**

Use this form or an equivalent form to provide the names of the attorneys and their qualifications and expertise. A separate form should be used for each area of law. Offeror should provide a concise, relevant statement providing the information needed to inspire confidence in the attorney's abilities. Full resumes may be provided as an attachment to your proposal. Make copies as necessary. Offeror may produce their own form provided the form follows this format. Add additional pages if needed.

**Area(s) of Practice:** Data Breach Counseling & Data Breach Reporting and Litigation

| Name of Individual | Title (Partner, OF Counsel or Associate) | Arizona State Bar Number | Years of experience in this area of law |
|---|---|---|---|
| James O. Ehinger | Partner | 009448 | 37 years' in litigation; 4 years in Cybersecurity and Data Privacy |
| F. Kyle Robertson | Associate | 029654 | 2.5 years |
| Jason L. Cassidy | Associate | 030510 | 1 year |

**Provide experience and qualifications for <u>EACH</u> Attorney proposed to do work in <u>this AREA of LAW</u>. Include information on significant case work or cases demonstrating experience, awards and significant achievements relevant to the Area of Practice.**

**James Ehinger:** Jim Ehinger is the firm's Litigation Practice Group Leader with 37 years of experience representing clients in wide-ranging litigation matters. He also leads the firm's Cybersecurity and Data Privacy team and has cultivated experience in this area during the last four years in particular. He has assisted clients with preparation of policies and procedures regarding breach response and reporting. In addition, he has litigated data privacy issues related to email privacy, use of electronic images and other intellectual property matters. In 2017, Jim served as a speaker and moderator for a panel titled "Incident Response and Notification" at the Arizona Technology Council's Annual Cybersecurity Summit. He is a member of the International Technology Law Association.

**Kyle Robertson:** Kyle Robertson has 2-1/2 years of experience in this area. His experience includes data breach risk assessment, implementing policies and procedures to comply with federal and state reporting requirements, along with litigation and loss mitigation once a data breach has occurred.  Kyle assisted a nation-wide company when an employee inadvertently accessed state-agency data, has issued numerous subpoenas to Facebook and Twitter and other third parties to uncover the identity of anonymous individuals in cyber tort litigation, and has assisted several different small to medium-size businesses in self-reporting data breaches.  He also has experience with cyber liability insurance policies and the types of risks they cover.

**Jason Cassidy:** Jason Cassidy has 1 year of experience in data breach counseling and reporting and 2 years of research and knowledge in the relevant law, including GDPR. In his most recent experience in data breach response, he researched and drafted notification letters to customers across approximately 30 states and 4 foreign countries.



| AG18-0001, AG18-0035 | Arizona Attorney General |
|---|---|
| **EXTENSION AMENDMENT** | 2005 N Central Ave |
| **CONTRACT UPDATE WORKSHEET** | Phoenix, AZ 85004 |

Mr. Cassidy also managed and participated in the creation of a comparative 50-state survey of U.S. data breach laws in collaboration with the International Technology Law Association.

**Our Team's Capabilities Overall**
In working with clients in this area, our representation focuses on prevention, compliance and preparedness.
- Helping businesses prevent data security breaches by implementing reasonable internal IT procedures and employee rules (e.g., strong passwords, and cyber training).
- Ensuring clients comply with applicable laws, regulations, agency enforcement guidelines and recommended best practices, including applicable reporting requirements as well as advising businesses when they may be subject to international requirements.
- Advising on adequate insurance coverage for both data privacy breaches and cyber-crimes, including reviewing current and additional insurance policies, for both first-party and third-party coverage.
- Preparing clients in the event a breach occurs, including the development of contingency plans.
- Rapidly responding, when necessary, to data breach or privacy violations, including preparing legally required notices, defending against legal claims or allegations of regulatory violations or other enforcement actions, and assisting with insurance claims.



## Patrick P. Degnan
Associate | Phoenix

pdegnan@rcalaw.com
P: 602.440.4892
F: 602.257.6966

**Solutions**
- Taxation
- Corporate & Securities
- Business

Patrick is a member of the firm's Corporate and Securities practice group, where he focuses on assisting clients with state and federal tax issues and general corporate transactions. As a Certified Public Accountant and MBA graduate, Patrick is particularly adept at investigating and navigating complex tax matters as they relate to advancing clients' important business objectives.

