**TALONYA ADAMS**
ASBN 031276
Two North Central Avenue, Suite 1900
Phoenix, Arizona 85004
Telephone 602.343.1838
ta@1700westlaw.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Talonya Adams,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Arizona Senate,<br><br>　　　　　　Defendant. | Case No. CV-17-00822-PHX-DLR<br><br>**PLAINTIFF'S MOTION TO RESET FEBRUARY 5, 2020 HEARING** |

　　　　Plaintiff Talonya Adams respectfully moves the court to reset the February 5, 2020 hearing based upon good cause and as follows:

1. The hearing of this case has been set on Wednesday, February 5, 2020 at 3 p.m.;

2. Ms. Adams hereby regretfully informs the Honorable Court that she is unavailable, due to a previously scheduled client matter. On November 5, 2020 at 10:00 a.m. Ms. Adams is scheduled to be in Hood River Circuit Court for oral arguments on summary adjudication motions. Additionally, pre-trial motions are scheduled to be heard on February 21, 2020 and a four-day trial is set to commence on February 25, 2020;

3. Due to the aforementioned legal constraints, Ms. Adams respectfully requests that this Court reset February 5, 2020 hearing to a Friday afternoon in March 2020, subject to the availability of the Honorable Court's calendar;

4. Mr. Moberly, Arizona Senate's legal counsel does not object to the hearing being reset to early March and does not have any conflicts in early March;

5. This motion is made in good faith and not intended to delay the proceedings in this case.

DATED: January 31, 2019

RESPECTFULLY SUBMITTED,

By: *Talonya Adams*
Talonya Adams
1700 West Law, PLLC
Two North Central Avenue, Suite 1900
Phoenix, Arizona 85004
(602) 343-1838

*ta@1700westlaw.com*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and e-mailed a copy of the foregoing to:

Michael Moberly
Ryley, Carlock & Applewhite
One N. Central Avenue, #1200
Phoenix, Arizona 85004
mmoberly@rcalaw.com

*Talonya Adams*

Talonya Adams, Plaintiff
1700 West Law, PLLC
Two North Central Avenue, Suite 1900
Phoenix, Arizona 85004
(602) 343-1838

*ta@1700westlaw.com*

2