# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Talonya Adams,<br><br>    Plaintiff,<br><br>v.<br><br>Arizona Senate,<br><br>    Defendant. | No. CV-17-00822-PHX-DLR<br><br>**ORDER** |

The Court has reviewed Plaintiff's Motion to Reset February 5, 2020 Hearing. (Doc. 254.) For good cause shown,

**IT IS ORDERED** that Plaintiff's Motion to Reset February 5, 2020 Hearing is **GRANTED**.

**IT IS FURTHER ORDERED** vacating the oral argument on Defendant's Motion for New Trial (Doc. 234) set for February 5, 2020 at 3:00 p.m. and resetting it to **March 6, 2020 at 9:30 a.m.**

Dated this 4th day of February, 2020.

Douglas L. Rayes
United States District Judge