**TALONYA ADAMS**
Two North Central Avenue, Suite 1900
Phoenix, Arizona 85004
Telephone 602.343.1838
talonya@gmail.com

*Plaintiff Pro Se*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Talonya Adams,<br><br>              Plaintiff,<br><br>v.<br><br>Arizona Senate,<br>State of Arizona,<br><br>              Defendant. | No. CV-17-00822-PHX-DLR<br><br>**NOTICE RE: MEDIATION** |

Pursuant to this Court's Minute Entry Order dated April 10, 2020 (Doc. 267) requiring mediation on or before July 31, 2020 and that the parties file a joint status report after mediation, Plaintiff Talonya Adams hereby gives notice that the parties have conferred and agreed upon Michelle Langan as mediator. Plaintiff has contacted Ms. Langan and confirmed her availability and acceptance to conduct a private mediation.

Both parties have confirmed attendance at a pre-mediation conference that will be held with Ms. Langan on April 24, 2020. As of the date of this filing, Ms. Langan has provided her availability through June 2020 to conduct the formal mediation and both parties are working to confirm a date certain for the mediation.

RESPECTFULLY SUBMITTED this 22nd day of April, 2020.

**TALONYA ADAMS**

By: *Talonya Adams*
      Talonya Adams
      *x*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a COPY of the foregoing, and also mailed and e-mailed a COPY of the foregoing, this 22nd day of April, 2020 to:

Ryley, Carlock & Applewhite
Michael D. Moberly, Bar No. 009219
One North Central Avenue, Suite 1200
Phoenix, Arizona 85004
mmoberly@rcalaw.com

*Attorneys for Arizona Senate*

/s/ *Talonya Adams*

*Plaintiff Pro Se*