**TALONYA ADAMS**
Two North Central Avenue, Suite 1900
Phoenix, Arizona 85004
Telephone 602.343.1838
talonya@gmail.com

*Plaintiff Pro Se*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Talonya Adams, | No. CV-17-00822-PHX-DLR |
| Plaintiff, | |
| v. | **NOTICE OF APPEAL** |
| Arizona Senate, | |
| Defendant. | |

    Notice is hereby given that Plaintiff Talonya Adams, in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from Order granting (Doc. 234) Defendant's Motion for New Trial; and denying as moot Plaintiff's (Doc. 237) Motion to Alter or Amend Judgment entered on 24th, day of March 2020 (Doc. 265).[1]

    RESPECTFULLY SUBMITTED this 22nd day of April, 2020.

                              **TALONYA ADAMS**

                            By: *Talonya Adams*
                                Talonya Adams
                                *x*

---

[1] The Court's order grants a new jury trial as to the Title VII retaliation claim.

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a COPY of the foregoing, and also mailed and e-mailed a COPY of the foregoing, this 22nd day of April, 2020 to:

Ryley, Carlock & Applewhite
Michael D. Moberly, Bar No. 009219
One North Central Avenue, Suite 1200
Phoenix, Arizona 85004
mmoberly@rcalaw.com

*Attorneys for Arizona Senate*

/s/ *Talonya Adams*

*Plaintiff Pro Se*