Talonya Adams
Two North Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone 602.343.1838
Talonya@gmail.com
*Plaintiff Pro Se*

**RYLEY CARLOCK & APPLEWHITE**
One North Central Avenue, Suite 1200
Phoenix, AZ 85004-4417
Telephone 602.440.4800
Fax 602.257.9582
Michael D. Moberly – 009219
mmoberly@rcalaw.com

*Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Talonya Adams,<br><br>             Plaintiff,<br><br>v.<br><br>Arizona Senate,<br><br>             Defendant. | Case No.  CV-17-00822-PHX-DLR<br><br>**JOINT REPORT<br>REGARDING MEDIATION** |

Pursuant to the Court's Minute Entry Order dated April 10, 2010, the parties hereby jointly advise the Court that they participated in a mediation on May 22, 2020 that was facilitated by Michelle Langan of Michelle Langan Mediation Law Firm, LLC, and that the parties did not reach agreement on the resolution of this matter in the mediation.

RESPECTFULLY SUBMITTED this 28th day of May, 2020.

By: */s/* Talonya Adams *(with permission)*
    Talonya Adams
    Two North Central Avenue
    Suite 1900
    Phoenix, Arizona 85004
    Telephone: (602) 343-1838
    talonya@gmail.com
    Plaintiff pro se

By: */s/* Michael D. Moberly
    Michael D. Moberly
    Ryley Carlock & Applewhite
    One North Central Avenue
    Suite 1200
    Phoenix, Arizona 85004
    Telephone: (602) 258-7701
    mmoberly@rcalaw.com
    Counsel for Defendant

4743133.1
05/28/20