**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Douglas L. Rayes | **Date:** November 8, 2021 |
| **Case Number:** CV-17-00822-PHX-DLR | |
| **Adams v. Arizona Senate** | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Talonya Adams (Pro Se) | Michael Moberly |

**JURY TRIAL (Day 1):**

8:32 a.m. Convene. Pro Se Plaintiff, Defense Counsel, and Defendant present. Jury panel not present. Discussion is held regarding prior rulings on the relevance of discrimination evidence and how it pertains to the remaining issues to be tried. Additional discussion is held regarding preliminary instructions and voir dire procedures. 8:46 a.m. Recess.

9:05 a.m. Reconvene. Parties present. Jury panel present and sworn. Voir dire commences. 9:55 a.m. Jury panel excused for break. Court remains in session. Jurors 16, 12, and 19 excused for cause. 10:00 a.m. Court is in recess while the parties discuss their peremptory strikes.

10:43 a.m. Reconvene. Parties present. Jury panel not present. Juror 23 excused for cause. 10:46 a.m. Jury panel enters. Jurors 1, 2, 4, 8, 10, 11, 14, and 15 called forward and seated as trial jurors. Remaining jury panel excused. Jury sworn. Preliminary instructions read to the jury. Opening statements presented. **Plaintiff's case**: Wendy Baldo sworn and examined. 12:14 p.m. Jury excused for break. Court remains in session. Discussion is held regarding Plaintiff's Motion to Bifurcate Trial (Doc. 334) and the motion is DENIED. Separate order to issue. Further discussion is held regarding the availability of witnesses and remaining trial time. 12:18 p.m. Recess.

1:27 p.m. Reconvene. Parties present. Jury present. Examination of Wendy Baldo continues. Exhibit 2 is admitted. 3:00 p.m. Jury excused for break. Court remains in session. Discussion is held regarding remaining trial time. 3:01 p.m. Recess.

3:16 p.m. Reconvene. Parties present. Jury present. Examination of Wendy Baldo continues. Exhibits 236, 238, 239, 243, 245, 250, 247, 248, and 249 admitted. Examination of Wendy Baldo completed. 4:15 p.m. Recess.

4:27 p.m. Reconvene. Parties present. Jury present. Pro Se Plaintiff Talonya Adams is sworn and examined with the assistance of attorney Zarinah Nadir. 4:57 p.m. Jury Excused. Court remains in session. Discussion is held regarding remaining trial time and schedule.

5:00 p.m. Court is in recess until 9:00 a.m. on November 9, 2021.

**CV-17-00822-PHX-DLR** **November 8, 2021**

**Adams v. Arizona Senate** Page 2 of 2

Deputy Clerk: Robert Vasquez **JT: 5 hrs, 50 mins**
Court Reporter: Jennifer Pancratz and Elaine Cropper

**Start: 8:32 AM**
**Stop: 5:00 PM**