**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Douglas L. Rayes | **Date:** November 9, 2021 |
| **Case Number:** CV-17-00822-PHX-DLR | |
| **Adams v. Arizona Senate** | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Talonya Adams (Pro Se) | Michael Moberly |

**JURY TRIAL (Day 2):**

9:01 a.m. Reconvene. Pro Se Plaintiff, Defense Counsel, and Defendant present. Jury present. Leah Landrum Taylor is sworn and examined. 9:15 a.m. Recess.

9:26 a.m. Reconvene. Parties present. Jury not present. Discussion is held regarding the rule of exclusion. The Court affirms that the rule has been invoked. Jury enters. Barbara McGuire, appearing via video teleconference, is sworn and examined. Exhibit 244 is admitted. David Bradley, appearing via video teleconference, is sworn and examined. Exhibit 242 is admitted. 10:11 a.m. Recess.

10:21 a.m. Reconvene. Parties present. Jury present. Jeffrey Winkler is sworn and examined. Patricia Osmon is sworn and examined. 11:28 a.m. Jury Excused for break. Court remains in session. Discussion is held regarding remaining trial time and schedule. 11:30 a.m. Recess.

12:29 p.m. Reconvene. Parties present. Jury present. Examination of Talonya Adams continues with the assistance of attorney Zarinah Nadir. Exhibit 235 is admitted. Kathleen Hobbs is sworn and examined. Exhibit 227 is admitted. 1:59 p.m. Jury Excused for break. Court remains in session. Discussion is held regarding remaining trial time. 2:00 p.m. Recess.

2:16 p.m. Reconvene. Parties present. Jury present. Examination of Kathleen Hobbs continues and is completed. Examination of Talonya Adams continues and is completed with the assistance of attorney Zarinah Nadir. 2:49 p.m. Recess.

3:01 p.m. Reconvene. Parties present. Jury present. Martin Quezada is sworn and examined. **Plaintiff rests**. **Defendant's case**: Defense preserves their right to raise a legal issue outside the presence of the jury. **Defense rests**. 3:11 p.m. Jury Excused. Court remains in session. Oral Rule 50 motion is made by defense for judgment as a matter of law. Oral argument is heard. The motion is taken under advisement. Discussion is held regarding remaining trial time and schedule.

3:35 p.m. Court is in recess until 9:00 a.m. on November 10, 2021.

**CV-17-00822-PHX-DLR**     **November 9, 2021**

**Adams v. Arizona Senate**     Page 2 of 2

Deputy Clerk: Robert Vasquez
Court Reporter: Jennifer Pancratz

**JT: 4 hrs, 46 mins**

**Start: 9:01 AM**
**Stop: 3:35 PM**