**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Douglas L. Rayes | **Date:** November 10, 2021 |
| **Case Number:** CV-17-00822-PHX-DLR | |
| **Adams v. Arizona Senate** | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Talonya Adams (Pro Se) | Michael Moberly |

**JURY TRIAL (Day 3):**

9:04 a.m. Reconvene. Pro Se Plaintiff, Defense Counsel, and Defendant present. Jury not present. Final jury instructions and verdict form are reviewed. Objections and revisions are discussed. 9:09 a.m. Recess.

9:16 a.m. Reconvene. Parties present. Jury not present. Additional discussion held regarding final jury instructions and verdict form. 9:18 a.m. Recess.

9:26 a.m. Reconvene. Parties present. Jury not present. Final jury instructions finalized. Additional discussion held regarding verdict form. 9:33 a.m. Recess.

9:38 a.m. Reconvene. Parties present. Jury not present. Verdict form finalized. 9:41 a.m. Jury present. Final instructions read to the jury. Plaintiff's closing arguments presented. 11:00 a.m. Jury excused for break. Court remains in session. Discussion held regarding remaining trial schedule. 11:02 a.m. Recess.

11:17 a.m. Reconvene. Parties present. Jury present. Defendant's closing arguments presented. Plaintiff's rebuttal closing arguments presented. Additional final instructions read to the jury. Verdict form reviewed for the jury. Bailiffs sworn. 11:48 a.m. Jury is excused to commence deliberations. Recess.

3:34 p.m. Reconvene. Parties present. Jury not present. Discussion is held regarding the procedure for potential discrepancies within the verdict form. 3:36 p.m. Jury present. The Court is advised a unanimous verdict has been reached. Verdict in favor of Plaintiff is read and recorded. Jury is released from the admonition and excused.

3:40 p.m. Court is adjourned.

LATER: IT IS ORDERED setting a Telephonic Status Conference for Tuesday, November 16, 2021 at 11:00 a.m. The parties will be provided call-in information by separate email.

Deputy Clerk: Robert Vasquez　　　　　　　　　　　　　　　　**JT: 2 hrs, 15 mins**
Court Reporter: Jennifer Pancratz

**Start: 9:04 AM**
**Stop:  3:40 PM**