**THE LAW FIRM OF ZARINAH T. NADIR**
522 N. Central Avenue, Ste. 25401
Phoenix, Arizona 85004
Telephone 480.233.6546
nadirlaw@yahoo.com

Zarinah T. Nadir —025915
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Talonya Adams,<br><br>          Plaintiff,<br><br>v.<br><br>Arizona Senate,<br><br>          Defendant. | Case No.  CV-17-00822-PHX-DLR<br><br>**NOTICE OF LIMITED<br>SCOPE REPRESENTATION<br>TRIAL APPEARANCE** |

TO: THE COURT, THE CLERK OF THE COURT AND ALL PARTIES

Pursuant to the Court's ruling on November 8, 2021, Ms. Zarinah Nadir, the undersigned counsel, hereby gives Notice of Limited Scope Representation and that she appeared on behalf of Plaintiff Talonya Adams, at trial in this case. Ms. Adams and Ms. Nadir have a written agreement that states Ms. Nadir will assist Ms. Adams with all trial proceedings, as needed, the week of November 8, 2021 in this Court. This Notice accurately represents the scope of that representation. All communication in this matter should be continue to be directed to Plaintiff Talonya Adams.

RESPECTFULLY SUBMITTED this 10th day of November, 2021.

**THE LAW FIRM OF ZARINAH T. NADIR**

By: /s/Zarinah T. Nadir
     Zarinah T. Nadir, Esq.
     *Limited Scope Attorney for Plaintiff*