```
FILED ____ LODGED
____ RECEIVED ____ COPY

NOV 1 0 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ E. DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Talonya Adams,<br><br>    Plaintiff,<br><br>v.<br><br>Arizona Senate,<br><br>    Defendant. | No. CV-17-00822-PHX-DLR<br><br>**VERDICT** |

Nothing said in this Form of Verdict, which is prepared for your convenience, is meant to suggest or convey in anyway or manner what verdict the Court thinks you should reach. It is solely and exclusively your duty and responsibility to decide what the verdict shall be.

### Question Number 1

*Race and/or Sex Discrimination Damages*

What amount of mental, physical, emotional distress and/or loss of enjoyment of life (compensatory) damages, did Ms. Adams incur as a result of the Arizona State Senate's discrimination against her on the basis of her race and/or sex with respect to her pay, compensatory leave time, and annual leave accrual rate?

$ __750,000__

**Question Number 2**

*Retaliation Claim*

Has Ms. Adams proven, by a preponderance of the evidence, she complained that she was being discriminated against on the basis of race or sex with respect to her pay and was terminated for that reason? Check one.

Yes __X__ No _____

**Question Number 3**

*Retaliation Damages*

If your answer to Question Number 2 is yes, what amount of mental, physical, emotional distress and/or loss of enjoyment of life (compensatory) damages did Ms. Adams incur as a result of the Arizona State Senate's retaliatory termination of her employment?

$ __2,000,000__

DATED: __11/10/2021__                              __Juror #2__
                                                   JURY FOREPERSON SIGNATURE