# UNITED STATE DISTRICT COURT
# DISTRICT OF ARIZONA

## CIVIL WITNESS LIST

☐ FILED  ☐ LODGED
☐ RECEIVED  ☐ COPY

NOV 1 0 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

☐ Preliminary Injunction/TRO    ☐ Non-Jury Trial    ☐ Jury Trial

Talonya Adams vs.   Arizona State Senate          2:17-CV-00822-PHX-DLR

☑ PLAINTIFF                    ☐ DEFENDANT

| # | NAME | P/D | DATE SWORN | DATE APPEARED |
|---|------|-----|------------|---------------|
| 1 | Talonya Adams | | 11/8/2021 | 11/8/2021, 11/9/2021 |
| 2 | Wendy Baldo | | 11/8/2021 | 11/8/2021 |
| 3 | Mark Bogart | | | |
| 4 | Olivia Cajero Bedford | | | |
| 5 | David Bradley | | 11/9/2021 | 11/9/2021 |
| 6 | Lupe Contreras | | | |
| 7 | Steven Farley | | | |
| 8 | John Fetherston | | | |
| 9 | Jose "Pete" Galvan | | | |
| 10 | Barbara Guenthner | | | |
| 11 | Kathleen "Katie" Hobbs | | 11/9/2021 | 11/9/2021 |
| 12 | Garth Kamp | | | |
| 13 | Christopher Kotterman | | | |
| 14 | Catherine Miranda | | | |
| 15 | Patricia "Patsy" Osmon | | 11/9/2021 | 11/9/2021 |

|    | NAME | P/D | DATE SWORN | DATE APPEARED |
|----|------|-----|------------|---------------|
| 16 | Martin Quezada |  | 11/9/2021 | 11/9/2021 |
| 17 | Sandra "Sandy" Reilly |  |  |  |
| 18 | Rodney Ross |  |  |  |
| 19 | Peter Silverman |  |  |  |
| 20 | Leah Landrum Taylor |  | 11/9/2021 | 11/9/2021 |
| 21 | Anna Tovar |  |  |  |
| 22 | Jeffrey "Jeff" Winkler |  | 11/9/2021 | 11/9/2021 |
| 23 | Barbara McGuire |  | 11/9/2021 | 11/9/2021 |
|    |  |  |  |  |