# UNITED STATE DISTRICT COURT
# DISTRICT OF ARIZONA

## CIVIL WITNESS LIST

☐ Preliminary Injunction/TRO ☐ Non-Jury Trial ☒ Jury Trial

FILED / RECEIVED ✓  NOV 10 2021  CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY DEPUTY

Talonya Adams vs. Arizona Senate          CV-17-00822-PHX-DLR

☐ PLAINTIFF     ☒ DEFENDANT

| # | NAME | P/D | DATE SWORN | DATE APPEARED |
|---|------|-----|------------|---------------|
| 1. | Wendy Baldo | D | 11/8/2021 | 11/8/2021 |
| 2. | Jeff Winkler | D | 11/9/2021 | 11/9/2021 |
| 3. | Kathleen "Katie" Hobbs | D | 11/9/2021 | 11/9/2021 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |