UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# CIVIL EXHIBIT LIST

☐ Preliminary Injunction/TRO      ☐ Non-Jury Trial      ☒ Jury Trial

Talonya Adams   vs.  Arizona Senate            CV-17-00822-PHX-DLR

☐ PLAINTIFF            ☒ DEFENDANT

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 211 | | | Arizona State Senate Employee Listing 2012 (ADAM0405-ADAM0408) |
| 212 | | | 12-14-12 email between Talonya Adams and Leah Landrum-Taylor re: Policy Analyst position accepted (ADAM0085) |
| 216 | | | Arizona State Senate Employee Listing 2013 (ADAM0409-0412) |
| 219 | | | Arizona State Senate Employee Listing 2014 (ADAM0413-ADAM0416) |
| 227 | | 11/9/21 | Talonya Adams' Leave Request March 2-6, 2015 dated 11-18-14 (ADAM0420) |
| 232 | | | 1-23-15 email between Talonya Adams and Jeff Winkler re: Friday Staff Meetings –Adams Availability (ADAM0084) |
| 234 | | | 2-1-15 email between Talonya Adams and Jeff Winkler re: meet requested to discuss workload/hours/pay (AZSEN0327) |
| 235 | | 11/9/21 | 2-3-15 email between Talonya Adams and Katie Hobbs/Jeff Winkler re: Availability to set meeting (AZSEN0390-AZSEN0391) |
| 236 | | 11/8/21 | 2-5-15 email between Talonya Adams and Wendy Baldo re: meet to discuss HR Issues (AZSEN0397) |
| 238 | | 11/8/21 | 2-13-15 email between Talonya Adams and Wendy Baldo re: protocol to request raise (AZSEN0392-AZSEN0396) |
| 239 | | 11/8/21 | 2-13-15 email from Talonya Adams to Leadership re: request to meet to discuss current status on Democratic Caucus staff (AZSEN0770-AZSEN0771) |
| 241 | | | 2-13-15 email between Talonya Adams and Katie Hobbs re: inappropriate meeting requested with full leadership (ADAM0044) |
| 242 | | 11/9/21 | 2-13-15 email from Katie Hobbs re: Adams' request for meeting has been addressed (AZSEN0772) |
| 243 | | 11/8/21 | 2-13-15 "Family Related Matter" between Talonya Adams and Jeff Winkler, Katie Hobbs and Wendy Baldo (AZSEN0321) |

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 244 | | 11/9/21 | 2-13-15 email between Talonya Adams and Katie Hobbs cc Leadership team (AZSEN0384-AZSEN0385) |
| 245 | | 11/8/21 | 2-13-15 Adams/Winkler Email cc: leadership team re: meeting and FMLA protocols (AZSEN0319-0320) |
| 247 | | 11/8/21 | 2-18-15 email between Talonya Adams and Jeff Winkler re: emergency medical leave inquiries (AZSEN0473-AZSEN0474) |
| 248 | | 11/8/21 | 2-18-15 email between Talonya Adams and Jeff Winkler re: Adams return (AZSEN0307-309) |
| 249 | | 11/8/21 | 2-17-15 email between Talonya Adams and Jeff Winkler re: Senate Standing Committee Agenda and leave - personal family matter (AZSEN0495) |
| 250 | | 11/8/21 | Arizona State Senate dismissal letter dated 2-20-15 (AZSEN0169) |