| ✎AO 435<br>AZ Form (Rev. 10/2018) | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | **FOR COURT USE ONLY**<br>DUE DATE: |
|---|---|---|

| 1. NAME Ethan Schwartz | 2. PHONE NUMBER 3474220332 | 3. DATE 11/15/21 |
|---|---|---|

| 4. FIRM NAME | | |
|---|---|---|

| 5. MAILING ADDRESS 373 Washington Avenue #1C | 6. CITY Brooklyn | 7. STATE NY | 8. ZIP CODE 11238 |
|---|---|---|---|

| 9. CASE NUMBER 2:17-cv-00822-DLR | 10. JUDGE Douglas L. Rayes | DATES OF PROCEEDINGS |
|---|---|---|
| | | 11. 11/8/21    12. 11/10/21 |

| 13. CASE NAME Adams v. Arizona Senate | LOCATION OF PROCEEDINGS |
|---|---|
| | 14. Phoenix    15. STATE Arizona |

16. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [✓] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [✓] TESTIMONY (Specify) | 11/8/21-11/9/21 |
| [✓] OPENING STATEMENT (Plaintiff) | 11/8/21 | Baldo, McGuire, Winkler | Adams, Hobbs, Quezada |
| [✓] OPENING STATEMENT (Defendant) | 11/8/21 | Osman, Bradley | Landrum Taylor |
| [✓] CLOSING ARGUMENT (Plaintiff) | 11/10/21 | [ ] PRE-TRIAL PROCEEDING | |
| [✓] CLOSING ARGUMENT (Defendant) | 11/10/21 | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | [ ] PAPER COPY | |
| 14 DAYS | [ ] | [ ] | | | |
| 7 DAYS (expedited) | [ ] | [ ] | | [✓] PDF (e-mail) | |
| 3 DAYS | [ ] | [ ] | | | |
| DAILY | [✓] | [ ] | | [ ] ASCII (e-mail) | |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | | E-MAIL ADDRESS ethandschwartz@yahoo.com | |

CERTIFICATION (19. & 20.)  By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE:  IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE ethan schwartz

20. DATE 11/15/21

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY