**RYLEY CARLOCK & APPLEWHITE**
3200 North Central Avenue, Suite 1600
Phoenix, AZ 85012-2401
Telephone 602.440.4800
Fax 602.257.9582
Michael D. Moberly – 009219
mmoberly@rcalaw.com
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Talonya Adams,<br><br>            Plaintiff,<br><br>v.<br><br>Arizona Senate,<br><br>            Defendant. | Case No. CV-17-00822-PHX-DLR<br><br>**NOTICE OF LODGING DEFENDANT'S PROPOSED FORM OF JUDGMENT** |

      Pursuant to the Court's direction at the Status Conference on November 16, 2021, and the parties not having reached agreement on a joint submission, Defendant Arizona Senate hereby submits it proposed form of Judgment of Dismissal in a Civil Case (the "proposed Judgment") attached hereto as Exhibit 1.

      Defendant calls to the Court's and Plaintiff's attention two aspects of the proposed Judgment in particular:

    1.    As tentatively suggested by the Court at the November 16, 2021 Status Conference, Defendant has apportioned the statutory cap the Court previously found to be applicable under 42 U.S.C. § 1981a(b)(3) to the separate awards of compensatory damages on Plaintiff's discrimination claim and her retaliatory termination claim on a pro rata basis; and

    2.    Because the Court's award of pre-termination back pay and lost benefits was unaffected by the Court's Order granting Defendant's motion for new trial,

while the post-termination award of back pay was vacated by that ruling (*see* Order dated December 14, 2020 (Doc. 287), at p.3 & n.3), Defendant has applied the pre-judgment interest rate on the pre-termination awards at the statutory rate in effect under 28 U.S.C. § 1961(a) at the time of the initial Judgment, while the pre-judgment rate of interest on the post-termination back pay award is set at the statutory rate currently in effect.[1]

Dated this 24th day of November 2021.

                                      RYLEY CARLOCK & APPLEWHITE

                                      By: /s/ Michael D. Moberly
                                            Michael D. Moberly
                                            *Attorneys for Defendant*

---

[1] Defendant recognizes that the applicable statutory interest rate fluctuates on a weekly basis, and that the rate applicable to the post-termination back pay award and the post-judgment award set forth in the proposed Judgment may change depending on the date on which the Judgment is actually entered.

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing. COPY of the foregoing e-mailed this 24 day of November 2021 to:

**TALONYA ADAMS**
522 North Central Avenue
Ste. 25401
Phoenix, AZ 85004
Telephone 602.903.8809
talonya@gmail.com

By: */s/* Tina Kaminski