**TALONYA ADAMS**
522 North Central Avenue
Suite 25401
Phoenix, Arizona 85004
talonya@gmail.com
602.903.8809

*Plaintiff Pro Se*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Talonya Adams,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Arizona Senate,<br><br>　　　　　Defendant. | Case No.  CV-17-00822-PHX-DLR<br><br>**NOTICE OF LODGING PLAINTIFF'S PROPOSED FORM OF JUDGMENT**<br><br>(Assigned to the Hon. Douglas L. Rayes) |

Notwithstanding Plaintiff Talonya Adams' forthcoming motion and request for evidentiary hearing on damages from July 2019 to present, pursuant to the Court's Order of November 16, 2021 (Dkt. No. 365), incorporating the Court's Orders on October 17, 2019 (Dkt. No. 219) and December 14, 2020 (Dkt. No. 287), Ms. Adams hereby submits notice of lodging *Plaintiff's Proposed Form of Judgment*, as directed and delineated by the Honorable Douglas L. Rayes.[1]

Ms. Adams seeks an entry of judgment that allocates $300,000 of the jury's

---

[1] Defendant Arizona Senate, separately filed *Notice of Lodging Defendant's Proposed Form of Judgment* on November 24, 2021 (Dkt. Nos. 371 and 371-1). Plaintiff opposes Defendant's proposed allocation of $300,000 to two Title VII claims, "pro rata basis" apportionment of compensatory damages and allocation of prejudgment interest to solely to backpay damages.

$2,750,000 damage award to her three Title VII claims: race discrimination, sex discrimination and retaliation, in a non-apportioned sum. (Dkt. No. 10)

Ms. Adams seeks prejudgment interest compounded annually on the entire judgment award, including compensatory damages.

Ms. Adams seeks restoration of compensatory hours, vacation hours and sick leave hours, rather than the liquidated monetary amounts of $2,220.40 and $2,704, respectively.

Lastly, pursuant to Federal Rule of Civil Procedure 54(a) and Local Rule of Civil Procedure 54.1 and 54.2(b)(1) the Ms. Adams reasserts her intention to file a motion for determination fo costs, attorney's fees and non-taxable expenses within fourteen days after the entry of judgment.

RESPECTFULLY SUBMITTED this 26th day of November, 2021.

By: */s/Talonya Adams*
    Talonya Adams
    *Plaintiff Pro Se*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants and emailed a copy on to the following:

Mr. Michael Moberly
**RYLEY, CARLOCK & APPLEWHITE**
3200 North Central Avenue, Suite 1600
Phoenix, AZ 85012-2401
*mmoberly@rcalaw.com*
*Attorneys for Defendant*

Via Email: *Rayes_chambers@azd.uscourts.gov*
**HONORABLE DOUGLAS L. RAYES**
U.S. District Court Judge
Sandra Day O'Connor U.S. Courthouse, Suite 606
401 W. Washington Street
Phoenix, Arizona 85003-2120

By: */s/ Talonya Adams*
     Talonya Adams