# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Talonya Adams, | Case No.  CV-17-00822-PHX-DLR |
| Plaintiff, | |
| v. | **JUDGMENT** |
| Arizona Senate, | (Assigned to the Hon. Douglas L. Rayes) |
| Defendant. | |

Pursuant to the Court's Orders and findings on October 17, 2019 (Dkt. No. 219), December 14, 2020 (Dkt. No. 287) and November 16, 2021 (Dkt. No. 365),

1. Plaintiff Talonya Adams brought this action against the Arizona Senate under Title VII, asserting three claims of race and sex discrimination and unlawful retaliation. (Dkt. No. 10.) In July 2019, Ms. Adams prevailed at trial and the jury returned a verdict awarding her $1,000,000 in compensatory damages. (Dkt. No. 177.) On August 14, 2019, the Court held an evidentiary hearing on equitable damages from date of discrimination through the July 2019 trial date. On October 17, 2019, the Court entered and Order granting judgment in Ms. Adams favor against Defendant Arizona Senate in the amount of $353,617.88. (Dkt. No. 219.)

2. On March 24, 2020, the Court granted the Arizona Senate a new trial on the retaliation claim. (Dkt. No. 265.)

3. On December 14, 2020, the Court granted Senate's Motion for Determination of Damages at Second Jury Trial, vacated the jury's compensatory damages award and post-termination back pay award. The Court further ordered that "Should Ms. Adams prevail on her retaliation claim at the second trial, the award shall be reinstated."  (Dkt. No. 287 Minute Entry.)

4. On November 8-10, 2021, a second jury unanimously found the Defendant Arizona Senate liable for retaliatory discrimination and determined damages in the amount of $750,000 for Ms. Adams race and sex discrimination claims and $2,000,000 for Ms. Adams retaliation claim (Dkt. No. 352.)

**IT IS ORDERED** that

1. Ms. Adams' is awarded $300,000 in Title VII compensatory damages based upon her race, sex and retaliation claims pursuant to 42 U.S.C. 1981a(b)(3)(D);

2. Ms. Adams' award of $38,693.48 in pre-termination backpay and $10,000 in post-termination backpay is reinstated;

3. Ms. Adams is awarded pre-judgment and post-judgment interest compounded annually at a rate of 1.66%, on the entire judgment amount.

4. Ms. Adams is awarded non-liquidated reinstatement of compensation pay, vacation pay and sick leave hours, effective on January 1, 2022

DATED: _____          By: _____

                                        By: _____