| ✎AO 435 AZ Form (Rev. 10/2018) | Administrative Office of the United States Courts | FOR COURT USE ONLY DUE DATE: |
|---|---|---|
| | **TRANSCRIPT ORDER** | |

| 1. NAME Ethan Schwartz | 2. PHONE NUMBER 3474220332 | 3. DATE 11/18/21 |
|---|---|---|

**4. FIRM NAME**

| 5. MAILING ADDRESS 373 washington avenue #1c | 6. CITY Brooklyn | 7. STATE NY | 8. ZIP CODE 11222 |
|---|---|---|---|

| 9. CASE NUMBER 2:17-cv-00822-DLR | 10. JUDGE Douglas L. Rayes | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. 11/8/21 | 12. 11/10/21 |
| 13. CASE NAME Adams v. Arizona Senate | | LOCATION OF PROCEEDINGS | |
| | | 14. Phoenix | 15. STATE Arizona |

**16. ORDER FOR**

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☑ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER (Specify) |

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☑ TESTIMONY (Specify) | 11/8/21-11/9/21 |
| ☑ OPENING STATEMENT (Plaintiff) | 11/8/21 | McGuire, Winkler | Adams, Hobbs, Quezada |
| ☑ OPENING STATEMENT (Defendant) | 11/8/21 | Osman, Bradley | Landrum Taylor |
| ☑ CLOSING ARGUMENT (Plaintiff) | 11/10/21 | ☐ PRE-TRIAL PROCEEDING | |
| ☑ CLOSING ARGUMENT (Defendant) | 11/10/21 | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | | |
| 14 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 7 DAYS(expedited) | ☐ | ☐ | | | |
| 3 DAYS | ☑ | ☐ | | ☑ PDF (e-mail) | |
| DAILY | ☐ | ☐ | | | |
| HOURLY | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional). | E-MAIL ADDRESS ethandschwartz@yahoo.com |
|---|---|
| | **NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.** |
| 19. SIGNATURE ethan schwartz | |
| 20. DATE 11/18/21 | |

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | |
|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY