# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Talonya Adams, <br><br> Plaintiff, <br><br> v. <br><br> Arizona Senate, <br><br> Defendant. | NO. CV-17-00822-PHX-DLR <br><br> **JUDGMENT IN A CIVIL CASE** |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed December 3, 2021, judgment is entered in favor of plaintiff and against defendant. Plaintiff Talonya Adams is reinstated in her position at the Senate and is awarded $353,617.88 in damages. This amount consists of $300,000 in compensatory damages for her Title VII discrimination and retaliation claims, $38,693.48 in pre-termination back pay, $10,000.00 in post-termination back pay, and $4,924.40 for past lost benefits.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Ms. Adams is awarded pre-judgment interest on the awards of pre-termination back pay and past lost benefits at a rate of 1.66% compounded annually, pre-judgment interest on the award of post-termination back pay at a rate of 0.21% compounded annually, and post-judgment interest on the entire amount of the judgment at a rate of 0.21% compounded annually.

                                        Debra D. Lucas
                                        District Court Executive/Clerk of Court

December 3, 2021

                                        s/ D. Draper
                              By   Deputy Clerk