**TALONYA ADAMS**
522 North Central Avenue
Suite 25401
Phoenix, Arizona 85004
talonya@gmail.com
(602) 903.8809

*Plaintiff Pro Se*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Talonya Adams, | No.  CV-17-00822-PHX-DLR |
| Plaintiff, | |
| v. | **MOTION FOR POST-TRIAL EVIDENTIARY HEARING** |
| Arizona Senate, | *Oral Argument Requested* |
| Defendant. | |

Pursuant to the Court's ruling at the November 16, 2021 hearing, Title VII, 42 U.S.C. §§ 2000e-5(g), 2000e-26(d) and the *Joint Proposed Final Pretrial Order* (Doc. 326-1) at p.77, lines 21-26, Plaintiff Talonya Adams hereby moves the Court to hold a post-trial evidentiary hearing to determine costs, attorney fees and equitable damages excluded from the judgment.[1] Ms. Adams is the prevailing party in the 2019 and 2021 jury trials. Under Title VII, she is entitled to be made whole and equitable relief serves to address past discrimination as well as bar future discrimination at the State. The Judgment (Doc. 384) contains equitable damages based damages incurred prior to the July 2019 trial. *See* (Doc. 219) As of this filing, Ms. Adams has suffered extraordinary reimbursable loss and has not received any monetary redress from the State. *See* Dkt. Nos. 200, 236 and 241. Lastly, judicial efficiency would be served by conducting an evidentiary hearing. The State opposes this motion.

RESPECTFULLY SUBMITTED this 20th day of December, 2021.

By: /s/ _____
Talonya Adams, *Plaintiff pro se*

---

[1] Plaintiff hereby notifies the Court of her intention to file subsequent post-trial motions regarding all equitable damages for which she is entitled, included but not limited to those omitted and erroneously calculated in the final judgment. (Doc. 384)

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20th, 2021, I electronically transmitted the *Motion for Post-trial Evidentiary Hearing* attached document to the Clerk's Office using the CM/ECF system for filing and copy of the *Motion for Post-Trial Evidentiary Hearing* was e-mailed this 20th day of December 2021 to:

Mr. Michael Moberly
Ryley, Carlock & Applewhite
3200 North Central Avenue, Suite 1600
Phoenix, AZ 85012-2401
mmoberly@rcalaw.com
*Attorneys for Defendant*

By: */s/*_____
        Talonya Adams, *Plaintiff pro se*