**TALONYA ADAMS**
522 N. Central Ave., Suite 25401
Phoenix, Arizona 85004
Telephone 602.903.8809
talonya@gmail.com

*Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Talonya Adams,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Arizona Senate,<br><br>　　　　　Defendant. | No. CV-17-00822-PHX-DLR<br><br>**NOTICE OF DEATH<br>OF FACT WITNESS<br>OLIVIA CAJERO BEDFORD** |

　　　　Plaintiff Talonya Adams hereby notifies the Court of the death of Ms. Olivia Cajero Bedford, former Arizona State Senator for Legislative District 3. The Honorable Olivia Cajero Bedford passed away on Thursday, February 10, 2022.[1] In July 2019, Ms. Cajero Bedford testified at trial as a fact witness in this case. (Doc. 179). In 2021, Ms. Cajero Bedford was listed as a fact witness, however she did not testify during the second trial. (Doc. 325-1).

　　　　RESPECTFULLY SUBMITTED this 15th day of March, 2022.

　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　　Ms. Talonya Adams, Plaintiff

---

[1] Associated Press, *Former Arizona Lawmaker Olivia Cajero Bedford Dies at Age 83,* U.S. NEWS, https://www.usnews.com/news/best-states/arizona/articles/2022-02-10/former-arizona-lawmaker-olivia-cajero-bedford-dies-at-age-83 (last visited March 15, 2022).

See also *Governor Ducey Orders Flags at Half-Staff In Honor of Senator Olivia Cajero Bedford,* ARIZONA GOVERNOR, https://azgovernor.gov/governor/news/2022/02/governor-ducey-orders-flags-half-staff-honor-senator-olivia-cajero-bedford (last visited March 15, 2022).

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2022, the foregoing *Notice of Death of Fact Witness Olivia Cajero Bedford* was electronically transmitted to the Clerk's Office using the CM/ECF system for filing, and a copy of the foregoing was sent via email to:

Mr. Michael Moberly
Ryley, Carlock & Applewhite
3200 N. Central Ave., Suite 1600
Phoenix, Arizona 85012
Telephone 602.440.4800
mmoberly@rcalaw.com

*Attorneys for Defendant*

By: _____
    Ms. Talonya Adams, Plaintiff

2