**TALONYA ADAMS**
522 N. Central Avenue Suite 25401
Phoenix, Arizona 85004
Telephone 602.903.8809
talonya@gmail.com

*Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Talonya Adams,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Arizona Senate,<br><br>　　　　　Defendant. | No. CV-17-00822-PHX-DLR<br><br>**NOTICE OF DEATH<br>OF FACT WITNESS<br>DAVID BRADLEY** |

　　　Plaintiff Talonya Adams hereby notifies the Court of the death of Mr. David Bradley, former Arizona State Senate Democratic Minority Leader for Legislative District 10. The Honorable David Bradley died Saturday, February 19, 2022.[1]

　　　Mr. Bradley's sworn deposition was taken on March 27, 2018. During trial in July 2019 (Doc. 179) and November 2021 (Doc. 325-1) Mr. Bradley testified as a fact witness.

　　　RESPECTFULLY SUBMITTED this 15th day of March, 2022.

　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　Ms. Talonya Adams, *Plaintiff*

---

[1] Smith, Dylan, *David Bradley, former legislator from Tucson, dead at 69*, Tucson Sentinel, February 19, 2022, https://www.tucsonsentinel.com/local/report/021922_david_bradley_obit/david-bradley-former-legislator-from-tucson-dead-69/ (last visited March 15, 2022).

*See also Governor Ducey Orders Flags at Half-Staff in Honor of Former Seantor David T. Bradley,* Arizona Governor, February 19, 2022, *https://azgovernor.gov/governor/news/2022/02/governor-ducey-orders-flags-half-staff-honor-former-senator-david-t-bradley* (last visited March 15, 2022).

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2022, the foregoing *Notice of Death of Fact Witness David Bradley* was electronically transmitted to the Clerk's Office using the CM/ECF system for filing, and a copy of the foregoing was sent via email to:

Mr. Michael Moberly
Ryley, Carlock & Applewhite
3200 N. Central Ave., Suite 1600
Phoenix, Arizona 85012-2401
Telephone 602.440.4800
*mmoberly@rcalaw.com*

*Attorneys for Defendant*

By: _____
Talonya Adams, *Plaintiff*

2