**TALONYA ADAMS**
522 N. Central Avenue Suite 25401
Phoenix, Arizona 85004
Telephone 602.903.8809
talonya@gmail.com

*Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Talonya Adams,<br><br>                    Plaintiff,<br><br>v.<br><br>Arizona Senate,<br><br>                    Defendant. | No. CV-17-00822-PHX-DLR<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION TO AMEND, RULE 60 MOTION RE: ALLOCATION OF EQUITABLE AND COMPENSATORY DAMAGES AND SUPPORTING MEMORANDA IN EXCESS OF THE PAGE LIMIT** |

Pursuant to Local Rule 7.2(e), Plaintiff, Talonya Adams, hereby respectfully moves for an order granting her leave to file a motion to amend and, separately, a Rule 60 motion regarding allocation of equitable and compensatory damages, with supporting memoranda of law that does not exceed thirty-five (35) pages each, excluding attachments, caption and signatures. Plaintiff has made every effort to make her motions and memoranda as concise as possible. However, due employment obligations, time constraints and the current page limit, Plaintiff is unable to present her arguments in sufficient detail to permit the Court's full and careful consideration.

RESPECTFULLY SUBMITTED this 16th day of March, 2022.

By:_____
Ms. Talonya Adams, *Plaintiff*

**MEMORANDUM OF LAW**

Local Rule 7.2(e) states,

> Unless otherwise permitted by the Court, a motion including its supporting memorandum, and the response including its supporting memorandum, may not exceed seventeen (17) pages, exclusive of attachments and any required statement of facts. Unless otherwise permitted by the Court, a reply including its supporting memorandum may not exceed eleven (11) pages, exclusive of attachments.

The Plaintiff presently has exceeded the amount of pages allowed by the Local Rules of this Court. She makes this Motion in order to fully present all of the relevant facts and legal arguments relating to the necessity for the Court to consider statements made at trial to support the motion to amend and to sufficiently brief case law and present only the most relevant and compelling arguments on a novel issue. It will benefit this Court in its decision making authority to be fully apprised of complete and thorough arguments in this matter so that justice may be served. The post-trial motion to amend to conform to the evidence and the allocation of equitable and compensatory damage are key and final issues in resolving this case. As the Court is aware, the legislative session has commenced at the Arizona State Senate. The Court has without deviation delayed hearings and trials due to the unavailability of Defendant's corporate representative and agents. Plaintiff is working full-time at the Arizona State Senate during the active legislative session and anticipates a special session will be called and commence this month. Plaintiff's employee obligations to Defendant Arizona State Senate has left little opportunity and negligible time to research, brief and conclude post-trial briefings. Nevertheless, she has attempted diligently to stay within the page limit but the complexity of the issue, and the importance of the arguments and cases presented in the memorandum of law in connection to the trial testimony and procedural history, necessitates an explanation in excess of the allotted seventeen (17) pages.

Plaintiff has communicated with Michael Moberly, counsel for Arizona State Senate, and Mr. Moberly is not in opposition to this Motion. Likewise, should the Arizona State Senate seek additional pages in any response, Plaintiff will not object to their request for an over-length response.

Therefore, for all of the reasons set forth above, Plaintiff respectfully requests that this Court grant this Motion for leave to file a motion to amend and a Rule 60 motion, each with the respective memoranda in support that do not exceed thirty-five (35) pages.

RESPECTFULLY SUBMITTED this 16th day of March, 2022.

By: _____
Ms. Talonya Adams, *Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2022, the foregoing *Motion* was electronically transmitted to the Clerk's Office using the CM/ECF system for filing, and a copy of the foregoing was sent via email to:

Michael D. Moberly
CLARK HILL PLC
3200 North Central Avenue, Suite 1600
Phoenix, Arizona 85012
602.440.4800
mmoberly@clarkhill.com
Attorneys for Defendant

By: _____
Talonya Adams, *Plaintiff*

3