Kristy L. Peters, Bar No. 024756
kpeters@littler.com
Andrea G. Lovell, Bar No. 019882
alovell@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, Arizona 85016
Telephone: 602.474.3600
Fax No.: 602.957.1801

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Talonya Adams,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Arizona Senate,<br><br>　　　　Defendant. | Case No. CV-17-00822-PHX-DLR<br><br>**SATISFACTION OF JUDGMENT** |

Defendant hereby gives notice that the Judgment in a Civil Action (Doc. 384) against Defendant has been satisfied in full. All monetary awards for Plaintiff as set forth in the Judgment have been fully satisfied by Defendant.

Dated: October 11, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Kristy L. Peters*
　　　　　　　　　　　　　　　　　　　　Kristy L. Peters
　　　　　　　　　　　　　　　　　　　　Andrea G. Lovell
　　　　　　　　　　　　　　　　　　　　LITTLER MENDELSON, P.C.

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

1  I hereby certify that I electronically transmitted and attached this document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 11th day of October, 2022, to:

Tolonya Adams
P.O. Box 25401
Phoenix, AZ  85002
talonya@gmail.com

*Attorneys for Plaintiff*

s/ Aurea Bishop

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

2          SATISFACTION OF JUDGMENT