**TALONYA ADAMS**
522 North Central Avenue
Ste. 25401
Phoenix, AZ 85004
Telephone: 602.903.8809
Email: talonya@gmail.com
*Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Talonya Adams, | No. CV-17-00822-PHX-DLR |
|---|---|
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF NON-SATISFACTION OF JUDGMENT (DOC. 384)** |
| Arizona Senate, | |
| Defendant. | |

In response to Defendant's unverified and false *Notice of Satisfaction of Judgment* (Doc. 412), Plaintiff, without waiver of legal questions, theories and remedies, hereby gives notice that the Judgment in a Civil Action (Doc. 384) in favor of Plaintiff and against Defendant Arizona State Senate has *not* been satisfied in full.

On August 9, 2022, Plaintiff made a demand to Defendant for payment of the Judgment on or before August 19, 2022. On August 18, 2022, Mr. Moberly responded to the Demand for payment of this Court's ordered judgment, as follows:

> "*This is to acknowledge receipt of your email below, which I have passed on to our client. Your inquiries are under consideration and we will respond to you as soon as we are able.*" See Exhibit A.

On August 19, 2022, Defendant Arizona State Senate did not remit payment.

On September 21, 2022, Ms. Kristy Peters, Defendant's new legal counsel, refused to remit payment to the Clerk of Court pending resolution of legal questions,

and disputes ranging from imputed phantom income and punitive taxation based upon form and method of payment to interest rate accrual dates.

On September 26, 2022, Ms. Peters notified Plaintiff that "State of Arizona" sent an <u>*uncertified letter*</u>, with a check in the amount of $300,000.00 via regular U.S.P.S. snail mail on September 21, 2022. *See* Exhibit B.

On October 7, 2022, Plaintiff received a <u>*certified letter*</u> envelope with an undated meter postage stamp via U.S.P.S. mail. The envelope contained a single document entitled "*State of Arizona Remittance Advice—Warrant No. 210625902*" with a perforated paper check dated 09/30/2022, in the amount of $5,926.93. *See* Exhibit C.

As of this filing, the above referenced "warrant" is the first and only monetary payment Plaintiff has received from Defendant in this case. In an effort to avoid a summons, motion and application for legal enforcement, Plaintiff remitted wire instructions to Ms. Peters to allow Defendant to securely remit payment on or before Thursday, October 13, 2022 in the amount set forth in this Court's Judgment dated December 3, 2021.

RESPECTFULLY SUBMITTED this 12th day of October 2022.

By: /s/*Talonya Adams*
Talonya Adams | Plaintiff

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2022, the foregoing *Notice of Non-Satisfaction of Judgment* was electronically transmitted to the Clerk's Office using the CM/ECF system for filing, and a COPY of the foregoing will be mailed to the address below:

Kristy L. Peters
LITTLER MENDELSON, P.C.
2425 E. Camelback Road, Suite 900
Phoenix, Arizona 85016

*kpeters@littler.com*

Neil Todd McKay
Office of the Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-2926

*todd.mckay@azag.gov*

*Attorneys for Defendant*

By: /s/*Talonya Adams*
Talonya Adams

# EXHIBIT A

**From:** **Moberly, Michael** mmoberly@clarkhill.com
**Subject:** RE: Adams v. Senate Judgment
**Date:** August 18, 2022 at 3:17 PM
**To:** Talonya Adams  talonya@gmail.com

Hi Talonya:

This is to acknowledge receipt of your email below, which I have passed on to our client.  Your inquiries are under consideration and we will respond to you as soon as we are able.

Regards,

Mike

Michael D. Moberly
Attorney at Law
Clark Hill
3200 N. Central Ave., Suite 1600, Phoenix, Arizona 85012
+1 602.440.4821 (office) | +1 602.781.7812 (cell)
mmoberly@clarkhill.com | www.clarkhill.com

-----Original Message-----
From: Talonya Adams <talonya@gmail.com>
Sent: Wednesday, August 10, 2022 11:03 AM
To: Moberly, Michael <mmoberly@clarkhill.com>
Cc: t. <talonya@hotmail.com>
Subject: Adams v. Senate Judgment

[External Message]

Hi Michael,

When does the Senate intend to pay the outstanding judgment in the Adams v. Senate (2016) matter? As we have previously discussed, and you are well aware the back pay calculations using the 2012-2015 discriminatory pay rate is incorrect—will you concede that point and agree to make an adjustment pursuant with Arizona State Bar cannons?

Additionally, the Court has yet to rule on costs, what is your clients position on attorneys fees and costs incurred from the July 2019 trial and separately, the November 2021.

Lastly, for purposes of efficiency, consider this a demand for payment on or before Friday, August 19, 2022.

