**THE LAW FIRM OF ZARINAH T. NADIR**
522 N. Central Avenue Suite 25401
Phoenix, Arizona 85002
Telephone 480.233.6546
Zarinah T. Nadir —025915
nadirlaw@yahoo.com
*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Talonya Adams,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Arizona Senate,<br><br>　　　　　Defendant. | No. CV-17-00822-PHX-DLR<br><br>**APPLICATION TO WITHDRAW AS COUNSEL OF RECORD WITH CONSENT** |

　　　Pursuant to LRCiv 83.3(b), the Zarinah T. Nadir Law Firm, P.L.L.C. and its founder Zarinah T. Nadir, apply to withdraw as attorney of record for all further proceedings in this case, excluding matters related to payment of her legal fees, as stipulated to by Mr. Moberly throughout trial proceedings. This application is supported by the written approval and consent of Plaintiff Talonya Adams, as Ms. Nadir, has concluded all services within the limited scope representation agreement.[1]

　　　In accordance with LRCiv 83.3(b) Ms. Adams' address is 522 N. Central Avenue, Suite 25401, Phoenix, Arizona 85004. Her telephone number is (602) 903.8809.

　　　RESPECTFULLY SUBMITTED this 17th day of October 2022.

　　　　　　　　　　　　　　　　**THE LAW FIRM OF ZARINAH T. NADIR**

　　　　　　　　　　　　　　　　By: /s/Zarinah T. Nadir
　　　　　　　　　　　　　　　　　　　Zarinah T. Nadir, Esq.
　　　　　　　　　　　　　　　　　　　*Limited Trial Attorney for Plaintiff*

_____

[1]

# CERTIFICATE OF SERVICE

I hereby certify that on October 17th, 2022, the foregoing *Application to Withdraw as Counsel of Record With Consent* was electronically transmitted to the Clerk's Office using the CM/ECF system for filing, and a COPY of the foregoing will be mailed to the address below:

Kristy L. Peters
LITTLER MENDELSON, P.C.
2425 E. Camelback Road, Suite 900
Phoenix, Arizona 85016
*kpeters@littler.com*

Andrea Lovell
LITTLER MENDELSON, P.C.
2425 E. Camelback Road, Suite 900
Phoenix, Arizona 85016
 *alovell@littler.com*

John Michael Fry
Office of the Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-2926
*john.fry@azag.gov*,

Neil Todd McKay
Office of the Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-2926
*todd.mckay@azag.gov*

*Attorneys for Defendant*

By: /s/*Talonya Adams*
        Talonya Adams

**LRCIV 83.3(b)(1) Written Approval**

In accordance with Local Civil Rule 83.3(b)(1) and in support of attorney Zarinah Nadir's *Application to Withdraw as Counsel of Record With Consent*, Plaintiff Talonya Adams hereby approves and consents to the withdrawal of attorney Ms. Nadir as counsel of record in all further legal matters, subject to filings related to legal fees for services rendered, as stipulated to by opposing counsel.

DATED: October 12, 2022

By: /s/*Talonya Adams*
Talonya Adams
*Plaintiff*