Before joining Ryley Carlock & Applewhite, Patrick applied his tax knowledge serving clients at a Big Four accounting firm in both Chicago and Phoenix. While there, he belonged to the firm's State Tax Group where he was responsible for researching tax issues affecting all 50 states; in addition, he served as a jurisdictional tax lead for New Mexico, investigating complex tax issues specific to that state for a variety of firm clients. Patrick also gained significant experience preparing and reviewing tax returns for numerous pass-through entities including Real Estate Investment Trusts and investment management funds.

Patrick began his legal career at a personal injury firm in Chicago. During his tenure, he co-authored an appellate brief in a multi-million dollar wrongful death case, resulting in the Illinois Appellate Court upholding a $4.75 million jury verdict.

### Admitted to Practice
- Arizona, 2018
- Illinois, 2010
- Certified Public Accountant, Arizona and Illinois

### Education
- DePaul University, Kellstadt Graduate School of Business, MBA, 2014
- The John Marshall Law School, J.D., 2010
- Miami University, B.A., 2006





## Arturo Gonzalez

Associate | Phoenix

agonzalez@rcalaw.com
P: 602.440.4865
F: 602.257.6937

**Solutions**
- Litigation

As a member of the Litigation Practice Group, Arturo works with the firm's litigators on a wide variety of civil and commercial litigation matters. He regularly adds value to litigation strategy development by conducting in-depth research and analytical writing on key areas of the law. His experience includes federal water law, federal and Arizona contract law, post-judgment relief, civil racketeering statutes, advertising law, and technology/intellectual property issues in the workplace.

While in law school, Arturo was actively involved in the Chicano/Latino Law Students Association, culminating in his service as the organization's President from 2015-2016 year. That same year, the organization was selected as the 2016 National Law Student Organization of the Year by the Hispanic National Bar Association. In law school, Arturo was a school Moot Court finalist in both the Jenckes Closing Argument Competition and in the Oplinger Closing Argument Competition. Arturo was recently recognized as a 2016 Valdemar A. Cordova Scholar by the Los Abogados Hispanic Bar Association and was voted by his peers to serve as the 2016 Student Commencement Speaker at his law school graduation ceremony. Now, as a proud ASU alumnus, Arturo is regularly invited to speak at events for incoming students and helps welcome and encourage new law students at the law school.

Arturo is passionate about education advocacy. Before attending law school, Arturo completed two years as a Corps Member in the Teach for America program, where he taught American History to high school students on the Navajo Reservation in rural New Mexico. Arturo remains an active volunteer with several local youth outreach programs in Phoenix, and recently began his own educational scholarship, the "Mi Futuro" Scholarship, to benefit underserved students from his hometown high school in Taylorsville, North Carolina. Arturo is fluent in Spanish.

### Publications
- "Crafting "Bring Your Own Device" ("BYOD") Policies to Protect Your Company Data and Ensure Compliance with the Law," October 2018
- "The FTC Shines the Light on Hidden Fees and Hidden Disclosures: A Cautionary Tale for Advertisers," May 2018

### Speaking Engagements
- "Why Your Business Needs A 'Bring Your Own Device' (BYOD) Policy," Arizona Technology Council Law & Technology Committee Seminar, October 2018



*Arturo Gonzalez—Continued*

### Professional & Civic Memberships & Associations
- Hispanic National Bar Association, Deputy Regional President, Region XIV (In his leadership capacity, Arturo was interviewed on Arizona PBS about "Su Negocio," a program sponsored by Mass Mutual and the Hispanic National Bar Association to assist and empower Latino-owned small businesses.)
- Hispanic Leadership Institute, Class of 2017
- Los Abogados Hispanic Bar Association, Member
- Chicano/Latino Law Students Association, Past President

### Community Service
- AGUILA Youth Leadership Institute, Volunteer, 2015-Present
- Be A Leader Foundation, Volunteer
- Ambassadors of Compassion, Mentor & Coach

### Admitted to Practice
- Arizona, 2016

### Education
- J.D., Arizona State University Sandra Day O'Connor College of Law, 2016
- B.A., Criminal Justice & History, University of North Carolina at Charlotte, *magna cum laude*, 2011





## Joshua J. Hencik

Associate | Phoenix

jhencik@rcalaw.com
P: 602.440.4898
F: 602.257.6937

**Solutions**

- Business
- Corporate & Securities
- Mergers & Acquisitions
- Banking & Finance

Josh is a member of the firm's Corporate and Securities practice. Leveraging both his MBA and legal education, he works with the firm's corporate lawyers to help clients with a wide variety of business matters. His experience includes documenting and conducting due diligence for mergers and acquisitions, documenting loan transactions for lenders, reviewing title and survey materials, adhering to SEC regulations, conducting private placement due diligence, preparing corporate governance documents, and assisting with related business transactions.