Regards,

Talonya Adams

# EXHIBIT B

## STATE OF ARIZONA REMITTANCE ADVICE

WARRANT NO
210625902

AGY: ADA

AGENCY CONTACT: Joe Whitmer

602-316-3593

| INVOICE NO. | INVOICE DT. | INVOICE DESCRIPTION | DOCUMENT/LINE NO. | INVOICE AMT. | DISCOUNT AMT. | NET AMT. |
|---|---|---|---|---|---|---|
| | | 209157_G201520505-1/ADAMS, TAL | GAXRM, ADA, 232V001488 / 1 | $5,926.93 | | |

IF REMITTANCE ADVICE ABOVE IS BLANK OR NEED MORE DETAILS OF THE PAYMENT, VISIT HTTP://WWW.VENPAY.GAO.AZDOA.GOV/.
ELIMINATE LOST OR LATE PAYMENTS! SIGN UP FOR ACH PAYMENTS DEPOSITED DIRECTLY INTO YOUR ACCOUNT.
GO TO GAO WEBSITE AT HTTPS://GAO.AZ.GOV/PUBLICATIONS/FORMS AND LOOK FOR GAO-618 FORM TO SIGN UP FOR ACH.

**VENDOR NAME:** Talonya Adams

**VENDOR ID:** VC0000041789

**ISSUE DATE:** 09/30/2022

**WARRANT AMOUNT:** $5,926.93

---

FOLD OR SEPARATE AT COLORED LINE BELOW

**STATE OF ARIZONA**

NOT GOOD AFTER
VOID DATE SHOWN

| DATE ISSUED MO-DAY-YR | VOID AFTER MO-DAY-YR |
|---|---|
| 09/30/2022 | 03/29/2023 |

| DEPARTMENT | DOCUMENT ID |
|---|---|
| ADA | 230000086083 |

BANK 21

91-113
1221

WARRANT NO
0625902

PAY THIS AMOUNT
$5,926.93

**************************************FIVE THOUSAND NINE HUNDRED TWENTY SIX AND 93/100 DOLLARS

PAY TO THE ORDER OF

Talonya Adams
P.O. Box 25401
Phoenix  AZ  85002

DEPARTMENT OF ADMINISTRATION

COUNTERSIGNED GOVERNOR

PAYABLE THRU STATE SERVICING BANK OF STATE TREASURER OF ARIZONA

⑈062590 2⑈  ⑆122101133⑆  000000000 2 ⑈



# EXHIBIT C

**From:** Peters, Kristy KPeters@littler.com
**Subject:** RE: Adams v. Senate l Civil Judgment
**Date:** September 26, 2022 at 1:06 PM
**To:** Talonya Adams talonya@gmail.com
**Cc:** Lovell, Andrea ALovell@littler.com, Bishop, Aurea ABishop@littler.com, Walker, Suzy SBWalker@littler.com

Ms. Adams:

Here are the responses to your questions below:

- Categorical amount - **$300,000**
- Date sent - **09/21/2022**
- Method of delivery - **UPS mail**
- Sender - **State of Arizona**
- Whether the funds were sent certified or not - **It was <u>not</u> sent certified mail.**"

This payment reflects the compensatory damages set forth in the Judgment (Doc. 384) and you will receive a 1099 for this amount.

I look forward to receiving your responses regarding the remaining numbers set forth in the Judgment.

Kristy

**Kristy Peters**
Office Managing Shareholder
602.474.3639 direct, 602.432.3080 mobile
KPeters@littler.com

Pronouns: She/Her



Fueled by ingenuity. Inspired by you.

**Labor & Employment Law Solutions | Local Everywhere**
Camelback Esplanade, 2425 East Camelback Road, Suite 900, Phoenix, AZ 85016-4242

**From:** Talonya Adams <talonya@gmail.com>
**Sent:** Monday, September 26, 2022 8:09 AM
**To:** Peters, Kristy <KPeters@littler.com>
**Subject:** Adams v. Senate l Civil Judgment

**[EXTERNAL E-MAIL]**

Good morning Kristy,

Thank you for taking time to meet with me on Friday. I am glad that we agree the termination date was February 13, 2015, the *past lost benefits* ($4,924.40) will not be run through payroll and to delineate interest accrual amounts to identify areas of agreement.

After our discussion and further review of the *Judgment (Dkt. No. 384)* dated December 3, 2021, I recalculated the compound interest rates on each category, however there is pending due diligence that I need to conduct to allow for a precise comparative analysis of your monetary calculations. I will provide the calculations by no later than Thursday, September 29, 2022.

As of Saturday 24, 2022, the "compensatory damages" check was not in my mailbox. As we discussed, please provide the specific details regarding the dissemination of any and all payments rendered to date including but not limited to the categorical amount, the date sent, method of delivery, sender and whether the funds were sent certified or not.

I am working on a deadline on two non-related matters and I have a commitment this evening, however if you need to reach me please call me on my cellphone at (602) 903-8809.

Thank you,

Talonya Adams

-------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.