**Mergers and Acquisitions.** Josh assists clients in preparing their businesses for sale. He conducts due diligence, negotiates terms that fit the client's needs, and drafts documents for business transactions.

Representative matters include:
- Assisting with surviving-entity representation on corporate governance matters through $7 billion merger and ongoing business operations.
- Participating with seller-side representation of data systems company in a strategic equity sale transaction.
- Supporting seller-side representation of screening services provider in strategic asset sale transaction.

**Securities.** Josh advises clients on selecting the form of offering that best fits the client's needs. He regularly assists with preparing private offering documentation and investor protection due diligence.

Representative matters include:
- Advising a client in connection with a cryptocurrency offering for an online performance monitoring service provider.
- Assisting with documenting a $1 million multi-class equity offering for a medical device company.
- Assisting with documenting a $4 million debt offering for a commercial real estate development company.

**Banking and Finance.** Josh has experience documenting loans for lending clients on both sale of goods and real estate transactions. He has helped document loan deals with multiple credit facilities, complex collateral arrangements, and real property collateral located on tribal lands.

Representative matters include:
- Assisting with documenting commercial loan transactions ranging from under $1 million to $60 million for lending clients with collateral ranging from personal property to real estate.



- Preparing commercial lease reviews and summaries for lending clients in connection with due diligence on potential lender liabilities and obligations in lending transactions.
- Conducting title and survey reviews for lending clients in connection with due diligence on real property collateral.

**General Corporate.** Josh has experience assisting clients on a wide array of corporate matters including drafting operating agreements, employment agreements, employee compensation plans, reviewing and revising business to business contracts, and advising on regulatory compliance at the state and federal levels.

Representative matters include:
- Preparing a complex Operating Agreement for a limited liability company with multiple classes of members.
- Preparing executive employment agreements for a limited liability company with equity holding employees.
- Preparing and structuring Rule 701 compliant employee compensation plans for clients offering employee performance awards, stock and option awards, and cash bonuses.
- Reviewing and counseling clients on marketing, vendor, customer and supplier contract issues.

**Education & Military Career.** While pursuing his law and business degrees, Josh held externships with the Maricopa County Superior Court's Civil and Family Divisions and the Department of Justice's Office of Foreign Litigation-Civil Division at the American Embassy in London. Josh participated in numerous week-long business panels at the university, where large public companies would pitch ongoing, real-time business challenges to teams of MBA students, and Josh and his fellow classmates would analyze the issues and business objectives and present viable solutions.

Before pursuing his education, Josh served proudly in the United States Marine Corps. He volunteered for the Marine Security Guard Program and spent a number of years living and working overseas as an Embassy Guard, providing protection to officials on diplomatic missions around the world, including Russia, Germany and the Middle East.

## Admitted to Practice
- Arizona, 2016

## Education
- J.D., University of Notre Dame, *cum laude*, 2016
- M.B.A., Corporate Finance, University of Notre Dame, 2016
- B.A., Political Science, Arizona State University, *magna cum laude*, 2010





## Amy K. Povinelli

Associate | Phoenix

apovinelli@rcalaw.com

P: 602.440.4872
F: 602.257.6972

**Solutions**

- Corporate
- Food and Drug Law
- Banking & Finance
- Business
- Advertising Law
- Water, Energy, Natural Resources & Environmental
- Real Estate

As an Associate in Ryley Carlock & Applewhite's Transactional group, Amy primarily works for businesses and financial institutions on corporate matters and transactions. She assists with a broad range of matters including real estate transactions, start-up venture entity formation and governance, contract drafting, and intellectual property protection. She also works on Food and Drug Administration regulatory and marketing compliance issues in the natural products sector.

**Business Transactions / Corporate Governance.** Amy assists with entity selection and preparation of organizational documents. She works with businesses to prepare and review various contracts, including operating agreements, buy-sell agreements, lending documents, and other significant agreements. Amy also helps clients to prepare their businesses for sale. Representative matters include:

- Participating in non-profit merger due diligence and documentation.
- Assisting with surviving-entity representation on corporate governance matters through a $7 billion merger and ongoing business operations.
- Assisting with sale of a convenience store and gas station.

**Intellectual Property**. Amy researches and analyzes issues related to proposed trademarks (including logos), trademark clearance and enforcement as well as licensing of intellectual property rights. Representative matters include:

- Preparing Responses to Office Actions with the U.S. Patent and Trademark Office and handling related trademark prosecution matters.
- Preparing Trademark License Agreements and intellectual property licensing transactions.

**Real Estate**. Amy practices in the areas of commercial and residential real estate transactions. She has worked on matters totaling more than $25 million in residential real estate transactions. In addition, she



RYLEY CARLOCK
& APPLEWHITE
*The Business of Solutions®*

has assisted with commercial real estate transactions involving property exchanges, deeds in lieu of foreclosure, Indian land, government land, and institutional lenders.

**Food and Drug Law**. Amy helps clients navigate complex federal laws relating to the manufacture, labeling, marketing, and sales of conventional foods, dietary supplements, pet supplements, organic foods, "functional foods," cosmetics, and over-the-counter drugs. She has experience with food and drug law issues including import/export and detention matters, New Dietary Ingredient Notifications, third-party scientific literature, self-affirmed GRAS status, and formal comments to the FDA on draft Guidances and proposed rules. Representative matters include:

- Researching and drafting sections of a formal Comment to the FDA on the handling of innovative Probiotic Supplements when they are New Dietary Ingredients. [Insert link to the press release Susan has regarding Jarrow Formulas.]
- Communicating with the USDA regarding organic cosmetics and related issues on behalf of clients.

**Professional Service & Community Involvement**. As a fourth generation Arizonan, Amy is dedicated to giving back to her community and helping local businesses thrive. In addition to her legal practice, she gives back through a variety of pro bono and philanthropic activities, such as setting up non-profits and participating in the Auxiliary Board of Fresh Start Women's Foundation, the Daughters of the American Revolution, and similar organizations. She is the firm liaison for the Volunteer Lawyers Program and is a Mentor and Coach with Ambassadors of Compassion, a program that involves teaching and mentoring at-risk 8th grade students. Amy also serves on the Upcoming Credit Professionals division of the Risk Management Association and as Networking Chair of the Board of Directors of the Notre Dame Club of Phoenix, which raises money for student scholarships, supports several charitable organizations, and sponsors continuing education seminars.

**Personal Background**. Amy received her J.D. from Notre Dame Law School, where she served as President of the Student Bar Association and was selected as an Assistant Rector. In this capacity, she oversaw an undergraduate dormitory, managing programming and conduct standards. Amy received her B.S. in Finance from the University of Arizona with honors, where she served as President of Kappa



*Amy K. Povinelli—Continued*

Alpha Theta. Before attending law school, Amy was the Legislative Affairs Associate at the Arizona State Governor's Office.

**Admitted to Practice**
- Arizona, 2016

**Education**
- Notre Dame Law School, J.D., 2015
- University of Arizona, B.S.B.A., Finance, *cum laude,* 2010





## Holly J. Stewart

Associate | Phoenix

hstewart@rcalaw.com
P: 602.440.4861
F: 602.257.6961

**Solutions**

- Labor and Employment
- Litigation
- Sports

As a member of the Labor and Employment practice, Holly assists with a variety of employment and labor relations issues, including research and drafting documents. She also participates in the firm's Sports Law group, which gives her an opportunity to combine her legal work and her athletic background to assist in representing athletes and coaches.

Holly was awarded the Dean's Recruitment Award and Sun Angel Funk Scholarship to attend Sandra Day O'Connor College of Law at Arizona State University. Holly graduated among the top 10 students in her class. While there, she earned A+ grades (or CALI Excellence for the Future Awards) in Legal Method & Writing, Evidence, Constitutional Law II, FDA Regulation, The Moral Leader, and Family Law. She served on the *Arizona State Law Journal* and was named Editor of the Year in 2017. Holly externed with Honorable James A. Teilborg of the United States District Court for the District of Arizona and participated in the Blackstone Legal Fellowship.

Holly received her Bachelor of Arts degree in Communication, *summa cum laude*, from Arizona State University, where she was a co-captain of the ASU Sun Devil Women's Soccer Team. In 2004, Holly was the only Sun Devil athlete to be named an Academic All-American. The year prior she was named the Sparky Female Scholar Athlete of the Year, awarded to Arizona State University's most outstanding NCAA Division I Athlete.  Before transferring to Arizona State University, Holly was a member of the 2001 Division I National Championship Women's Soccer Team at Santa Clara University.

### Professional & Civic Memberships & Associations

- American Bar Association

### Admitted to Practice

- Arizona, 2017

### Education

- J.D., Arizona State University, Sandra Day O'Connor College of Law, *magna cum laude*, 2017
- B.A., Communication, Arizona State University, *summa cum laude*, 2005

